UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-20343-CR-Williams

UNITED STATES OF AMERICA,

v.

SGO Corporation Limited,

NOTICE OF TEMPORARY
APPEARANCE AS COUNSEL

COMES NOW __Wifredo Ferrer__ and files this temporary appearance as counsel for the above-named defendant at initial appearance. This appearance is made with the **understanding** that the undersigned counsel will fulfill any **obligations imposed** by the Court such as **preparing and filing documents** necessary to collateralize any personal surety bond which may be set.

Counsel's Signature _/s/ Wifredo Ferrer_

Date: __October 30, 2025__

Counsel's Name (Printed) __Wifredo Ferrer__

**Florida Bar Number (Required)** __0887005__

Address __701 Brickell Avenue, 33131__

__Holland + Knight__    Zip Code: __33131__

Telephone __(305) 789-7780__