# MINUTE ORDER

Page 1

## Magistrate Judge Lauren F. Louis

**Atkins Building Courthouse - 11th Floor**     Date: 10/30/25     Time: 2:00 p.m.

Defendant: SGO Corporation Limited     J#: SUMMONS     Case #: 24-CR-20343-WILLIAMS

AUSA: Robert Emery     Attorney: Wifredo Ferrer/Barbara A. Martinez (Temp)

Violation: Consp to Violate the Foreign Corrupt Practices Act. Consp to Launder Monetary Instruments. Promotional Money Laundering.

Surr/Arrest Date:     YOB:

Proceeding: Initial Appearance     CJA Appt:

Bond/PTD Held: ☐ Yes  ☐ No     Recommended Bond:

Bond Set at:     Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
  Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language:

**Disposition:**

***Counsel files temporary appearances and appears on behalf of SGO Corporation Limited***

***Defense counsel's ore tenus motion to set RRC/Arraignment for 30 days is Denied. The Court sets hearings for 11/20/25***

***\*Brady order given\****

Time from today to _____ excluded from Speedy Trial Clock

| NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|
| **Report RE Counsel:** | 11/20/25 | 10:00 a.m. | | Duty/Miami |
| PTD/Bond Hearing: | | | | |
| **Arraignment:** | 11/20/25 | 10:00 a.m. | | Duty/Miami |
| Status Conference RE: | | | | |

D.A.R. 14:03:28/14:15:42     Time in Court: 6 mins

s/Lauren F. Louis                              Magistrate Judge