UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-cr-20343-KMW(s)

UNITED STATES OF AMERICA

vs.

SGO CORPORATION LIMITED,
    a/k/a, "Smartmatic"

    Defendant.

_____/

## NOTICE OF INTENT TO DISCLOSE GRAND JURY MATERIAL

Pursuant to its discovery obligations under Federal Rule of Criminal Procedure 16 and subject to the Protective Order entered in this case (DE 319), the United States of America, by and through undersigned counsel, hereby provides notice of its intent to disclose to Defendant SGO Corporation Limited ("SGO") the transcript of its executive's testimony before the grand jury. *See* Rule 16(a)(1)(B)(iii) (requiring disclosure of the "defendant's recorded testimony before a grand jury"); *see* Rule 16(a)(1)(C) (requiring disclosure to an organizational defendant any written statements, including grand jury transcripts, where, as here, "the government contends that the person making the statement was legally able to bind the defendant"). The United States intends to provide the transcript to counsel for SGO in five business days.

                                                              Respectfully submitted,

| | |
|---|---|
| LORINDA I. LARYEA<br>Chief | JASON A. REDING QUIÑONES<br>United States Attorney |
| | |
| */s/ Connor Mullin*<br>CONNOR MULLIN (A5503222)<br>JIL SIMON (A5502756)<br>Fraud Section, Criminal Division<br>U.S. Department of Justice<br>1400 New York Avenue NW | */s/ Robert J. Emery*<br>ROBERT J. EMERY<br>Assistant U.S. Attorney<br>Southern District of Florida<br>Court ID No. A5501892<br>99 Northeast 4th Street |

| | |
|---|---|
| Washington, DC 20530 | Miami, Florida 33132-2111 |
| Tel: (202) 993-4828 | Tel: (305) 961-9421 |
| Connor.Mullin2@usdoj.gov | Robert.Emery2@usdoj.gov |

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing was filed via CM/ECF on January 27, 2026, and therefore on all counsel of record.

    /s/ *Connor Mullin*
    Connor Mullin
    Trial Attorney