# Appendix A

**A-1**

Press Release, U.S. Dep't of Just., *California Company and Two Executives Indicted for Their Alleged Participation in Scheme to Bribe Officials at State-owned Electrical Utility in Mexico* (Oct. 21, 2010), https://www.justice.gov/archives/opa/pr/california-company-and-two-executives-indicted-their-alleged-participation-scheme-bribe [https://perma.cc/K4DG-QDYU]. The *Noriega* indictment is the only case in which the DOJ has ever tried and convicted a corporate defendant for violating the FCPA—and the charges were ultimately dismissed post-trial because of a judicial finding of prosecutorial misconduct.



**PRESS RELEASE**

# California Company and Two Executives Indicted for Their Alleged Participation in Scheme to Bribe Officials at State-owned Electrical Utility in Mexico

Español

Thursday, October 21, 2010

**For Immediate Release**

Office of Public Affairs

WASHINGTON – Lindsey Manufacturing Company, an Azusa, Calif., company and two of its executives were indicted today for their alleged roles in a conspiracy to pay bribes to Mexican government officials at the Comisión Federal de Electricidad (CFE), a state-owned utility company, announced Assistant Attorney General Lanny A. Breuer of the Criminal Division; U.S. Attorney André Birotte Jr. for the Central District of California; Steven M. Martinez, Special Agent-in-Charge of the FBI's Los Angeles Field Office; and Leslie DeMarco , Special Agent-in-Charge of the Internal Revenue Service - Criminal Investigation's (IRS-CI) Los Angeles Field Office.

Keith E. Lindsey, 65, of La Canada, Calif.; Steve K. Lee, 60, of Diamond Bar, Calif.; and Lindsey Manufacturing Company each were charged in an eight-count superseding indictment with conspiracy to violate the Foreign Corrupt Practices Act (FCPA) and FCPA violations. The superseding indictment also charges Enrique Faustino Aguilar Noriega, 56, and Angela Maria Gomez Aguilar, 55, both of Cuernavaca , Mexico , who were previously indicted on Sept. 15, 2010. Enrique Aguilar is charged with the conspiracy to violate the FCPA and FCPA violations.

Enrique and Angela Aguilar each are charged with conspiracy to commit money laundering and money laundering.

According to the superseding indictment, CFE is responsible for supplying electricity in Mexico, and contracts with Mexican and foreign companies for goods and services to help supply electricity services to its customers. Enrique and Angela Aguilar were directors of Grupo Internacional de Asesores S.A. (Grupo), which purported to provide sales representation services for companies doing business with CFE.

According to the superseding indictment, Lindsey Manufacturing hired Grupo to serve as its sales representative in Mexico and to obtain contracts for it from CFE. Lindsey Manufacturing makes emergency restoration systems and other equipment used by electrical utility companies. According to the superseding indictment, many of Lindsey Manufacturing's clients were foreign, state-owned utilities, including CFE, which was one of the company's most significant customers. Grupo received a percentage of the revenue Lindsey Manufacturing realized from its contracts with CFE.

From approximately February 2002 until March 2009, Lindsey Manufacturing, Lindsey, Lee and Enrique Aguilar allegedly orchestrated a scheme in which Enrique Aguilar was paid a 30 percent commission on all the goods and services Lindsey Manufacturing sold to CFE, even though this was a significantly higher commission than previous sales representatives for the company had received. The superseding indictment alleges that Lindsey and Lee understood that all or part of the 30 percent commission would be used to pay bribes to Mexican officials in exchange for CFE awarding contracts to Lindsey Manufacturing Company. The costs of goods and services sold to CFE allegedly were increased by 30 percent to ensure that the added cost of paying Enrique Aguilar was absorbed by CFE and not Lindsey Manufacturing.

Enrique Aguilar allegedly caused fraudulent invoices to be submitted from Grupo to Lindsey Manufacturing for 30 percent of the contract price. According to the superseding indictment, Lindsey and Lee then caused the money requested in the fraudulent invoices to be wired into Grupo's brokerage account, allegedly knowing that the invoices were fraudulent and the funds were being used as bribes.

Enrique and Angela Aguilar allegedly then laundered the money in the Grupo brokerage account to make concealed payments for the benefit of CFE officials. According to the indictment, Enrique and Angela Aguilar purchased a yacht for approximately $1.8 million named the *Dream Seeker* and a Ferrari for $297,500 for a CFE official. According to the indictment, Enrique and Angela Aguilar also paid more than $170,000 worth of American Express bills for a CFE official and sent approximately $600,000 to relatives of a CFE official.

Angela Aguilar was arrested on Aug. 10, 2010, on a criminal complaint when she travelled to Houston from Mexico. She was ordered detained and removed to the Central District of California, where she remains in custody.

An indictment is merely an accusation, and defendants are presumed innocent until and unless proven guilty beyond a reasonable doubt.

The FCPA conspiracy charge carries a maximum penalty of five years in prison and a fine of the greater of $250,000 or twice the value gained or lost.  Each of the four FCPA counts carries a maximum penalty of five years in prison and a fine of the greater of $100,000 or twice the value gained or lost.  The conspiracy and substantive money laundering counts each carry a maximum penalty of 20 years in prison and a fine of the greater of $500,000 or twice the value of the property involved in the transaction.  The indictment also gives notice of criminal forfeiture.

The case is being prosecuted by Senior Trial Attorney Nicola J. Mrazek of the Criminal Division's Fraud Section and Assistant U.S. Attorney Douglas M. Miller in the Central District of California. The case was investigated by the FBI's Los Angeles Field Office and the IRS-CI Los Angeles Field Office, with the assistance of the Department of Homeland Security Office of Inspector General. Significant assistance was provided by the Criminal Division's Office of International Affairs. The Department of Justice also thanks Mexican authorities for their ongoing assistance in this matter.

*Updated February 6, 2025*

## Component

[Criminal Division](https://www.justice.gov/archives/opa/pr/california-company-and-two-executives-indicted-their-alleged-participation-scheme-bribe)

Press Release Number: 10-1185

# Related Content

PRESS RELEASE

### Three Mexican Citizens Charged with Trafficking Agricultural Workers into Servitude on Farms in Virginia, North Carolina, and Florida

A federal grand jury returned a 35-count indictment, unsealed Friday, charging three Mexican citizens for trafficking Mexican farmworkers into forced labor and harboring them in the United States after their...

February 23, 2026

PRESS RELEASE

### Former NFL Player and Laboratory Owner Convicted in $328M Genetic Testing Fraud Scheme

A federal jury in Dallas convicted a Texas laboratory owner and former NFL player yesterday for his role in a $328 million cardiovascular genetic testing fraud scheme.

February 20, 2026

PRESS RELEASE

### Nuclear Weapons Engineer Sentenced for Orchestrating 15-Year Kickback Scheme

**A-2**

Press Release, U.S. Dep't of Just., "Four Businessmen and Two Foreign Officials Plead Guilty in Connection with Bribes Paid to Mexican Aviation Officials" (Dec. 27, 2016), available at https://www.justice.gov/archives/opa/pr/four-businessmen-and-two-foreign-officials-plead-guilty-connection-bribes-paid-mexican. Even the other individual FCPA cases that have continued following the President's February 2025 Executive Order pausing the FCPA, such as *United States. v. Carl Zaglin*, 1:23-CR-20454-BB (S.D.F.L.) and *United States. v. Charles Hobson*, 2:22-CR-00086 (W.D. PA.), have not seen accompanying corporate charges (one without any indication as to why and another having been declined under the DOJ Corporate Enforcement Program).



PRESS RELEASE

# Four Businessmen and Two Foreign Officials Plead Guilty in Connection with Bribes Paid to Mexican Aviation Officials

Tuesday, December 27, 2016

**For Immediate Release**

Office of Public Affairs

Charges were unsealed against six individuals, all of whom have pleaded guilty for their involvement in schemes to bribe Mexican officials in order to secure aircraft maintenance and repair contracts with government-owned and controlled entities, and two for conspiring to launder the proceeds of the schemes.

Assistant Attorney General Leslie R. Caldwell of the Justice Department's Criminal Division, U.S. Attorney Kenneth Magidson of the Southern District of Texas, Special Agent in Charge Mark Dawson of U.S. Immigration and Customs Enforcement's Homeland Security Investigations (ICE-HSI) in Houston, Special Agent in Charge Shane Folden of ICE-HSI in San Antonio and Special Agent in Charge Rick Goss of Internal Revenue Service-Criminal Investigation's (IRS-CI) Houston Field Office made the announcement.

"The six convictions announced today demonstrate the department's commitment to holding accountable those who further official corruption through bribery," said Assistant Attorney General Caldwell. "These convictions are the result of a coordinated effort by prosecutors and agents who built the cases brick by brick using traditional law enforcement techniques."

"HSI special agents and our law enforcement partners will continue to aggressively investigate financial crimes committed by corrupt foreign officials," said Special Agent in Charge Folden. "This case serves as a reminder that HSI will use all its resources to identify, investigate and dismantle these criminal networks wherever they operate."

"The individuals involved in this scheme paid millions of dollars in bribes to foreign officials in exchange for aviation contracts that placed legitimate businesses at a significant competitive disadvantage," said Special Agent in Charge Goss.  "IRS-CI's role in unraveling this scheme assisted in facilitating the guilty pleas that were announced today."

Douglas Ray, 55, of Magnolia, Texas, and Victor Hugo Valdez Pinon, 54, a citizen of Mexico, pleaded guilty on Oct. 28 and Oct. 26, 2016, respectively, before U.S. District Judge Alfred H. Bennett of the Southern District of Texas to conspiracy to violate the Foreign Corrupt Practices Act (FCPA) and conspiracy to commit wire fraud.  Kamta Ramnarine, 69, and Daniel Perez, 69, both of Brownsville, Texas, both pleaded guilty on Nov. 2, 2016, before U.S. District Judge Ricardo H. Hinojosa of the Southern District of Texas to one count of conspiring to violate the FCPA.  Ramnarine and Perez are scheduled to be sentenced on Jan. 30, 2017.  Ray and Valdez Pinon are scheduled to be sentenced Feb. 23, 2016.

Ernesto Hernandez Montemayor, 55, and Ramiro Ascencio Nevarez, 58, both of whom are citizens of Mexico and were previous officials of Mexican state government entities, each pleaded guilty to one count of conspiracy to commit money laundering.  Hernandez Montemayor pleaded guilty before Judge Bennett on Dec. 9, 2015, and is scheduled to be sentenced on Jan. 12, 2017.  Nevarez pleaded guilty before Judge Hinojosa on March 4, 2016, and was sentenced to 15 months in prison on May 27, 2016.

According to the defendants' plea agreements, between 2006 and 2016, Ray conspired with Valdez and others to bribe Mexican officials.  The defendants and their co-conspirators, who owned or were associated with companies in the United States that provided aircraft maintenance, repair, overhaul and related services to customers from the United States and Mexico, paid the bribes in order to secure parts and servicing contracts with Mexican government-owned customers.  Ray agreed to pay bribes to at least seven different foreign officials, including Hernandez Montemayor, sometimes paying the bribes via wire transfer and checks to accounts in the United States controlled by the officials.  As part of his guilty plea, Hernandez Montemayor admitted that while employed by a Mexican state government, he accepted bribes from Ray, Ramnarine, Perez and others in exchange for taking certain actions to assist companies they owned in winning business with Hernandez Montemayor's state government employer.  Hernandez Montemayor also admitted that he conspired with Ray, Ramnarine, Perez and others to launder the proceeds of the bribery scheme.

Ramnarine and Perez admitted that, in addition to bribing Hernandez Montemayor, they also conspired to pay bribes to several other foreign officials between 2007 and 2015 to ensure that

2/23/26, 9:58 PM    Four Businessmen and Two Foreign Officials Plead Guilty in Connection with Bribes Paid to Mexican Aviati…

their Brownsville-based company won aircraft parts and services contracts with Mexican government-owned customers.  As part of his guilty plea, Nevarez admitted that while employed by a Mexican public university, he accepted bribes from Ramnarine and Perez in exchange for taking certain actions to assist their company in winning business with the university.  Nevarez also admitted that he conspired with Ramnarine, Perez and others to launder the proceeds of the bribery scheme.

In total, Ray, Valdez Pinon, Ramnarine, Perez and their co-conspirators paid more than $2 million in bribes to Mexican officials, including Hernandez Montemayor and Nevarez, in order to secure aviation maintenance, repair and overhaul contracts.

ICE-HSI and IRS-CI are investigating the case.  Trial Attorneys Christopher Cestaro and Kevin R. Gingras of the Criminal Division's Fraud Section and Assistant U.S. Attorneys Jesse Salazar and Arthur Jones of the Southern District of Texas are prosecuting the case.  The Criminal Division's Office of International Affairs also provided significant assistance.

The Criminal Division's Fraud Section is responsible for investigating and prosecuting all FCPA matters.  Additional information about the department's FCPA enforcement efforts can be found at www.justice.gov/criminal/fraud/fcpa.

*Updated February 5, 2025*

## Topic

**FOREIGN CORRUPTION**

## Components

Criminal Division    |    USAO - Texas, Southern

Press Release Number: 16-1531

# Related Content

**A-3**

Kirby Wilson, *Pam Bondi Throws Herself Into Trump Effort to Stop Counting Votes*, TAMPA BAY TIMES (Nov. 6, 2020), https://www.tampabay.com/news/florida-politics/2020/11/05/pam-bondi-throws-herself-into-trump-effort-to-stop-counting-votes [https://perma.cc/K9PS-B765].

# Pam Bondi throws herself into Trump effort to stop counting votes



*Former Florida Attorney General Pam Bondi speaks outside the Pennsylvania Convention Center where votes are being counted, Thursday, Nov. 5, 2020, in Philadelphia, following Tuesday's election. Beside her, right, is President Donald Trump's campaign advisor Corey Lewandowski. [ MATT SLOCUM | AP ]*

TALLAHASSEE — One of the central players in President Donald Trump's effort to sow doubt in the American election system used to be Florida's top law enforcement official.

Pam Bondi, who served as attorney general from 2011 until 2019, has been an outspoken figure in Trump's push to de-legitimize the vote counting in Pennsylvania. At a Wednesday news conference in Philadelphia, Bondi appeared alongside Trump lawyer and former New York Mayor Rudy Giuliani to decry what they said was voter fraud.

"We've won Pennsylvania, and we want every vote to be counted in a fair way," Bondi, a Republican, told reporters. The first half of what the former attorney general said is false: Trump, the Republican candidate, may still win Pennsylvania, but he has not yet.

Bondi, a Temple Terrace native and former assistant state attorney in Hillsborough County, grew close to Trump after she became attorney general. In 2013, the then-businessman sent Bondi's political committee a $25,000 donation from the Donald J. Trump foundation, his charity. The contribution was made after her office started getting legal complaints about Trump's line of educational seminars. While the New York attorney general pursued charges, Bondi's office chose not to. Both Trump and Bondi have denied the donation was improper, but Trump later paid a $2,500 penalty to the Internal Revenue Service in 2016 and refunded his foundation $25,000 from his personal account because the contribution violated tax laws. In 2018, he closed down the foundation.

A prominent Trump surrogate during his impeachment battle last year, Bondi, 54, gave a blistering speech at the Republican National Convention attacking Democratic presidential nominee former Vice President Joe Biden for his alleged nepotism.

Related: Pam Bondi, at RNC: Joe Biden only in politics to enrich his family

Claims from Bondi, Giuliani and Trump of wide scale fraud in Pennsylvania have come as the president's margin over Biden in the state has dwindled in recent days. There is no evidence of fraud. Experts have long expected the votes counted last in Pennsylvania to be Democratic-leaning because of the order in which the state counts mail-in ballots. In this election, which was conducted amid a pandemic, millions more Democrats than Republicans chose to vote by mail.

The Keystone State, which is worth 20 electoral college votes, is crucial to Trump's re-election hopes. If the president loses there, Biden would clinch a majority of electoral college votes, putting him in line for the presidency.

Outside of unspecific claims of fraud, Bondi's core complaint about Pennsylvania voting has had to do with the Trump campaign's right to observe the count. In a lawsuit heard by the Commonwealth Court of Pennsylvania, the Trump team argued campaign officials have not been able to witness the official processing of ballots at the Philadelphia Convention Center from a close enough distance. (Philadelphia is a Democratic stronghold.)

## Required reading for Floridians

Subscribe to our free Florida in Focus newsletter
Get the biggest stories happening across the state every Wednesday.

Philadelphia County election officials argued in court that they needed substantial space to do the work of counting hundreds of thousands of ballots during a pandemic. That's why campaign observers have had to watch the vote-counting from a distance of several yards away, the officials said. The Pennsylvania Democratic Party filed a brief in support of this argument.

On Thursday, Bondi's team won a victory before that court when Judge Christine Fizzano Cannon reversed a lower court decision and allowed campaign representatives to witness the vote counting from six feet away.

During a Thursday appearance on Fox News' Fox and Friends program, Bondi said the campaign's previous inability to closely observe the ballot counting made the environment ripe for fraud. She did not provide evidence.

"For every vote that came in late, that was postmarked late...that discounts every legal vote that came in," Bondi said. "That means the good residents who are all supporting us in Pennsylvania, their votes

## A-4

November 14, 2020 Tweet by Rudy Giuliani claiming that Smartmatic  was  operating  behind  a "front" company and was responsible for "counting our vote in Michigan, Arizona and Georgia and  other  states."

Rudy  W.  Giuliani  (@RudyGiuliani),  X  (Nov.  14,  2020,  9:16AM), https://x.com/RudyGiuliani/status/1327616396939948032 [https://perma.cc/J58X-WVWV].

← **Post**



**Rudy W. Giuliani** ✓
@RudyGiuliani

···

Did you know a foreign company,DOMINION,was counting our vote in Michigan, Arizona and Georgia and other states.

But it was a front for SMARTMATIC, who was really doing the computing.

Look up SMARTMATIC and tweet me what you think?

It will all come out.

9:16 AM · Nov 14, 2020 from Washington, DC

○ 7.7K          ⇄ 25K          ♡ 64K          🔖 564          ↥

◌ Read 7.7K replies

**A-5**

Transcript of Nov. 14, 2020 Interview with Sidney Powell, *Justice With Judge Jeanine: The Media  Does Not Call an Election*, FOX NEWS (Nov. 18, 2020), https://www.foxnews.com/transcript/the-media-does-not-call-an-election.

# The media does not call an election

*Nov. 14, 2020 – This is a rush transcript from "Justice with Judge Jeanine" November 14, 2020. This copy may not be in its final form and may be updated.*

JEANINE PIRRO, FOX NEWS HOST:  Hello, and welcome to JUSTICE. I'm Judge Jeanine Pirro. Thanks so much for being with us tonight.

Trump supporters flooded the Nation's Capital, as the Commander-in-Chief himself drives by and says hello to the crowds rallying in Washington.

We'll talk about that and more tonight. But first, my open.

The most important part of democracy is to do it correctly. Most important question tonight is, did we in 2020? There is no magic in electing a President. Americans do it every four years, just as our Founding Fathers planned. Yet, this is a life changing moment in American history.

America will either go one way or the other. And so it not only requires but demands all due diligence be exercised in this highly contested presidential election.

There is both an ethical and the legal obligation to the 73 million Americans, the highest number ever to vote for a sitting President to assure them that every legal vote is counted and not diluted in any way.

Wouldn't that be something we'd all want? Our democratic system is the path and the process used to achieve the fundamental right of one man, one vote.

There are however, several steps before this election can be called. The media does not call an election.

No one state has yet even certified its vote. Certification, in fact, has not even begun. In fact, the electors do not vote until December 14th. We have one President at a time and until there are certifications or the electors vote on December 14th, the democratic process must be allowed to play out.

But many questions remain. On election night around midnight, President Trump was ahead in Pennsylvania, Michigan and Wisconsin. And then one by one, the complaints now in the form of affidavits and lawsuits started coming in.

Now an affidavit is a sworn statement. It is signed under the penalty of perjury. It is a factual allegation that is generally part of a complaint seeking relief. In this case, the affidavits of individuals that are the basis of many of the complaints around the country, now a part of official lawsuits are as follows.

As a judge, these affidavits are fundamental in our justice system. In fact, most causes of action cannot even begin without a factual basis contained in affidavits, people promising that their statement is true, and that they are ready to be charged with perjury if they lie.

Now the affidavits are as follows. G.O.P. poll watchers were cursed and were not allowed in the room. We heard complaints that 6,000 votes from Trump to Biden were switched. Repeated complaints of people not asking for ballots, but receiving many have been sworn to and affidavits.

The Secretary of State in Georgia and a Supreme Court Judge in Pennsylvania, altered the process for handling ballots with absolutely no power to unilaterally change the Constitution. Article 1 Section 4.

The Dominion Software System has been tagged as one allegedly capable of flipping votes. Now, you'll hear from Sidney Powell in a few minutes, who will explain what she has unearthed in the creation of Dominion. And yet, we are criticized because we're asking questions.

I even saw myself on CNN this week.

(BEGIN VIDEO CLIP)

PIRRO:  We believe in free speech. We believe in accepting winners and not being sore losers.

(END VIDEO CLIP)

PIRRO:  That still holds true. But anyone who says this election doesn't deserve a closer look is a hypocrite.

If you want a free and fair election, there must be a resolution of the issues that so many people are swearing to in affidavits.

A primmer by the way, in the 2000 presidential race, the Democrats took their case in their candidate to the United States Supreme Court. The presidency then wasn't resolved until December 13th of that year, a month from where we are now.

In 2016, Hillary may have conceded, but there were recount efforts in Wisconsin, and efforts in Pennsylvania and Michigan where Democrats challenged the votes. Certifications were not filed until December 13th, a month from now.

Look, folks, under the cover of COVID, rules were changed, providing opportunities for wrongdoers. COVID cannot be used to run heard on our Constitution. COVID is not a prophylactic that prevents us from exercising our constitutional fundamental right to vote.

And Joe Biden, well, he had his own view of the opportunity it presented.

(BEGIN VIDEO CLIP)

JOE BIDEN (D), PRESIDENT ELECT OF THE UNITED STATES:  We have put together I think, the most extensive and inclusive voter fraud organization in the history of American politics.

(END VIDEO CLIP)

PIRRO:  So I ask, why were rules and procedures changed just before the election in Pennsylvania and Georgia because of COVID? There are affidavits and e-mails that prove that voters in Democrat counties are treated differently than voters in Republican counties.

Whether the poll watchers who have a legal right to view were forced out, pushed back as far as 60 feet or not even allowed in to do what they have a legal right to do.

Why would the Democrats want to ban election observers as they count the ballots? Do they not think they could win honestly? Why were there so many unsolicited ballots without verification signatures? Ballots without postmarks?

Why did a judge in Pennsylvania go outside his power to extend the deadline to receive mail-in ballots after the legislature? The only constitutional body permitted to do so refused to do so?

And why did a Trump-hating Secretary of State in Georgia agree with Stacey Abrams? And there is a lawsuit by Lin Wood in the United States District Court in Georgia contesting those decisions.

Why were signature requirements loosened and mail-in valid signatures not required to match voter registration rolls? Pray tell.

Now I believe in the resurrection, but dead people voting? I don't think so. Like the mother who swore that her dead son was indeed dead, but that he voted twice. I don't think so and neither did she.

And those voting machines created by Dominion, stay tuned. The best is yet to come.

Now, the left talks about bringing the country together after they created four years of chaos, accusing Trump of sowing doubt in our democracy, saying that his questioning of this election is a danger to America as if the election process being changed in the middle of an election is no big deal, as if a little fraud is okay.

And they lash out on any voting challenge, casting it as a temper tantrum by us. Really? We are the ones having the temper tantrum?

The question ultimately is, will any of these allegations affect the sufficient number of votes to change the result of the election? Maybe yes, maybe no.

If the answer is President Trump did not win, then on January 20th, Joe Biden will be my President. But until then, President Trump is my President because America has only one President at a time.

And in the meantime, please don't tell me that we cannot examine the ballots. Please do not tell me that we cannot pursue these irregularities.

That's laughable.

The left didn't stop on Election Day in 2016. And with all due respect, the left boycotted President Trump's inauguration. They marched in Washington in their pussy hats and had a hissy fit for four years.

In fact, the left spied on Trump before he was even President. For three years, we heard he was an illegitimate President, that Russia tipped the scales in his favor, that he was a Putin puppet, and that he was a fascist.

We were spit at, refuse serviced, cursed at, maligned, screamed at, boycotted and canceled. Businesses were burnt, looted and destroyed by the left.

Chaos, defund the police.

President Trump was not given a moment's peace. He was impeached over a legitimate phone call. It was nothing more than a political move. The group that brought us resist, impeach and burn down cities extorted us with their chaos.

Oh no. We will pursue all legal avenues where there are irregularities, anomalies, illegalities and corruption. And until the certification and the electors vote, that is not a lot to ask.

So don't you dare ask us to just accept it and move on. And don't you dare tell me I'm being un-American by questioning what even a Supreme Court Justice has put a hold on. And don't you dare ask us to go quietly into the night.

That's my open. Let me know what you think on my Facebook and Twitter #JudgeJeanine.

And if you like my opens, you'll like my new book, "Don't Lie to Me"

because I'm tired of the lying. Pick it up. It's available everywhere.

Joining me now with reaction to my open and much more, House Minority Leader, Congressman Kevin McCarthy. Good evening, Congressman, thanks for being here.

You know, the Democrats are criticizing us for questioning things that are very much a part of lawsuits, affidavits, where people are swearing that they're telling the truth. What are your thoughts on all of this?

REP. KEVIN MCCARTHY (R-CA):  I don't think it matters whether you're Republican or a Democrat, you should want every legal vote to count. You should want every recount to be finished and you should want every legal challenge to be heard.

Because we believe our elections should be fair, honest and accurate. That is the only way you get it. I'll give you one small example.

In New Jersey's seventh congressional district, of course, the AP called it. What are we finding out now as they begin to count the ballots? Lo and behold, that may not be the case. The Republican may end up winning.

Every pollster told us from the President down 17 points in Wisconsin to we are losing the Senate, to we losing the state legislatures to Republicans would lose 15 to 20 seats in the House. Not one Republican incumbent in the House lost, but 12 Democrats did.

We didn't lose one state legislature. We actually gained three, and we're holding the Senate.

So yes, let's make sure every legal vote is counted. Let them finish any recount and let every legal challenge be heard to make sure especially in this year, when we had ballots just mailed statewide with people, even if people didn't request it.

PIRRO:  Well, you know, what's interesting is that, you know, they claim there was going to be a blue wave and not a single Republican incumbent was defeated. That is amazing.

But let's talk about what you have said, and that is that you say that this is a mandate against socialism. What do you mean by that?

MCCARTHY:  It's definitely -- it's a mandate against socialism because that's what the Democrats want.

Take, for instance, Donna Shalala, the former Secretary of Health and Human Service, the Congresswoman down in Miami, a very Democrat seat. She was defeated. She called herself a socialist.

You listen to defund the cops. We won from Miami to New York, to Minnesota, to Oklahoma to California. Just last night, they called another seat in California for Young Kim. And the uniqueness is, how much stronger President Trump has made this party.

Do you realize that every Democrat that has lost to date has been defeated by a Republican woman, a Republican minority, or a Republican veteran? We are more diverse and stronger because of what President Trump has done.

Two seats in Miami, two seats right now; probably, four in California. We are going to be somewhere in a very close perspective of almost winning the majority. It will be the smallest majority the Democrats have had since World War II.

PIRRO:  And you know, what's interesting is that you've got Nancy Pelosi and she is certainly taking some push back, you know, starting with the, you know, the ice cream in front of the $25,000.00 freezer or whatever it was, and all of the claims that she has made during the pandemic, you know, as she walks around without a mask and -- but now she is confronted with a question as to whether or not she will continue to be Speaker.

Two things I want to ask and number one, your thoughts on that and number two, with fewer Democrats, does she have a higher risk of losing her speakership purely because she didn't win by as big a margin as she should have or might have?

MCCARTHY:  Well, we'll have leadership races next week and you'll hear that she will win the leadership race, but that does not make her Speaker. You have to have 218 votes on the floor.

Last Congress, 15 Democrats voted against her. Ten of those Democrats are coming back to Congress. If 10 democrats vote against her, she will not be Speaker. We will end up somewhere about 210 or further for the number of Republicans.

So you know what could happen, she could lose as Speaker. But if she wins as Speaker, you have AOC and the progressive socialist actually grow. They are fighting among themselves, tweeting at one another, picture staring at one another saying it's a dumpster fire, screaming on their conference calls.

I believe at the end of the day, the Republicans will run the floor because it will be our ideas that are stronger, that the American public have rejected defunding the police, dismantling America.

We believe we can rebuild and restore the American way.

PIRRO:  Congressman Kevin McCarthy, thanks so much for joining us tonight.

MCCARTHY:  Thank you, Judge.

PIRRO:  All right. And Congressman Jim Jordan is next to continue this important conversation, and later the woman at the forefront of the fight to uncover the truth, a key member of the Trump Campaign's legal team, Sidney Powell is here. Stay with JUSTICE.

(COMMERCIAL BREAK)

PIRRO:  Welcome back to JUSTICE. Joining me now to continue the conversation on President Trump's election and the legal battle, Congressman Jim Jordan.

All right. Good evening, Congressman. I just had Congressman McCarthy on.

And he talked about the fact that you guys made some pretty terrific gains in the House. What do you attribute that to?

REP. JIM JORDAN (R-OH):  Good candidates. I mean, Kevin talked about the number of women candidates we ran, conservative candidates we ran, veterans

-- I mean, just good candidates, running and running on the principles that President Trump has laid out fighting for the American people.

So it was a good night for us. And frankly, if someone would have told the American people a week before the election that we're going to keep the Senate, we're going to pick up 10 or 12 seats in the House, we're going to maintain all the state legislators, in fact, pick up state legislators, and President Trump will get nine million, 10 million more votes than he got last time, but still come up short. No one would have believed that.

And that's why you've got 73 million people who think something doesn't feel right here and that's why they want it investigated.

PIRRO:  Well, you know, it is interesting. When you think about the fact that 73 million people voted for the President, what is that? Nine million more than last time when he ran for President and yet, and everybody is winning in the lower down ballot. It really doesn't make sense.

But you know, in my open, I referenced some of the affidavits that are part of the lawsuits going on and the most recent lawsuit was filed yesterday by Lin Wood in Georgia where the Secretary of State in Georgia actually entered into some kind of an agreement with Stacey Abrams, who kept suing Georgia and, you know, made a decision basically, you know, to change the way the ballots were assessed.

We're seeing that under the guise of COVID and through other people, other judges and Secretaries of State, in a rush to do this. How do you think this is all going to end up, Jim?

JORDAN:  Well, I mean, we need to investigate. I mean, look, the Democrats spent four years investigating the Russian hoax, but they don't want to take four weeks to investigate the integrity of this election when you had all these affidavits, you have all these concerns? You had the situation where 6,000 votes in Michigan went for Biden, but they were actually supposed to go for President Trump.

So we need to investigate.

And I loved your opening, Judge because you asked so many why questions?

Anytime you're doing an investigation -- I'm involved in lots of investigations in the Congress, you always ask the why questions because that gets to motive. Why didn't Democrats want Republicans to observe the count? Why did it seem like on Election Night that all the important swing states that kept counting, the President one, but all the important swing states that took a several hour pause in the count, the President ended up losing? Why did that happen?

Why don't the Democrats want to know? And frankly, in the State of Pennsylvania, which I spent five days in right after the election, why were some counties allowed to cure their ballots, but voters in those counties could cure their ballots, but other counties they couldn't.

Why did some counties allow a pre-canvass of ballots, but other counties didn't? And why did some counties set up satellite -- temporary satellite voting places, but other counties didn't? You can imagine which counties did those things and which ones didn't?

PIRRO:  Exactly.

JORDAN:  And there are all those important why questions and the most important one is, why don't Democrats want to know? Again, they spent four years investigating this fake Russia thing, but they can't even spend four weeks to get at the integrity of the American election system and figure out what exactly took place? So that's why Americans want this to continue and want to get the truth.

PIRRO:  Well, the amazing part is even when they had to actually put truth to the allegation and facts to the allegation of Russia collusion with their own team of you know, all the pitfalls, and their own choice, they still couldn't come up with anything.

And yet they tore us apart. And now they're saying, you know, I got an e- mail from a friend yesterday, one of my doctors, probably isn't anymore.

But he said to me, you know, Jeanine, you have to tell him to just move on.

I'm like, oh, my gosh, you people for four years said he was illegitimate.

You made up everything you could think of. You burnt down the cities, and we can't even follow a legitimate legal process to determine whether or not there was some kind of irregularity or illegality.

JORDAN:  Yes, these same Democrats who are telling us to trust the vote, to trust the integrity of this election, were the same ones who told us you could trust the Steele dossier. They were the same ones who said you can trust the anonymous impeachment whistleblower that we never got to cross examine. Frankly, we don't even know his name.

So, they are the same people telling us now, oh, everything is fine. I think we should be able to find out for ourselves and as I said before, I think 73 million Americans want to find out for themselves, particularly when you, as you said, in your opening, we called this this past summer, we put out a report, where we said for the first time --

PIRRO:  That's just where I was going.

JORDAN:  You had a major political party -- you had a major political party say that we are going to -- we are going to try to win this election after the election with all the chaos and confusion around mail-in balloting, and that's exactly what they did.

PIRRO:  And that report that you put out in September came to the conclusion that this is ripe for fraud, that it's teed up for corruption.

That COVID -- you know what I don't understand, if we were able to stand in line to go to Costco, to go to Home Depot six months ago, why all of a sudden are people not being allowed or being told it's dangerous for you to go?

I mean, I don't know. Maybe there's something that I'm not getting. But, you know, the issue for all of us is whether or not we're going to be able to establish and legally establish that there was some corruption when there are so many successes on the bottom of the ballot -- down ballot races, I question the decision at the top.

Last word. Go ahead.

JORDAN:  Yes. Yes, well, I will just tell you this. We do need to move away from this mail-in balloting and get to in-person voting as you said. We had one of our staff persons who works for the committee, who works for our office, who had her apartment in D.C.

She got her ballot, four other ballots arrived to her apartment for people who did not live there. That is a recipe for disaster. But Democrats knew it. That's why it was part of their House Bill One, the very first bill, they introduced this past Congress. They want this mail-in voting because they know they can exploit it and they knew that it was a recipe for disaster. That's why we got to get to the bottom of it and make sure the American people can have faith in our election process as we move forward.

PIRRO:  Absolutely, Congressman, Jim Jordan. Thanks so much.

And Corey Lewandowski is still ahead tonight. And next, Sidney Powell, who is leading the fight for transparency in this historic election joins me next.

(COMMERCIAL BREAK)

ASHLEY STROHMIER, FOX NEWS CHANNEL CORRESPONDENT:  Live from "America's News Headquarters," I'm Ashley Strohmier.

Tens of thousands of President Trump supporters gathering in cities around the country today urging the Commander-in-Chief not to concede to President-elect Joe Biden. The Trump supporters in city after city echoing claims of voter fraud. Demonstrators in Washington getting a surprise when the President and his motorcade drove past them. The President giving them a thumbs up.

And residents of Mexico and parts of Central America are getting ready for another Tropical Storm. Iota is strengthening in the Caribbean Sea and is expected to reach hurricane status sometime tomorrow.

Parts of Nicaragua and Honduras are already under hurricane watches. That region is still grappling with the aftermath of Hurricane Eta, which killed at least 120 people.

I'm Ashley Strohmier. Now back to JUSTICE WITH JUDGE JEANINE.

For all of your headlines, log on to http://foxnews.com. You're watching the most powerful name of news, FOX NEWS Channel.

PIRRO:  Welcome back. The election results in several battleground states continue to be under intense focus as allegations of voter fraud are being investigated.

Trump campaign attorney and former federal prosecutor, Sidney Powell joins me now with more.

All right, good evening, Sidney. Thank you so much for joining us. I'm sure you're very busy now. Can you give me some idea of what you're working on now and what exactly you are doing on the Trump Campaign, in this effort to identify problems with the election?

SIDNEY POWELL, TRUMP CAMPAIGN ATTORNEY:  I am working on the massive aspect of system-wide election fraud definitely impacting the swing states and likely going far beyond that.

We're talking about the alteration and changes and millions of votes, some being dumped that were for President Trump, some being flipped that were for President Trump. Computers being overwritten to ignore signatures, all kinds of different means of manipulating the Dominion and Smartmatic software, that of course, we would not expect Dominion or Smartmatic to admit.

PIRRO:  Well, and now that you mentioned that, they've denied that they have done anything improper and they deny that this claim that there's

6,000 votes that went from President Trump to Biden had anything to do with their software.

But at the same time, as you put together your case, Sidney, I assume that you are getting to the bottom of exactly what Dominion is, who started Dominion, how it can be manipulated, if it is manipulated at all and what evidence do you have to prove this?

POWELL:  Oh, yes, we are collecting evidence through a firehose, as hundreds of American patriots across the country are stepping forward with what they know about this issue, including some -- well, including some people that are taking great risks to do it.

PIRRO:  And as you do so, what is your intent here? If you can establish that there is corruption in the use of this software, this Dominion software, as you allege, and you say you have evidence, how do you put that together and prove that on Election Night or immediately after that at the time that the votes were being either tabulated or put in, that we can prove that they were flipped?

POWELL:  There is statistical evidence. There's all kinds of mathematical evidence, essentially forensic evidence, math that cannot be disputed. We have eyewitnesses to different features of the machine.

We have eyewitnesses to different aspects of the machine being uploaded with data when it was not supposed to be and never being certified. No state that had anything done to the machine prior to the election without a new certification is going to have to invalidate its votes.

It's going to have to go to the state legislatures to be decided, Jeanine.

And there's another thing, Democratic officeholders have been raising issues with the Dominion machines for a long time and the government has turned a blind eye to those. So there's also, you know, substantial reason for them, the government people who keep defending themselves.

PIRRO:  Hang on, Sidney, I believe that it's Elizabeth Warren, Amy Klobuchar. I was reading and another senator that I don't remember -- all had objections to Dominion because it was capable of being manipulated.

Those are just two, and I know I read about three. Go ahead.

POWELL:  Yes. Carolyn Maloney, I think was the first one and she commissioned a report on it, which we happen to have a copy of, notably all the articles that she cited in the letter that she wrote, and I don't remember right now which government official she wrote it to, but all the articles she cited have been wiped from the internet in the last few days.

And also Mr. Lord Malloch Brown's name has been taken off the website for the company that he runs through the U.K. and Canada that has a role in this. It's either Symantec or Smartmatic, or the two. One is a subsidiary of the other. It's all inextricably intertwined.

The money creating it came out of Venezuela and Cuba. It was created for the expressed purpose of being able to alter votes and secure the re- election of Hugo Chavez and then Maduro. They've used it in Argentina.

There is an American citizen who has exported it to other countries, and it is one huge, huge criminal conspiracy that should be investigated by military intelligence for its national security implications.

PIRRO:  Yes, and hopefully, the Department of Justice but who knows anymore.

Sidney Powell, good luck on your mission. Thank you so much for being with us tonight.

POWELL:  Thank you, Judge Jeanine and people who want to help can contribute to this defense at defendingthepublic.org.

PIRRO:  All right, thank you, Sidney. All right, Corey Lewandowski is still ahead, but next, we check in with Congressman Doug Collins who has been leading the Trump Team recount effort in Georgia.

He has got a lot to say.

(COMMERCIAL BREAK)

PIRRO:  My next guest is leading the Trump Team recount effort in Georgia.

So will the state go red despite officials there fighting every step? And what may be the outcome of the two runoff battles that could determine who controls the Senate?

Georgia Congressman Doug Collins joins me now to discuss it all.

All right, good evening, Congressman, thanks so much for being with us tonight. All right. So you're wearing two hats tonight. On the one hand, you are in charge of coordinating resources for the recount for the presidential team in Georgia. How's that going?

REP. DOUG COLLINS (R-GA):  Well, it's going -- right now, we're having the recount being done and that is counting every paper ballot, comparing it back to the machines.

But I think there is also something we need to talk about here, though, as well. This is just one part of this effort because we do have a problem down here and you've mentioned briefly before and that is this Consent Decree down here that basically gutted our signature verification process, and basically opened the door for potential fraud to be conducted.

And this is something that we're still fighting to get answers on at the same point as we're continuing to fight on the recount to make sure that every legal vote was counted, and every illegal vote was thrown out and we're continuing to do that.

So it's a long process and we're still fighting for the President to make sure every legal vote counts.

PIRRO:  Okay, so that is in fact the subject of a lawsuit where the Secretary of State Brad Raffensperger is sued in his capacity as Secretary of State by Lin Wood.

And it's a very interesting lawsuit that was filed yesterday, as I understand it, saying that that Raffensperger, who's an avowed anti-Trump has agreed with Stacey Abrams to interfere with the ballots and how they are counted. That's my understanding. Maybe you could explain it more -- when he didn't have that right as Secretary of State and under the Constitution, Article 1 Section 4. Only the legislature can change that.

What exactly did he do?

COLLINS:  What exactly happened was there was several lawsuits that have been brought after the 2018 election and this was done this year in March, when he signed this Consent Decree to dismiss those suits getting ready for this next election cycle.

Two things actually happened. Number one is it made it basically a self -- they limited it now to where you had to verify the signatures. But under the Consent Decree, it actually outlined the fact that if any signature would do, meaning that the same person who would send in a ballot, a request for a ballot could actually have that signature matched to the ballot that they received.

That's actually not a verification that is actually useful in the long term, because if it doesn't match the original person's signature on the original registration to vote, then you've got a problem. But with this, it's just a problem. You go back to the whole thing.

So this is the problem it has and then also we sent out for the first time ever in Georgia, we sent out a request for a ballot to every registered voter. There were some people who got more than one request. This was a problem that developed over time, but it also was one that is hampering efforts right now to make sure that those who requested the ballots were actually the people that needed to have it.

We've asked for that from the Secretary of State and we're still waiting for that.

PIRRO:  Well, you know what's amazing is that if I say that I want a ballot and a ballot is sent to me, they don't compare my signature with what's on the voter registration roll. So as long as the signature on the outside matches the inside, then it's okay having nothing to do if you're fraudulent, the real voter's signature, and then the inside is separated from the outside. So are they on the inside even signed? Is it valid if you didn't sign the one on the inside?

COLLINS:  No judge. That's what makes it even worse, because here in Georgia, we don't have a voter ID attached to a ballot. So once they are taken out of the envelope, then go into the stack with everybody else.

So yes, we've got a problem down here. Legislature is going to have to address it. The courts are going to have to address it. You said -- you talked about the lawsuit that was filed, that'll be something that is going to have to be dealt with as well. But in the meantime, we're still down here fighting to make sure that we have every legal vote counted.

PIRRO:  Wow. And what about the Senate races? You know, the talk that people are going to move in and that, you know, they're going to pay for people to move, which of course is illegal. You can't pay people to vote in an election. I hope they understand that's criminal. What is going on down there?

COLLINS:  Well, they do. Well, the leadership down here, the Attorney General and others have put out notice that you cannot just move in here, that the intent basis in Georgia of moving here has to be permanent intent.

In other words, you have to move down here with intent to be permanently resided in the State of Georgia.

Look, this is just Democrats being Democrats. They know that this two Senate seats are the catch in this election. Schumer has already made it very clear, but I will tell you right now, Perdue and Loeffler need to be elected. Republicans need to keep these two seats because the alternative, Ossoff and Warnock are ridiculous when you look at their views.

Georgians are going to see through this. We're just going to have to fight through the Democratic clutter that is coming into the State of Georgia right now.

PIRRO:  All right, Congressman Doug Collins, thanks so much for being with us tonight. And up next, Corey Lewandowski on the latest craziness in Pennsylvania and more. Back in a moment.

(COMMERCIAL BREAK)

PIRRO:  Pennsylvania's Secretary of State saying she will not order a recount in her state. This, as the Trump Campaign continues to fight there.

Trump Campaign senior advisor, Corey Lewandowski joins me now.

All right, Corey. First thing I want to ask you is how do you feel? You had COVID.

COREY LEWANDOWSKI, SENIOR ADVISER 2020 TRUMP CAMPAIGN:  You know, Judge, I feel good. I feel strong. I have a little bit of a headache. But I think I'm on the other side of this thing. You know, I just took a couple of vitamins, over the counter stuff, and I feel great.

PIRRO:  I have a feeling there's not much that keeps you down. Anyway, today. There was a huge rally in Washington for the President and a lot of people out there with their Trump signs and we can see it on the screen there and rallying for the President.

I know the bikers are there. I just spoke to Chris Cox and Bikers for Trump. And it is a pretty special day. What say you about that?

LEWANDOWSKI:  Well, Judge, the great part was President Trump actually drove through that rally if you saw. They took the motorcade through it and then he, you know, just wanted to show everybody how thankful he was that they came out to support him.

And look, when the Trump people come and rally, what happens at the end is, the city will be cleaner than when it was when they got there. So the people of D.C. should be very thankful that the Trump supporters are there because they are there cleaning up that filthy city.

PIRRO:  All right, Corey, let's talk about the fact that I believe the day after the election, you were dispatched to Pennsylvania. I don't know if it was Philly?> Pittsburgh? Where did you go? What did you see?

LEWANDOWSKI:  No Judge, I went with Pam Bondi to Philadelphia to the large counting facility at the Convention Center, where we attempted to enter the Convention Center so we could watch the counting of the ballots that was going on at that time, 24 hours a day.

We were summarily told we couldn't come in there. They had an armed guard that stopped us first. They had magnetometers, and they had uniformed police officers who threatened to arrest us if we went in, so we stopped.

We went and we got a court order. The Commonwealth Court of Pennsylvania issued us an order that allowed us to enter the facility and stay within six feet of all of the activities taking place inside there.

I presented that order to both the Chairman of the Board of Elections in the City of Pennsylvania -- in the City of Philadelphia. I presented it to

-- I called the Sheriff to enforce the order, the duly-elected Sheriff of Philadelphia County, he wouldn't even respond to our calls that he wasn't coming.

And I also presented that same order that the Judge issued to the Deputy Superintendent of the Police Department in the City of Philadelphia, and they said you have no enforcement mechanism, and if you cross this line, we'll put you in jail.

Judge, never in my life have I had a judge's order in my hand that was duly authorized by the judge and said I had the opportunity to do something and have the police still threaten to arrest me. As a former police officer, never would I ever have said to somebody who had a valid Judge's order, I'm not going to enforce that order.

And it was something that tells me there was clearly some shenanigans going on, or else they would have let us in, per the Judge's order, not threatened to arrest us. But they did everything possible to keep us away from the ballots that were counting. And only once they stopped counting ballots on Friday morning of last week did they then say, Mr. Lewandowski, you're welcome to enter and sit here and see nothing going on.

PIRRO:  That is an incredible statement. And I believe that. What is going on in Philadelphia as it relates to Pennsylvania and the lawsuits? I mean, is there -- did you sign an affidavit?

LEWANDOWSKI:  You know, Judge, what we know is that the courts ruled that the valid that were coming in after eight o'clock on election night, the close of the polls have to be segregated out. This is the same statement that Judge Samuel Alito, the U.S. Supreme Court made. Now, they say that they're going to segregate those out, but we have no way to know.

Judge, the room that they're counting in in Philadelphia is literally the size of a football field or bigger. It's a massive Convention Center.

They had bike racks setups, so the closest we could get was about 12 feet away from the closest table and literally 60 to 80 yards away from the tables in the back of the room where they were counting.

I approached the man who was in charge, one Mr. Bluestein and I asked him why he wasn't following the Judge's order that gave us permission to be anywhere we want. And he said, well, you know, I'll take that under advisement.

All of a sudden, Mr. Bluestein was going to take the judge's order under advisement, to see if you had to comply with it. And what did they do? They summarily -- they then turned around and they appealed it to the State Supreme Court who overruled the Commonwealth's Judge and stayed the order, so they got their way, Judge, but they completely disregarded the law.

PIRRO:  Amazing. Corey Lewandowski, thanks so much.

We'll be right back.

(COMMERCIAL BREAK)

PIRRO:  Finally, I can't believe it, but the Holidays are almost here and my new book, "Don't Lie to Me" makes the perfect gift. Just order it on Amazon tonight.

And by the way, I want to thank you for your support and all that you do for me. I love you back.

Anyway, I'm Jeanine Pirro advocating for truth, justice and the American way. Greg Gutfeld is next. See you next Saturday night. Stay well.

*Content and Programming Copyright 2020 Fox News Network, LLC. ALL RIGHTS RESERVED. Copyright 2020 ASC Services II Media, LLC.  All materials herein are protected by United States copyright law and may not be reproduced, distributed, transmitted, displayed, published or broadcast without the prior written permission of ASC Services II Media, LLC. You may not alter or remove any trademark, copyright or other notice from copies of the content.*

# A-6

November 19, 2020 statement by Sidney Powell during press conference making several false claims about  Smartmatic, including that it was created in Venezuela "at the direction of" Hugo Chavez to rig elections.

LIVENOW FROM FOX, *"TRUMP WILL WIN" Rudy Giuliani Says LEGAL CHALLENGES WILL PREVAIL*, at 38:40 et. seq., (YouTube, Nov. 19, 2020), https://www.youtube.com/watch?v=akqeL9AtJYI.





**A-7**

December 1, 2020 Tweet by President Trump sharing an article falsely accusing Smartmatic of manipulating Venezuelan elections, with the comment "Disgraceful!"

Donald J. Trump (@realDonaldTrump), TWITTER (Dec. 1, 2020, 1:48 PM), https://x.com/realdonaldtrump/status/1333769900427456512 (repost from Melissa Tate #StopTheSteal, @TheRightMelissa), archived at https://rollcall.com/factbase/trump/topic/social/.



**Donald J. Trump** ✓
@realDonaldTrump

Disgraceful!

🍃 **Melissa Tate #StopTheSteal** @TheRightMelissa
CNN's BOMBSHELL report on Dominion Smartmatic software back
when they had no vested interest to lie like they do now.

"Chavez was losing on election night & used Smartmatic to
switch votes & won the next day" - Just like Biden  RT!

1:48 PM · Dec 1, 2020

# A-8

Now-deleted December 11, 2020 retweet by President Trump of a post promoting debunked claims that Smartmatic was involved in rigging the 2020 U.S. Presidential Election.

Donald J. Trump (@realDonaldTrump), TWITTER (Dec. 11, 2020, 10:41 AM) (deleted) (repost from Old War Horse, @oldwarhorse11), archived at https://rollcall.com/factbase/trump/topic/social/.



**Donald Trump**
@realDonaldTrump • Deleted • X • December 11, 2020 @ 10:41 AM ET

X View Image

RT @oldwarhorse11: #ICYMI - Before .@CNN became a conspiracy theory comedy show they tried news in 2006- Smartmatic- sequoia - Dominion...



**Old War Horse**
@oldwarhorse11

#ICYMI - Before .@CNN became a conspiracy theory comedy show they tried news in 2006- Smartmatic- sequoia - Dominion - Chavez - Venezuela - Harris.... Check it out #MAGA

12:04 AM · Dec 11, 2020

♡ 4    See Old War Horse's other Tweets

**A-9**

Deirdre Walsh, *Trump Tried to Use the DOJ in His Effort to Overturn Election, ex-DOJ Officials Said*, NPR (June, 23, 2022), https://www.npr.org/2022/06/23/1107151077/trump-tried-to-use-the-doj-in-his-effort-to-overturn-election-ex-doj-officials-s [https://perma.cc/BJ9H-ZEEK].



 

DONATE

POLITICS

# Trump tried to use the DOJ in his effort to overturn election, ex-DOJ officials said

JUNE 23, 2022 · 4:47 PM ET

HEARD ON ALL THINGS CONSIDERED

By Deirdre Walsh

**4-Minute Listen**                              PLAYLIST     TRANSCRIPT

The House Jan. 6 committee held a hearing Thursday with testimony from former DOJ officials on how Donald Trump tried to use the department to spread false claims about election fraud.

Sponsor Message

AILSA CHANG, HOST:

Today, former Justice Department officials detailed a sustained, baseless effort by Donald Trump to use their department as part of his campaign to overturn the 2020 election. This came during the latest hearing from the House committee investigating the January 6 insurrection. Here's how Chairman Bennie Thompson summed it up.

(SOUNDBITE OF ARCHIVED RECORDING)

BENNIE THOMPSON: It was a brazen attempt to use the Justice Department to advance the president's personal political agenda.

CHANG: The committee also had witnesses naming names of Republican lawmakers who went along with Trump's election lies and sought pardons from him before Trump left office.

NPR's Deirdre Walsh is on Capitol Hill and joins us now. Hi, Deirdre.

DEIRDRE WALSH, BYLINE: Hi, Ailsa.

CHANG: OK. So, I mean, there are explicit policies designed to keep the Justice Department clear of politics, right? But today, we kept hearing how Trump was doing everything he could to involve DOJ.

WALSH: He was, and it was relentless. We heard from former acting Attorney General Jeffrey Rosen, who took over after Bill Barr resigned in the wake of the 2020 election, and two of Rosen's deputies. Trump was personally calling them and meeting with them basically on a daily basis, pushing a series of claims of election fraud. These DOJ officials didn't dismiss those claims out of hand. They took them in, shared them with the relevant U.S. attorneys who investigated them. But over and over again, they came up empty.

CHANG: And how did they relay all of that to Trump?

WALSH: Well, former Deputy Attorney General Richard Donoghue detailed a 90-minute call where he went through claim by claim with President Trump. He showed him and told him about the investigations with witnesses, with the FBI interviewing people, looking at all of these claims and telling him time and time again each one was false. Donoghue took extensive notes during that call and

quoted the president. Here's what Donoghue said about what President Trump said on that lengthy phone call.

(SOUNDBITE OF ARCHIVED RECORDING)

RICHARD DONOGHUE: What I'm just asking you to do is just say it was corrupt and leave the rest to me and the Republican congressmen.

WALSH: Meeting on December 31, then-President Trump urged these DOJ officials to seize voting machines.

CHANG: Wow. There was also a pretty remarkable meeting in the Oval Office, like, three days before the January 6 attack, a meeting that today's witnesses talked about. What transpired at this meeting?

WALSH: Right, it was a remarkable peak behind the scenes. Trump wanted to replace Rosen as attorney general with someone who would carry out his wishes. This was DOJ lawyer Jeff Clark. He was an environmental lawyer in the civil division who had nothing to do with these issues, but he did have connections to Trump allies in Congress. Clark met with the president in the Oval Office without justice bosses knowing about it, a clear violation of DOJ rules. Clark also circulated a letter that he wanted his bosses to sign that falsely stated that there were problems with the election in several states. He wanted this letter to go out to officials in swing states, like Georgia, that Trump lost.

Congressman Kinzinger, who was involved in the questioning, revealed, you know, they don't have on-camera testimony from White House Counsel Pat Cipollone. But Cipollone did tell the committee that when he learned about Clark's discussions with the president, he intervened and tried to get him to stand down, but Clark would not.

CHANG: Well, the committee has also been teasing that we would hear more about how members of Congress were involved in all of this. What did we learn today on that front?

WALSH: That was really the bombshell news at the end of the hearing. The committee had already named Scott Perry from Pennsylvania as someone who had asked for a presidential pardon. But today, we saw video clips of several White House aides who named the House Republicans who were pressing the Trump White House for preemptive presidential pardons. In addition to Scott

Perry, these aides named Florida Republican Matt Gaetz, Alabama Republican Mo Brooks, Arizona Republican Andy Biggs, Texas Republican Louie Gohmert and Georgia Republican Marjorie Taylor Greene. Here is White House attorney Eric Herschmann talking about his conversation with Matt Gaetz.

(SOUNDBITE OF ARCHIVED RECORDING)

ERIC HERSCHMANN: The pardon that he was discussing, requesting was as broad as you could describe – from beginning – I remember he – from the beginning of time up until today for any and all things.

WALSH: So far, Gaetz has taken to Twitter not to deny that he asked for a pardon, but to criticize the January 6 committee as, quote, "a political sideshow."

Another White House Aide testified on tape that President Trump did talk about issuing pardons for anyone involved in January 6. None of these House Republicans got pardons, and no one involved on the attack on the Capitol did either. But multiple times since he's left office, Trump has talked about giving pardons to those who were involved in January 6 if he is reelected in 2024.

CHANG: That is NPR's Deirdre Walsh covering the January 6 hearings from Capitol Hill. Thank you so much, Deirdre.

WALSH: Thank you.

*Copyright © 2022 NPR. All rights reserved. Visit our website terms of use and permissions pages at www.npr.org for further information.*

*Accuracy and availability of NPR transcripts may vary. Transcript text may be revised to correct errors or match updates to audio. Audio on npr.org may be edited after its original broadcast or publication. The authoritative record of NPR's programming is the audio record.*

## A-10

Bauder et. al., *Fox, Dominion Reach $787M Settlement Over Election Claims*, ASSOCIATED PRESS (Apr. 18, 2023),
https://apnews.com/article/fox-news-dominion-lawsuit-trial-trump-2020-0ac71f75acfacc52ea80b3e747fb0afe [https://perma.cc/4SZU-72CC].

ADVERTISEMENT

State of the Union    **LIVE** Winter weather    Kara Braxton dies    Kash Patel    Attia resigns

# Fox, Dominion reach $787M settlement over election claims



BY DAVID BAUDER, RANDALL CHASE AND GEOFF MULVIHILL
Published 8:32 PM EST, April 18, 2023

WILMINGTON, Del. (AP) — Fox News agreed Tuesday to pay Dominion Voting Systems nearly $800 million to avert a trial in the voting machine company's lawsuit that would have exposed how the network promoted lies about the 2020 presidential election.

The stunning settlement emerged just as opening statements were supposed to begin, abruptly ending a case that had embarrassed Fox News over several months and raised the possibility that network founder Rupert Murdoch and stars such as Tucker Carlson and Sean Hannity would have to testify publicly.

"The truth matters. Lies have consequences," Dominion lawyer Justin Nelson told reporters outside a Delaware courthouse after Superior Court Judge Eric Davis announced the deal.

Outside of the $787.5 million promised to Colorado-based Dominion, it was unclear what other consequences Fox would face. Fox acknowledged in a statement "the court's rulings finding certain claims about Dominion to be false," but no apology was offered.

A
D
V
E
R

I
S
E
M
E
N
T

"We are hopeful that our decision to resolve this dispute with Dominion amicably, instead of the acrimony of a divisive trial, allows the country to move forward from these issues," Fox said. Its lawyers and representatives offered no other comment or details about the settlement.

**RELATED STORIES**




**The BBC seeks to dismiss Trump's $10B defamation lawsuit in a Florida court**

2/24/26, 8:08 AM    Case 1:24-cr-20343-KMW    Document 351-1    Entered on FLSD Docket 03/10/2026    Page 45 of
Fox, Dominion reach $787 million settlement over false election claims | AP News
199



Nobel Institute says Venezuelan leader Machado can't give Peace Prize to Trump



Trump's $10 billion lawsuit against the IRS raises conflict of interest concerns

Asked by a reporter whether there was "anything to this other than money," Dominion CEO John Poulos did not
answer.

The deal is a significant amount of money even for a company the size of Fox. It represents about one-quarter of
the $2.96 billion the company reported earning last year before interest, taxes, depreciation and amortization —
a figure often used to approximate a company's cash flow.

The settlement also follows a $965 million judgment issued last year against Alex Jones by a Connecticut jury for
spreading false conspiracy theories about the Sandy Hook school massacre.

Coupled with other lawsuits in the pipeline, the agreement shows there is a real financial risk for conservative media that traffic in conspiracy theories. What remains unknown is how much of a deterrent this will be. Even as the Dominion case loomed this spring, Fox's Tucker Carlson aired his alternate theories about what happened at the Jan. 6, 2021, insurrection.



Dominion had sued Fox for $1.6 billion, arguing that the top-rated news outlet damaged the company's reputation by peddling phony conspiracy theories that claimed its equipment switched votes from former President Donald Trump to Democrat Joe Biden. Davis, in an earlier ruling, said it was "CRYSTAL clear" that none of the allegations about Dominion aired on Fox by Trump allies were true.

Dominion set out to prove in the lawsuit that Fox acted with malice in airing allegations that it knew to be false, or with "reckless disregard" for the truth. It presented volumes of internal emails and text messages that showed Fox executives and personalities saying they knew the accusations were untrue, even as the falsehoods were aired on programs hosted by Maria Bartiromo, Lou Dobbs and Jeannine Pirro.

Records released as part of the lawsuit showed that Fox aired the claims in part to win back viewers who were fleeing the network after it correctly called hotly contested Arizona for Democrat Joe Biden on election night. One Fox Corp. vice president called them "MIND BLOWINGLY NUTS."

During a deposition, Murdoch testified that he believed the 2020 election was fair and had not been stolen from Trump.

"Fox knew the truth," Dominion argued in court papers. "It knew the allegations against Dominion were 'outlandish' and 'crazy' and 'ludicrous' and 'nuts.' Yet it used the power and influence of its platform to promote that false story."

Several First Amendment experts said Dominion's case was among the strongest they had ever seen. But there was real doubt about whether Dominion would be able to prove to a jury that people in a decision-making capacity at Fox could be held responsible for the network's actions.

Dominion's Nelson called the settlement "a tremendous victory" and noted that there are six more lawsuits pending regarding election claims.

2/24/26, 9:11 AM    Case 1:24-cr-20343-KMW    Document 351-1 Entered on FLSD Docket 03/10/2026    Page 47 of
Fox, Dominion reach $787M settlement over false election claims | AP News
199



"We settled because it was about accountability," Nelson said in an interview. "Our goals were to make sure that there was accountability for the lies, and to try to make our client right. And we accomplished both goals."

It's hard to tell what the deal will mean financially for Dominion. The company would not provide its most recent earnings, saying the figures were not public.

In the weeks leading up to the trial, Davis significantly narrowed Fox's potential line of defense, including nixing the network's argument that it was merely airing newsworthy allegations. Newsworthiness is not a defense against defamation, he said.

In a March 31 ruling, he pointedly called out the network for airing falsehoods while noting that bogus election claims still persist more than two years after Trump lost his bid for reelection.

"The statements at issue were dramatically different than the truth," Davis said in that ruling. "In fact, although it cannot be attributed directly to Fox's statements, it is noteworthy that some Americans still believe the election was rigged."

In its defense, Fox said it was obligated to report on a president who claimed that he had been cheated out of reelection.

"We never reported those to be true," Fox lawyer Erin Murphy said. "All we ever did was provide viewers the true fact that these were allegations that were being made."

Dominion had sued both Fox News and its parent, Fox Corp, and said its business had been significantly damaged. Fox said the company grossly overestimated its losses, before agreeing to pay about half of what Dominion had asked for.

In a 1964 case involving The New York Times, the U.S. Supreme Court limited the ability of public figures to sue for defamation. The court ruled that plaintiffs needed to prove that news outlets published or aired false material with "actual malice" — knowing such material was false or acting with a "reckless disregard" for whether or not it was true.

That has provided news organizations with stout protection against libel judgments. Yet the nearly six-decade legal standard has come under attack by some conservatives in recent years, including Trump and Republican Gov. Ron DeSantis of Florida, who have argued for making it easier to win a libel case.

"The larger importance of the settlement ... is that the high level of protection for news media in a defamation case remains intact for now," said Doreen Weisenhaus, an instructor of media law at Northwestern University.

In documents released in recent months, Fox executives and anchors discussed how not to alienate the audience, many of whom believed Trump's claims of fraud despite no evidence to back them up. Fox's Tucker Carlson suggested a news reporter be fired for tweeting a fact check debunking the fraud claims.

Some of the exhibits were simply embarrassing, such as scornful behind-the-scenes opinions about Trump, whose supporters form the core of the network's viewers. Text exchanges revealed as part of the lawsuit show Carlson declaring, "I hate him passionately," and saying that "we are very, very close to being able to ignore Trump most nights."

Fox News announced the settlement on Neil Cavuto's afternoon news show. "It's a done deal," he said. "It's a settlement and for at least Fox, it appears to be over."

But Fox's legal problems may not be over. It still faces a defamation lawsuit from another voting technology company, Smartmatic. Its lawyer, Erik Connolly, said Tuesday that "Dominion's litigation exposed some of the misconduct and damage caused by Fox's disinformation campaign. Smartmatic will expose the rest."

___ Associated Press writers Jennifer Peltz in New York and Nicholas Riccardi in Denver contributed to this report.

___

The Associated Press receives support from several private foundations to enhance its explanatory coverage of elections and democracy. See more about AP's democracy initiative here. The AP is solely responsible for all content.



**DAVID BAUDER**
Bauder is the AP's national media writer, covering the intersection of news, politics and entertainment. He is based in New York.
X ✉



**GEOFF MULVIHILL**
Mulvihill covers topics on the agendas of state governments across the country. He has focused on abortion, gender issues and opioid litigation.
X ✉

ADVERTISEMENT

**A-11**

Robert Hogan, *Pam Bondi's Recent History is Troubling for the DOJ*, BRENNAN CENTER (Dec. 26, 2024),      https://www.brennancenter.org/our-work/research-reports/pam-bondis-recent-history-troubling-doj [https://perma.cc/PW6G-YN92].

**EXPERT BRIEF**

# Pam Bondi's Recent History Is Troubling for the DOJ

Her record on voting and elections raises questions about her ability to be the attorney general the American public deserves.

 **Robert Hogan**

Published **December 26, 2024**

�customize SHARE

President-elect Donald Trump's current nominee for attorney general, Pam Bondi, has a long career in the public record. Here, the Brennan Center highlights two troubling aspects of Bondi's recent history that merit further examination as part of her bid to lead the Justice Department.

## Voting and Election Restrictions

**Bondi oversaw a number of troubling**

**voting rights and election lawsuits as the litigation chair for the America First Policy Institute.**

Since its founding in 2021, Bondi has served as [chair of the Center for Litigation](link) [link-1] at the America First Policy Institute (AFPI), a [pro-Trump](link) [link-2] think tank and litigation group. Although the exact day-to-day responsibilities of Bondi's role with AFPI are unclear, she is the first listed team member on the [AFPI litigation team's webpage](link) [link-3] and is also the listed author of multiple AFPI [legal briefs](link) [link-4], [press releases](link) [link-5], [letters](link) [link-6] to government officials, and other public-facing work representing the organization.

With Bondi as litigation chair, AFPI has brought a series of concerning lawsuits in recent years, particularly in the voting rights and elections arena. In 2024, AFPI brought at least five lawsuits aiming to hinder ballot box access or disenfranchise specific groups of voters, according to the Brennan Center's research.

[1] Several of these lawsuits contain questionable factual and legal reasoning. Two significant examples are [Adams v. Fulton County Board of Elections and Registration](link) [link-7] and [America First Policy Institute v. Biden](link) [link-8]. Although Bondi did not appear as the attorney of record for these cases, there is evidence indicating that these suits were likely brought with her knowing consent, and her exact level of involvement in each is worth further probing.

In *Adams*, AFPI brought a lawsuit in Georgia on behalf of a local election board official who sought certain authorities that could have enabled her to unilaterally delay or deny the certification of elections. When AFPI launched this suit, Bondi [coauthored](link) [link-9] an organizational press release where she was quoted as saying "the goal of this case is simple: we are asking the Court to tell the Board to follow the law." However, her statement — and AFPI's ask in this suit — conflicted with a century's worth of

Georgia case law, which clearly states that local election board officials are legally required to certify results. As the Brennan Center and other election experts pointed out [link-10], AFPI's arguments in this case were meritless and radical.

A Republican-appointed [link-11] judge in Georgia dismissed AFPI's case out of hand in October, holding that [link-12] the organization's request was prohibited by the state's constitution and election code. The judge noted that AFPI's requested ruling would have "silenced" and disenfranchised *all* of the hundreds of thousands of voters in Georgia's most populous county. This outcome would have been wildly undemocratic, with racially disparate results, as 60 percent [link-13] of Fulton County residents are people of color.

*AFPI v. Biden* is another recent example of the type of concerning voting rights litigation launched by AFPI during Bondi's tenure. In *Biden*, AFPI challenged Executive Order 14019 [link-14], which

President Joe Biden issued in March 2021 to encourage federal agencies to, amongst other directives ordered in accordance with the National Voter Registration Act of 1993, integrate voter registration opportunities into their services — similar to the role played by departments of motor vehicles around the country. As part of its lawsuit, just weeks before the 2024 election [link-15], AFPI filed a petition for emergency relief that asked the court to immediately block the executive order. This last-minute emergency petition ignored the fact the order had already been in place for over three years, including during the 2022 election, and argued [link-16] it was a "weaponize[d]" and "partisan" scheme to register noncitizens to vote to benefit Democratic candidates.

AFPI did not provide any basis to refute the well-established fact that noncitizen voting in U.S. elections is vanishingly rare [link-17] and remained incredibly rare both before [link-18] and after [link-19] Biden's nonpartisan executive order went

**Brennan Center for Justice at New York University School of Law**

into effect. The case was brought before Judge Matthew Kacsmaryk, the sole federal trial judge in Amarillo, Texas, and a conservative Trump appointee known for [link-20] his nationwide injunction on the abortion pill and rulings on other contentious social issues. Kacsmaryk denied [link-21] AFPI's emergency request, holding that the organization did not have standing and that its petition provided "no direct evidence to support its claim" that the executive order was illegally registering noncitizens to vote for Democrats (as of September 2024, the Brennan Center is serving as counsel of record [link-22] for intervenors in *AFPI v. Biden*). Nevertheless, AFPI's lawsuit served to amplify baseless conspiracy theories about noncitizen voting. Had it succeeded in 2024, it would have undone voter registration services that thousands of Americans rely on, just before the 2024 election. AFPI's lawsuit in *Biden* is currently stayed until early 2025, after the Trump administration takes office.

Bondi was not the attorney of record in *Biden*. However, three months before the lawsuit was launched, Bondi, in her capacity as AFPI's litigation chair, sent a series of public letters [link-23] to top election officials in nine different states asking them to do more to stop noncitizens from voting. In each of these letters, for which Bondi is listed as the sole author, she criticized E.O. 14019 on the grounds that it would have a "pronounced" impact on "illegal alien votes" — echoing the same meritless claims about the executive order that appeared in AFPI's *Biden* lawsuit just a few months later.

The DOJ is responsible for enforcing voting rights laws. In turn, Bondi's time as AFPI's litigation chair, the organization's record on voting and elections, and Bondi's level of direct involvement in these cases all warrant further exploration.

# Election Denial

**Bondi played an early and active role in spreading falsehoods about the 2020**

**election.**

While assisting Trump's 2020 presidential campaign, Bondi made several public-facing statements about the 2020 election results — especially in Pennsylvania — that deserve close attention.

On the day after Election Day in 2020, Bondi attended a Trump campaign press conference in Philadelphia alongside Trump attorney Rudy Giuliani. At that press conference, Bondi twice asserted that Trump had "won Pennsylvania [link-24]." However, at that time, approximately 1 million mail-in ballots in Pennsylvania had yet to be counted [link-25] and no major media outlets had called the state for Trump. The next day, Bondi appeared on Fox News [link-26] and doubled down on her assertion that Trump had won Pennsylvania, claiming that there was mass "evidence of cheating" in the state, "fake ballots," and people who had "receiv[ed] ballots who were dead" and still may have voted. During that interview, she also expressed confidence that the Trump campaign's ongoing litigation

in state and federal court might eventually vindicate her view that Trump had won Pennsylvania.

Ultimately, none of the several lawsuits that Giuliani and Trump's team brought challenging the results in Pennsylvania revealed any evidence of widespread cheating or election fraud, and they were categorically dismissed by both the Pennsylvania Supreme Court [link-27] and the U.S. Supreme Court [link-28]. Furthermore, a week after the 2020 election, then–Philadelphia City Commissioner Al Schmidt, a Republican, made a televised statement [link-29] criticizing the allegations of fraud in Pennsylvania as having no basis in fact. Around this same time, a spokesperson [link-30] for the Pennsylvania attorney general noted that courts had determined there was "no proof provided that any deceased person ha[d] voted in the 2020 election." To date, Bondi has never recanted any of her false statements regarding the 2020 election.

**Brennan Center for Justice at New York University School of Law**

Bondi was not the only attorney to make these false statements. Giuliani made them in public and also in court as the attorney of record in several of Trump's frivolous Pennsylvania lawsuits. According to new public reporting by the *Washington Post* [link-31], Giuliani testified to a DC Bar committee that it was Bondi who had convinced him to go to Pennsylvania to assist Trump's effort to overturn the election. Giuliani's in-court statements about widespread election fraud and deceased voters in Pennsylvania, which the Appellate Division of the New York Supreme Court called "demonstrably false [link-32]," formed a basis for his disbarment in New York and Washington, DC. Bondi made similar false statements, but outside a court of law.

---

## Endnotes

1 These cases are Adams v. Fulton County Board of Elections and Registration, No. 24-cv-011584 (Ga. Fulton Cnty. Super. Ct. 2024)(originally case number 24-cv-006566 before being refiled due to failure to meet a pleading standard); America First Policy Institute v. Biden, No. 2:24-cv-00152-Z (N.D. Tex. 2024); American Encore v. Fontes, No. 2:24-cv-01673 (D. Ariz. 2024); Keefer v. Biden, No. 1:24-cv-00147 (M.D. Pa. 2024); and United States v. Town of Thornapple, No. 3:24-cv-00664 (W.D. Wis. 2024).

STAY UP TO DATE

# Informed citizens are democracy's best defense

First Name

Last Name

Email Address *

Zip Code *

**SIGN ME UP**

We respect **your privacy**.

---

## Links

link-1: chair of the Center for Litigation https://americafirstpolicy.com/team/pambondi

link-2: pro-Trump https://www.eenews.net/articles/inside-the-other-think-tank-orbiting-trump-world/

link-3: AFPI litigation team's webpage https://americafirstpolicy.com/centers/center-for-litigation

link-4: legal briefs https://americafirstpolicy.com/issues/people-of-ny-v-trump-afpi-amicus-on-the-merits

link-5: press releases https://americafirstpolicy.com/issues/afpi-announces-lawsuit-against-georgia-election-process

link-6: letters https://americafirstpolicy.com/assets/uploads/files/AFPI_s_Noncitizen_Voting_Pennsylcania_Right-to-Know_Request.pdf?inline=1

link-7: Adams v. Fulton County Board of Elections and Registration

https://www.fultonclerk.org/DocumentCenter/View/10226/22-FINAL-ORDER-10-14-2024

link-8: America First Policy Institute v. Biden https://americafirstpolicy.com/assets/uploads/files/AFPI_v._Biden-1-Complaint_.pdf?inline=1

link-9: coauthored https://americafirstpolicy.com/issues/afpi-announces-lawsuit-against-georgia-election-process

link-10: pointed out https://www.brennancenter.org/our-work/court-cases/adams-v-fulton-county-board-elections-and-registration

---

**Brennan Center for Justice at New York University School of Law**

link-11: Republican-appointed https://www.cnn.com/2023/08/14/politics/fulton-county-judge-robert-mcburney-trump/index.html

link-12: holding that https://www.fultonclerk.org/DocumentCenter/View/10226/22-FINAL-ORDER-10-14-2024

link-13: 60 percent https://www.brennancenter.org/our-work/court-cases/adams-v-fulton-county-board-elections-and-registration

link-14: Executive Order 14019 https://www.federalregister.gov/documents/2021/03/10/2021-05087/promoting-access-to-voting

link-15: just weeks before the 2024 election https://www.aclu.org/cases/america-first-policy-institute-v-biden

link-16: argued https://americafirstpolicy.com/issues/afpi-files-federal-lawsuit-challenging-biden-admin-effort-to-turn-federal-agencies-into-partisan-voter-registration-machines

link-17: vanishingly rare https://www.brennancenter.org/our-work/research-reports/noncitizen-voting-illegal

link-18: before https://www.brennancenter.org/our-work/research-reports/noncitizen-voting-missing-millions

link-19: after https://www.brennancenter.org/our-work/analysis-opinion/noncitizens-are-not-voting-federal-or-state-elections-heres-why

link-20: known for https://www.pbs.org/newshour/politics/abortion-pill-decision-latest-contentious-ruling-by-trump-appointed-texas-judge

link-21: denied https://assets.aclu.org/live/uploads/2024/09/2024.09.15.0039-ORDER_.pdf?inline=1

link-22: counsel of record https://www.aclu.org/cases/america-first-policy-institute-v-biden?document=Intervenor-Defendants-Brief-in-Support-of-Motion-to-Intervene

link-23: series of public letters https://americafirstpolicy.com/issues/afpi-demands-states-enforce-law-against-non-citizen-voting

link-24: won Pennsylvania https://www.c-span.org/video/?477808-1/trump-campaign-news-conference-philadelphia

link-25: had yet to be counted https://www.nbcphiladelphia.com/news/politics/decision-2020/millions-of-ballots-left-to-be-counted-in-pennsylvania-as-vote-tally-continues/2584607/

link-26: Fox News https://www.foxnews.com/video/6207361765001

link-27: Pennsylvania Supreme Court https://abcnews.go.com/Politics/trump-campaign-loses-cases-pennsylvania-supreme-court-decision/story?id=74367607

**Brennan Center for Justice at New York University School of Law**

link-28: U.S. Supreme Court https://apnews.com/article/joe-biden-donald-trump-pennsylvania-elections-us-supreme-court-5cc6aee8c328c7bb1d423244b979bcec

link-29: televised statement https://www.cnn.com/videos/politics/2020/11/11/al-schmidt-philadelphia-city-commissioner-voter-fraud-misinformation-newday-vpx.cnn

link-30: a spokesperson https://www.nytimes.com/2020/11/06/technology/dead-voters-pennsylvania.html

link-31: new public reporting by the Washington Post https://www.washingtonpost.com/politics/2024/12/16/pam-bond-attorney-general-2020-pennsylvania/

link-32: demonstrably false https://www.cnn.com/2021/06/24/politics/read-giuliani-law-license-ruling/index.html

**Brennan Center for Justice at New York University School of Law**

**A-12**

Lisa Desjardins & Kyle Midura, *Trump's AG Pick Bondi Questioned About Potential Weaponization of Justice Department*, PBS (Jan. 15, 2025), https://www.pbs.org/newshour/show/trumps-ag-pick-bondi-questioned-about-potential-weaponization-of-justice-department.

2/23/26, 1:35 PM    Trump's AG pick Bondi questioned about potential weaponization of Justice Department | PBS News





# Trump's AG pick Bondi questioned about potential weaponization of Justice Department

Jan 15, 2025 6:20 PM EST

Pam Bondi, President-elect Donald Trump's nominee to be the country's top law enforcement officer, was interrogated by senators on both sides of the aisle Wednesday. Congressional correspondent Lisa Desjardins reports on the hearing for the attorney general nominee.

# Read the Full Transcript

*Notice: Transcripts are machine and human generated and lightly edited for accuracy. They may contain errors.*

---

**Geoff Bennett:**

Senators today also questioned nominees who will be powerful forces in energy and law enforcement.

---

**Amna Nawaz:**

Our Lisa Desjardins was on the Hill all day, and she was in the room for the hearing of attorney general nominee Pam Bondi.

Lisa, let's start right there with a reminder of who Pam Bondi is and why her nomination is so important to watch.

---

**Lisa Desjardins:**

Well, Bondi is well-known in political circles and is a very close ally, longtime friend of president-elect Trump's.

But in her own right, she has a lengthy legal resume. Let's talk about it, 18 years as a prosecutor. She's a former Florida attorney general for two terms. Among her priorities then was the fight against the opioid epidemic, as well as some conservative culture war issues.

Now, she served on the first impeachment defense team for president-elect Trump. Then she also more recently has done election-related legal work for pro-Trump groups, including filing lawsuits in the most recent election. She's now nominated, of course, to be the top prosecutor in the country and the top law enforcement agent.

She would oversee the FBI itself. Most of all, this hearing was about the Republican concern and contention that the DOJ has become politically weaponized against the right. It's a powerful agency, but the thing is, Democrats fear that, if she was in this office, that she could weaponize it the other way. So there's a question of how the politics work here.

Bondi told senators what she sees as her priority.

Pam Bondi (R), U.S. Attorney General Nominee: My overriding objective will be to return the Department of Justice to its core mission of keeping Americans safe and vigorously prosecuting criminals.

---

**Lisa Desjardins:**

Now, she declined to answer questions specifically about would she prosecute people like Jack Smith, the current special counsel who Donald Trump has spoken against? She said it's a hypothetical, but she did say she would follow the rule of law.

---

**Amna Nawaz:**

How did she answer questions about keeping herself independent from president-elect Trump, also keeping her agency independent from him?

---

**Lisa Desjardins:**

This was absolutely the focus for Democrats. They referenced the fact that Trump dismissed his first attorney general, who refused to go along with his request, his demand that he intervene in an investigation on his behalf.

So Bondi was asked by Democratic Senator Chris Coons, who is your client?

---

**Pam Bondi:**

The people of America would be my client. And it is also my job to advise the president. My client is the -- are the people of America.

---

**SEN. CHRIS COONS (D-DE):**

Is president-elect Trump eligible to run for another term as president in 2028?

---

**Pam Bondi:**

No, Senator, not unless they change the Constitution.

---

**Lisa Desjardins:**

That was really her primary area of disagreement with Trump. She didn't really talk about the independence of the agency very much. She kept saying she would follow the law. She would not answer a question over a hypothetical illegal order from Trump. She said she didn't expect one, again, that she would follow the rule of law.

**Amna Nawaz:**

What about specific issues that deal with that rule of law, things around January 6, also this issue of the potential targeting of Mr. Trump's political opponents?

**Lisa Desjardins:**

Yes, she was asked especially about Trump's nominee for the FBI director, Kash Patel, who has, in a memoir, listed people, he says, who are, what is his wording, deep state members of the government.

Bondi did two things. Notably, she defended Kash Patel and she said she doesn't think that's an enemies list. And she did say there will be no enemies list at the DOJ if she is confirmed. Now, she, of course, has been herself involved in raising claims of election fraud, that, of course, unproven. She was an election denier about 2020.

She was asked about the question, did Donald Trump lose the 2020 election? Here's her answer.

**Pam Bondi:**

President Biden is the president of the United States. He was duly sworn in and he is the president of the United States. There was a peaceful transition of power. President Trump left office and was overwhelmingly elected in 2024.

**Lisa Desjardins:**

OK, so, notice that answer. I know we have been over this ground. A lot of Americans are tired of it, but it's important because of the job she is about to undertake if confirmed.

Democrats pointed out she did not say that Biden won or that Trump lost and said she said only that Trump won this time.

**Amna Nawaz:**

Right.

**Lisa Desjardins:**

So, Democrats push back and they say this raises important questions about her independence and her own potential bias, as we sit now.

**Sen. Richard Blumenthal (D-CT):**

You have to be able to say no to the president of the United States. You have to speak truth to power. You have to be able to say that Donald Trump lost the 2020 election.

**Lisa Desjardins:**

Now, you will notice she is actually on track. If you look at the hearing room, I took a couple of photos of it, it really was not as well attended as I expected. I think all of these nominees at once have taken some pressure off their big nominations like this.

Right now, she had a very good day all in all. She is on track to be confirmed.

**Amna Nawaz:**

You were keeping an eye on another here that unfolded today as well, that for energy secretary nominee Chris Wright. What did we learn?

**Lisa Desjardins:**

Right. Let's talk about him.

He is an energy executive known especially for fracking and really kind of pioneering that industry. In the past, he has said that there is no climate crisis. But, today, Amna, he told senators that climate change is real and he agreed that it is manmade. So there's a lot of question marks about where he really stands on that issue.

**Amna Nawaz:**

All right, our Lisa Desjardins, thank you so much.

**Lisa Desjardins:**

You're welcome.

*By* — Lisa Desjardins

Lisa Desjardins is a correspondent for PBS News Hour, where she covers news from the U.S. Capitol while also traveling across the country to report on how decisions in Washington affect people where they live and work.

𝕏 **@LisaDNews**

Case 1:24-cr-20343-KMW Document 351-1 Entered on FLSD Docket 03/10/2026 Page 64 of 199

By — Kyle Midura

**A-13**

Max Mazta, *Proud Boys and Oath Keepers among over 1,500 Capitol riot defendants pardoned by Trump*, BBC (Jan. 20, 2025), https://www.bbc.com/news/articles/c5y7l47xrpko [https://perma.cc/Y7WD-6FD2].

ADVERTISEMENT

# Proud Boys and Oath Keepers among over 1,500 Capitol riot defendants pardoned by Trump

20 January 2025

Share    Save

**Max Matza**
BBC News



Watch: BBC outside jail housing Capitol riot defendants

US President Donald Trump issued pardons or commutations for more than 1,500 people convicted or charged in connection with the US Capitol riot four years ago.

Fourteen members of the Proud Boys and Oath Keepers, two far-right groups, are among those whose sentences were commuted by the new Republican president as he took office on Monday.

Trump also signed an order directing the Department of Justice to drop all pending cases against suspects accused in the riot.

The executive action came shortly after Trump was sworn in as the 47th president of the US inside the Capitol, which was stormed by his supporters on 6 January 2021 as lawmakers met to certify Joe Biden's election victory.

ADVERTISEMENT

During a signing ceremony in the Oval Office on Monday evening, Trump displayed a list of the names of US Capitol riot defendants he said were receiving a pardon.

"These are the hostages, approximately 1,500 for a pardon, full pardon," Trump said. "This is a big one."

"These people have been destroyed," he added. "What they've done to these people is outrageous. There's rarely been anything like it in the history of our country."

The proclamation says that it "ends a grave national injustice that has been perpetrated upon the American people over the last four years and begins a process of national reconciliation".

According to Justice Department figures released earlier this month, approximately 1,583 defendants have been charged with crimes associated with the riot.

More than 600 have been charged with assaulting, resisting or obstructing law enforcement, including around 175 charged with using a deadly or dangerous weapon or causing serious bodily injury to an officer.



1:06

Watch: President Trump pardons nearly all 6 January Capitol riot defendants

ADVERTISEMENT

ADVERTISEMENT

Capitol Police officers were attacked with weapons including metal batons, wooden planks, flagpoles, fire extinguishers and pepper spray.

The 14 defendants who had their sentences commuted - meaning they will be released, but their convictions will remain on the record - include Oath Keepers founder Stewart Rhodes.

Rhodes, a former US Army paratrooper and Yale-educated lawyer, led a contingent of his militia members to Washington. They stashed weapons in a hotel room across the Potomac River in Virginia while participating in the melee.

Rhodes did not enter the Capitol but directed his members from outside, and was sentenced in 2023 to 18 years in prison.

Trump issued a blanket "full, complete and unconditional pardon" to all others who were involved in the riot.

They include former Proud Boys leader Henry "Enrique" Tarrio, who was jailed for 22 years for seditious conspiracy over the riot.

Tarrio was not present at the riot, instead watching it on TV from a hotel room in Baltimore after being banned from Washington, DC, following an arrest for weapons offenses.

Tarrio's lawyer said his client expected to be released, and in a post Tarrio's mother said he would arrive home in Miami from a federal prison in Louisiana on Tuesday.

The move was swiftly denounced by Democrats as an attempt to re-write history.

Former Speaker of the House Nancy Pelosi, who was among the lawmakers forced to flee during the riot, called Trump's actions "an outrageous insult to our justice system and the heroes who suffered physical scars and emotional trauma as they protected the Capitol, the Congress and the Constitution".

The former top Democrat in Congress said Trump "has decided to make one of his top priorities the abandonment and betrayal of police officers" who had physically fought with protesters to defend lawmakers.

Before he was sworn into office, some Trump aides indicated that he would not issue sweeping pardons, but would instead review each conviction on a case-by-case basis.

Just days ago, Vice-President JD Vance told Fox News "if you committed violence on that day, obviously you shouldn't be pardoned." He also said there was a "grey area" in some cases.

Pam Bondi, Trump's nominee for attorney general, called for a "case-by-case" review last week during her Senate confirmation hearing when asked whether Trump's clemency decisions would include those who attacked police officers.

"I condemn any violence on a law enforcement officer in this country," she said.

The Republican Speaker of the House Mike Johnson also recently called for individual case reviews.

Trump's blanket order came the same day that Joe Biden used the final minutes of his presidency to issue pre-emptive pardons for his brothers and sister, as well as members of the US House of Representatives committee whose investigation into the Capitol riot concluded Trump was to blame.

- LIVE: Follow BBC coverage of Trump's first day back

- What are presidential pardons and who have Trump and Biden pardoned?

- Stewart Rhodes' son: 'How I escaped my father's militia'

The melee at the US Capitol, after a Trump rally nearby, lasted several hours. About 140 police officers were injured.

Lawmakers fled during the disorder and an unarmed female rioter, Ashli Babbitt, was fatally shot inside the building by officers.

The Justice Department launched a nationwide manhunt for suspects in its aftermath, which continued until today.

More than half the convictions have been misdemeanours, such as disorderly conduct or trespassing. Most convictions resulted in sentences of under one year in prison or probation, and most of those convicted have already served their sentences.

Trump previously called those prosecuted for the riot "political prisoners", who posed "zero threat".

Democrats describe the day as an attempted insurrection, and an attack on democracy itself.

Washington state Democratic Senator Patty Murray said in a statement: "It's a sad day for America when a President who refused to relinquish power and incited an insurrection returns to office years later only to grant violent criminals a Presidential pardon or commutation."

She also accused Trump of trying to "paper over the history and reality of that dark day".



Supporters of 6 January defendants have gathered outside the Washington DC jail

ADVERTISEMENT

Meanwhile, supporters and family members of Capitol riot defendants have been waiting outside the jailhouse in Washington DC throughout the cold on Monday, for news that their loved ones will be freed by Trump.

A number of those convicted or awaiting trial were being held at the jail, while others were serving sentences in federal prisons across the country.

"Freedom!" one woman shouted earlier, as Trump vowed to release what he refers to as the "J6 hostages" during his speech at the Capitol One arena.

People at the jail said that they expected defendants to begin leaving within hours of Trump's action.

Derrick Storms, chief legal counsel for defendants in Capitol riot cases, told BBC News that he expects prisoners to be released from the DC jail before midnight.

*With reporting from Emma Vardy and Regan Morris*



**A-14**

Ellen Nakashima & Warren P. Strobel, *U.S. Intelligence, Law Enforcement Candidates Face Trump Loyalty Test*, WASHINGTON POST (Feb. 9, 2025), https://www.washingtonpost.com/national-security/2025/02/08/trump-administration-job-candidates-loyalty-screening/.

# U.S. intelligence, law enforcement candidates face Trump loyalty test

Candidates for top intelligence and law enforcement jobs were asked to give "yes" or "no" responses to questions such as: Was Jan. 6 "an inside job?"

Updated February 9, 2025    More than **1 year ago**

By Ellen Nakashima and Warren P. Strobel

Candidates for top national security positions in the Trump administration have faced questions that appear designed to determine whether they have embraced the president's false claims about the outcome of the 2020 election and its aftermath, according to people familiar with cases of such screening.

The questions asked of several current and former officials up for top intelligence agency and law enforcement posts revolved around two events that have become President Donald Trump's litmus test to distinguish friend from foe: the result of the 2020 election and the Jan. 6, 2021, assault on the U.S. Capitol, according to the people, who, like others interviewed for this report, spoke on the condition of anonymity because of the matter's sensitivity.

These people said that two individuals, both former officials who were being considered for positions within the intelligence community, were asked to give "yes" or "no" responses to the questions: Was Jan. 6 "an inside job?" And was the 2020 presidential election "stolen?"

These individuals, who did not give the desired straight "yes" answers, were not selected. It is not clear whether other factors contributed to the decision.

The questions were posed in direct interviews conducted by personnel hiring for the new administration.

One former official familiar with the questions posed to one of the candidates said: "He was not willing to compromise his integrity by saying things he knew weren't true. He's not losing any sleep over his decision."

Political fealty has been a prerequisite for positions at all levels of the new administration, including for current civil servants seeking new assignments. But former national security and other officials said it is especially important for the nation's security that intelligence professionals be able to give the president accurate information, even if it does not align with his policy or political preferences.

2/23/26, 1:35 PM
U.S. intelligence, law enforcement candidates face Trump loyalty test - The Washington Post
Case 1:24-cr-20343-KMW Document 351-1 Entered on FLSD Docket 03/10/2036 Page 74 of 199

"It's normal for a new administration to ask potential political appointees about their political views to assure that they align with the new administration," said John Bellinger III, who served as the senior counsel for the White House National Security Council in the George W. Bush administration. "And it's appropriate for a new administration to ask career officials if they are comfortable carrying out the new administration's policies. But it's not appropriate to condition jobs, especially in the intelligence and law enforcement community, on partisan political stances. We want career officials to interpret intelligence and enforce the laws in a neutral way without any partisan preference."

Separately, at least two individuals in FBI field offices outside Washington, who were being interviewed for senior positions, were asked similar questions, said one U.S. official familiar with the incidents. The questions included: Who were the "real patriots" on Jan. 6? Who won the 2020 election? Who is your "real boss?"

These agents have yet to hear the outcome of their interviews, according to the official.

Sen. Dick Durbin (D-Illinois) said in a letter last week to the acting FBI director, Brian Driscoll, that he received "credible information" that a "loyalty test is being implemented in the leadership hiring process, with candidates being asked about the 2020 election and January 6, 2021."

In a statement to The Washington Post, White House deputy press secretary Anna Kelly said: "It is entirely appropriate that candidates for national security positions in the Trump administration align with President Trump's agenda to put America First."

Trump has repeatedly falsely claimed that he won the 2020 election and asserted that thousands of his supporters who attacked the U.S. Capitol on Jan. 6, 2021, were patriots. Some right-wing voices have suggested the insurrection was an "inside job" organized by the FBI.

The loyalty questions come amid an already tense atmosphere at the bureau and in the intelligence community. In recent days, interim Justice Department leaders appointed by Trump ordered the FBI to hand over a list of the thousands of personnel across the country who worked on Jan. 6. cases, forced out senior FBI leaders and transferred several senior Justice Department officials, and underlined fired prosecutors involved in a special counsel investigation of Trump.

There have been no such actions at the CIA, National Security Agency and the Office of the Director of National Intelligence, though their civilian workforces have been offered buyouts. But personnel there are warily watching the actions of CIA Director John Ratcliffe and the statements of director of national intelligence nominee Tulsi Gabbard. Both are political allies of Trump, and Gabbard has at times suggested intelligence officials are part of a disloyal deep state.

Ratcliffe and Gabbard pledged during their confirmation hearings not to politicize their agencies. "As the president's principal intelligence adviser, I will begin with leading by example, checking my own views at the door, and committing to delivering intelligence that is collected, analyzed, and reported without bias, prejudice or political influence," Gabbard told the Senate Intelligence Committee.

Senate Judiciary Committee Democrats asked Kash Patel, Trump's nominee for FBI director, at his Jan. 30 confirmation hearing about plans for agents who had worked on Jan. 6 cases, and he pledged no retribution, even as the removals of senior FBI officials were already underway.

Asked to comment on the loyalty questions, an FBI spokeswoman declined. An FBI official said: "We have no knowledge of that."

Case 1:24-cr-20343-KMW   Document 351-1   Entered on FLSD Docket 03/10/2036   Page 77 of 199

One former senior intelligence official said that attesting to something you know to be untrue — as in the assertion that President Joe Biden stole the 2020 election — would violate the ethos of an intelligence officer. "I don't understand how somebody could [answer untruthfully] and do their job," said the former official.

By design, spy agencies have relatively few political appointees, and veteran intelligence officials say their role is to provide policymakers, no matter from which party, intelligence untainted by political considerations.

There have been loyalty investigations of federal employees over the years, such as during the communist "witch hunts" of the McCarthy era, noted Yale University historian Beverly Gage. Those were problematic in their own right, Gage said, "but at least they were not about whether or not you're loyal to a particular politician, but whether you're loyal to the country."

The only time the country came close to being led by a president who insisted on personal and partisan loyalty within the intelligence agencies was during the presidency of Richard M. Nixon, said Gage, author of a major biography of the first FBI director, J. Edgar Hoover.

Nixon "wanted to take all of these big government agencies and make them responsive to the White House, make them loyal to him in part, because he, like Trump, had this sense that the media and all the Democrats and the bureaucracy were arrayed against him," she said.

Recent polls indicate that perceptions of the intelligence community, and particularly the FBI, are highly polarized, following years of attacks by Trump and his allies.

"There's been a historical reversal," said Jeffrey Rogg, an intelligence historian at the University of South Florida. "Whereas Democrats historically were suspicious of the FBI and intelligence organizations, now it's Republicans who are. And it's not accidental that it's due to political events in the United States and the perception that intelligence organizations have taken sides."

The politically tinged loyalty questions are just one aspect of a broader screening campaign that includes reviewing candidates' and current officials' social media posts for any divergence from Trump's views, and checking on past campaign donations and political activity.

2/23/26, 1:35 PM    Case 1:24-cr-20343-KMW    Document 351-1    Entered on FLSD Docket 03/10/2026    Page 79 of
199
U.S. Intelligence, law enforcement candidates face Trump loyalty test - The Washington Post

The application form for jobs in the Trump administration asks if applicants supported Trump in the 2024 election, and "What part of President Trump's campaign message is most appealing to you and why?" according to the Associated Press.

Some longtime intelligence professionals say that Trump and his billionaire ally Elon Musk's drive to downsize and remake the government is not without merit. There are organizations within the intelligence community that need streamlining and mission priorities that should be reset, they said.

The Trump administration and Senate Republicans have signaled they want the CIA to be more aggressive with human intelligence gathering and to downsize the ODNI, which was formed in the aftermath of the Sept. 11, 2001, attacks to better coordinate spy agencies. It now has more than 2,000 employees.

*Isaac Stanley-Becker, Cleve R. Wootson Jr. and Jeremy Roebuck contributed to this report.*

**A-15**

Perry Stein, Jeremy Roebuck & David Ovalle, *The Trump Prosecutor Probing Former Top Obama Administration Officials*, WASHINGTON POST (Nov. 17, 2025), https://www.washingtonpost.com/national-security/2025/11/17/trump-obama-jason-quiones-miami-prosecutor/ [https://perma.cc/SC8C-4ZQR].

*Democracy Dies in Darkness*

# The Trump prosecutor probing former top Obama administration officials

Jason Reding Quiñones, U.S. attorney in Miami and a favorite prosecutor for the Trump administration, is pursuing a broad investigation into former Obama officials.

Updated November 17, 2025

By Perry Stein, Jeremy Roebuck and David Ovalle

MIAMI — When Jason Reding Quiñones was hired in 2018 as a federal prosecutor in the Southern District of Florida, he was placed alongside other entry-level attorneys in the office's boot camp for new hires, where young prosecutors work on drug and gun cases to gain trial experience before they move to more prestigious divisions.

Most of those prosecutors win promotion. Reding Quiñones flunked, failing to impress his supervisors with his work ethic and legal acumen and earning poor marks on his performance evaluation, according to multiple people familiar with the matter.

He left the office in 2024.

A year later, President Donald Trump tapped Reding Quiñones, a lieutenant colonel in the Air Force Reserve, to return to the Miami-based U.S. attorney's office as its boss.

Already, Reding Quiñones has become a go-to prosecutor for the administration. Justice Department officials have entrusted Reding Quiñones with one of their most high-profile, controversial investigations — a broad probe of Trump foes, including former Obama administration Director of National Intelligence James R. Clapper Jr. and CIA Director John Brennan, under a theory that Democrats and other "deep state" actors conspired for years to violate Trump's rights with a series of federal investigations.

In recent weeks, the office has issued a flurry of subpoenas, including to both Brennan and Clapper, according to multiple people familiar with the matter. Other subpoenas have gone to prominent former FBI officials, including the bureau's former deputy director, Andrew McCabe; former bureau attorney Lisa Page; and Peter Strzok, a former counterintelligence agent who helped lead the probe into Russian interference in the 2016 election.

The appointment of Reding Quiñones is a case study in how the Trump administration is operating U.S. attorney's offices across the country, plucking Trump loyalists with little support from existing staff to serve in high-powered law enforcement positions, according to multiple people familiar with the Justice Department's operations.

In several cases, including Reding Quiñones's, the appointments have led to an exodus of experienced staff and a sharp drop in morale as the appointees embrace some of the administration's most controversial investigations. That's a dramatic contrast from how federal prosecutors' offices operated during the first Trump administration, when the president nominated more establishment conservatives and most offices ran with little tumult.

In a statement, the Justice Department defended Reding Quiñones and its other picks for top prosecutor jobs.

"Attorney General [Pam] Bondi and Deputy Attorney General [Todd] Blanche have assembled an outstanding team of US attorneys, including Jason Reding Quiñones, who are trusted and empowered to diligently uphold the rule of law, prosecute crime, and protect our communities," the statement said. "Jason inherited an office that was neglected by the previous administration and leads a team that is securing critical indictments and key convictions, and while we do not confirm or comment on the existence of specific investigations, the American people should know that this Department will continue to follow the facts and pursue justice in every case."

The article is based on interviews with more than a dozen current and former officials familiar with the U.S. attorney's office in South Florida, several of whom spoke on the condition of anonymity out of concern for retaliation. A spokesperson for Reding Quiñones's office did not respond to requests for comment.

When Reding Quiñones was nominated in March, the two respected supervisors who had given him poor performance evaluations quickly resigned, fearful that their new boss would push them out, according to multiple people familiar with the matter.

At the time he filed a complaint against the office, Reding, as he was then known, claimed he had been discriminated against because he is a White man and because of his duties as an Air Force reservist. He dropped the complaint after agreeing to move to the office's civil division. In 2023, he added Quiñones to his last name, reflecting his mother's Cuban heritage. The next year, he left the office and was appointed a Miami-Dade County judge.

Reding Quiñones said in written materials for his Senate confirmation that the poor performance evaluation contained factual errors that were later corrected.

Since Trump's return to the White House, veteran prosecutors and top supervisors have left the U.S. attorney's office, which handles some of the nation's biggest international drug trafficking and national security cases.

The office also took a significant personnel hit in the first days of the administration after officials in Washington fired prosecutors who had been detailed to work on the investigations of the Jan. 6, 2021, attack on the U.S. Capitol and Trump's retention of classified documents at his Mar-a-Lago estate.

Meanwhile, morale has sunk among those who remain, according to people familiar with the office. Reding Quiñones vowed at his swearing-in to "restore impartial justice" — a pledge he has since included in the office's mission statement. Several current and former employees took issue with the statement, noting its implication that the work they had done before was biased.

As the conspiracy investigation around Trump's perceived political foes appears to pick up steam, more people have decamped, and Reding Quiñones is making significant changes to the office.

Two prosecutors resigned this month after expressing reservations about working on the investigation. Officials then accused them of leaking information and pushed them to sign an unusual penalty of perjury document, which would have put them in legal jeopardy if officials in the office ever believed they had lied, according to two people familiar with the matter. They both refused to sign and left.

Earlier in the month, right-wing influencers posted online that the head of the office's criminal division donated to Kamala Harris's presidential campaign, which is legally protected political activity for career government officials. They questioned whether he could be trusted to lead the broad investigation of Trump foes now underway.

Soon after that donation became public, Reding Quiñones restructured the office and removed the national security division from the purview of the criminal division. That move gave Reding Quiñones more direct oversight of the national security division, which is leading the investigation around Obama-era officials, by removing a supervisor from the chain of command, the people familiar with the office said.

The Trump administration appears to now be recruiting outside prosecutors willing to work on the case, including a former prosecutor who worked in the office alongside Reding Quiñones who was pushed out of his job after attempting to launch investigations of baseless voter-fraud conspiracy theories tied to the 2020 election, according to multiple people familiar with the matter.

"I have never seen anything like this before," said one recently departed assistant U.S. attorney with decades of experience in the office. "People are now asking, 'If I touch this or that case, will I be fired?'"

Reding Quiñones's rise to become the top prosecutor in South Florida got a boost from Mike Davis, a conservative lawyer and online activist who is an informal legal adviser to the Trump administration. The two met at a conservative legal event in D.C. eight years ago while Reding Quiñones was doing a stint in the Justice Department's National Security Division and Davis was working as counsel for Sen. Chuck Grassley, the Iowa Republican who chaired the Senate Judiciary Committee.

Davis said in an interview with The Washington Post that he recommended Reding Quiñones for the top job in South Florida. In recent months, Davis has touted the sprawling investigation into Trump's political foes on social media, posting a picture of Reding Quiñones with the caption, "Justice is coming."

"What's good about Jason is he is not worried about his next job," Davis said in an interview. "He's going to be there and be a good patriot. He doesn't care what people think about him. He's going to follow the law and the Constitution."

A month before Trump nominated Reding Quiñones for the top job, he and Davis appeared together on a panel — titled "Modern Lawfare and the American Democracy" — at a conservative legal conference.

As panelists swapped recriminations over special counsel Jack Smith's investigations of Trump and what they described as the weaponization of the Justice Department under the Biden administration, Reding Quiñones asked the group what should be done now that Trump was back in power.

Davis proposed a response remarkably similar to the investigation now underway: Those who sought to prosecute the president should be charged with conspiracy to deprive a person of his civil rights — a federal crime that has typically been used to protect the rights of minorities or to prosecute police misconduct.

"There must be severe consequences," Davis told the audience, which included Bondi's then-chief of staff, Chad Mizelle. "We should not take the high ground. … There has to be severe legal, political and financial consequences for this unprecedented republic-ending lawfare."

The investigation under Reding Quiñones so far appears to focus on one of the frequent points of grievance raised by Trump and his allies about the probes during his first term — a 2017 intelligence assessment that found that Russians had worked to interfere with the 2016 presidential election by promoting Trump and denigrating his opponent, Hillary Clinton.

Subpoenas reviewed and described to The Post seek documentation and communication showing how that assessment was put together. Former government officials are not supposed to have that sort of sensitive material or communications from their time in government in their possession, so it is unclear what they would produce in response to the subpoenas.

The subpoenas reviewed by The Post do not list criminal statutes that prosecutors could be considering as potential charges.

Because the work done on the intelligence assessment dates back nearly a decade, the statute of limitations would normally make it too late for the government to prosecute offenses that might have been involved. Davis has floated the idea, however, that prosecutors could try to prove that the assessment was just one part of a long-running conspiracy by government officials to deprive Trump of his rights. He asserts the conspiracy included the 2022 raid of the president's Mar-a-Lago resort, which was authorized by a court to retrieve sensitive government materials that Trump took when he left the White House, which would be within the time limit.

The South Florida U.S. attorney's office would have jurisdiction over federal crimes that occur at and around Mar-a-Lago. Davis has also posted court documents on social media showing that a grand jury has been impaneled at Reding Quiñones's request at the Fort Pierce courthouse — which is part of the Southern District of Florida — and suggested it would be hearing evidence in the conspiracy case.

By impaneling the grand jury in Fort Pierce, the proceedings, set to begin in January, would probably be overseen by U.S. District Judge Aileen M. Cannon — a conservative favorite who made the controversial ruling to dismiss the federal mishandling of documents indictment against Trump.

*Ellen Nakashima contributed to this report.*

## What readers are saying

The comments overwhelmingly criticize the appointment of Jason Reding Quiñones as the top prosecutor in South Florida, highlighting his lack of competence and poor performance evaluations. Many commenters view his appointment as part of a broader pattern of Trump appointing... Show more

This summary is AI-generated. AI can make mistakes and this summary is not a replacement for reading the comments.

# A-16

CSPAN, Mike Lindell Speaks to Reporters at the White House (Feb. 21. 2025), https://www.c-span.org/program/news-conference/mike-lindell-speaks-to-reporters-at-the-white-house/656143.



**FEBRUARY 21, 2025**

## Mike Lindell Speaks to Reporters at the White House

Mike Lindell, CEO of My Pillow, spoke to reporters at the White House driveway.

Share Via

      

 Report Video Issues



✂ CLIPPING TOOL



Advertisement



Advertisement

Text type

Search this text

**TOPICS**

Washington Politics

2/24/26, 8:08 AM
Case 1:24-cr-20343-KMW    Document 351-1    Entered on FLSD Docket 03/10/2026    Page 93 of
Mike Lindell Speaks to Reporters at the White House | C-SPAN.org
199



Straight from the sources: Get WORD FOR WORD

White House | News Media Stake

### PEOPLE IN THIS VIDEO

**Mike Lindell**
CEO
My Pillow

| 00:00:04 | Hey Who That would be wonderful. |
|---|---|

| 00:00:16 | That was awesome. I got way more than I ever. longer than I thought but we went through that, you know, he wants paper ballots and counting, same day voting. He's been selling stuff for as long as I have, a long time, 4 years, and yeah, we talked about that and I don't want to get into details, but there's other things that |

Show More ∨

| 00:03:51 | So they are prioritizing election integrity and looking into the 2020 election. |

| 00:03:57 | They're absolutely prioritizing. They were already on it. We've got, it's not just, you know, I've said it before the 2020 election will go down as the most important election in history. If we wouldn't have, if we wouldn't have broke the algorithms there and all this get exposed, you know, over the last four years and everybody |

Show More ∨

*This text was compiled from uncorrected Closed Captioning.

 More information about
*Mike Lindell Speaks to Reporters at the White House*

 Purchase a Download
*Mike Lindell Speaks to Reporters at the White House*

## RECOMMENDED



FEB 6, 2026
**Kevin Hassett Speaks to Reporters at the White House**
In remarks to reporters in the White House driveway, National Economic Council Director Kevin Hassett said he was "thrilled" for Kevin Warsh, President Trump's pick for Federal Reserve chair, after not getting the nomination himself. He refused to speculate …



FEB 12, 2026
**Agriculture Secretary Rollins Speaks to Reporters at the White House**
Agriculture Secretary Brooke Rollins spoke briefly to White House reporters about new food guidelines for schools and boxer Mike Tyson's "Eat Real Food" advertising campaign in support of the Trump administration's "Make America Healthy Again" public …



FEB 3, 2026
**Trump Admin. Officials Speak to White House Reporters**
Trump administration officials talk to White House reporters about the president's agenda.



FEB 6, 2026
**Trump Admin. Officials Speak to White House Reporters**
Trump administration officials talk to White House reporters about the president's agenda.

## CLIPS FROM THIS VIDEO



2/24/26, 8:58 AM
Case 1:24-cr-20343-KMW    Document 351-1    Entered on FLSD Docket 03/10/2026    Page 94 of
Mike Lindell Speaks to Reporters at the White House | Video | C-SPAN.org
199

Straight from the sources: Get WORD FOR WORD 



**FEB 21, 2025**

User Clip: elon supports no machines

Mike Lindell says Elon supports paper ballots

## TRENDING



**FEB 24, 2026**

Washington Journal 02/24/2026

Presidential historian and Ronald Reagan Institute Senior Fellow Tevi Troy discusses the history and importance of the State of the Union address, and Quincy Institute's George Beebe discusses the 4th anniversary of the Russia–Ukraine war.



**FEB 20, 2026**

User Clip: "John Barron" from Virginia

A John Barron from Virginia has a very peculiar take on the Tariff rulings.



**FEB 20, 2026**

Supreme Court Decision on President Trump's Tariffs



**FEB 20, 2026**

User Clip: Trump pretending to be a Virginia voter

what even is this presidency anymore???

### ABOUT C-SPAN

Our Mission

Our History

Cameras In The Court

Milestones

Leadership

Jobs

In The Community

Video Library

Viewer Guide

### RESOURCES

C-SPAN Classroom

Blog

Series A-Z

Press Center

FAQs

Contact Us

Shop

C-SPAN's Book Collection

World Legislatures

MyC-SPAN Login

C-SPAN Select App

C-SPAN Now App

Download

Download

C-SPAN Podcasts

### FOLLOW C-SPAN



# A-17

Lynch et. al., *How Trump Defanged the Justice Department's Political Corruption Watchdogs*, REUTERS (June 9, 2025), https://www.reuters.com/investigations/how-trump-defanged-justice-departments-political-corruption-watchdogs-2025-06-09.

Learn more about  LSEG

 Reuters

My News    Sign In   Subscribe   



A REUTERS SPECIAL REPORT

## How Trump defanged the Justice Department's political corruption watchdogs

Trump says changes to the Justice Department are necessary to root out lawyers he derides as "hacks and radicals." REUTERS/Nathan Howard

Stripped of its authority and nearly all its staff, the U.S. Justice Department's storied Public Integrity Section is on life support. Former prosecutors say the overhaul could make it

easier to prosecute Trump's opponents.

By **Sarah N. Lynch**, **Ned Parker**, **Peter Eisler** and **Andrew Goudsward**

June 9, 2025 6:00 AM EDT · Updated June 9, 2025



WASHINGTON - Created after the Watergate scandal, the U.S. Justice Department's Public Integrity Section has fought political corruption for nearly half a century.

Five months into President Donald Trump's second term, it has been stripped of power.

The unit has lost its authority to file new cases. Its staff has been reduced from more than 30 attorneys to five. And its once-powerful gatekeeping role – reviewing potential cases against members of Congress and other public officials to prevent politically motivated prosecutions – has been suspended.

Those changes, confirmed by three people familiar with the department's operations, are part of an overhaul of the Justice Department by the Trump administration that is dismantling guardrails designed to stop political interference in criminal investigations involving politicians, federal judges and other public figures.

Advertisement · Scroll to continue

Reuters reviewed the Public Integrity Section's cases and internal memos, and conducted more than 15 interviews, to document the decimation of an office

with a mission to investigate and prosecute corruption allegations at all levels of government and supervise criminal probes into election crimes.

Among the most significant changes is the suspension of a longstanding Justice Department requirement that federal prosecutors seek the Public Integrity Section's approval before bringing charges against members of Congress – and consult with the unit before launching criminal prosecutions in many other matters involving public officials.

The suspension of that rule in early May hasn't been previously reported. It frees political appointees in the Justice Department to prosecute public officials without going through a review intended to prevent baseless or politically motivated prosecutions. It also halts the unit from supervising election fraud cases, including allegations of election disinformation.

A Justice Department spokesperson confirmed changes to the rules are under review, but said no final decisions have been reached. The spokesperson added that Justice Department leaders believe the U.S. Attorney's offices around the country, which are "closer to the facts and to the communities they serve, are better placed to determine whether to charge these crimes." U.S. Attorneys are appointed by the president.

---

Advertisement · Scroll to continue

The requirements to run public corruption cases through the Public Integrity Section give the unit "far too much power," the spokesperson said.

## "We are talking about the politicization of the justice system. The rule of law is endangered."

Stuart Gerson, the head of the Justice Department's civil division under Republican President George H.W. Bush and an acting attorney general under Democratic President Bill Clinton

The crippling of the Public Integrity Section, under a president who campaigned on a vow to exact retribution against his enemies, could make it easier to prosecute Trump's opponents and spare his allies, said constitutional law experts and former Justice Department officials.

"We are talking about the politicization of the justice system," said Stuart Gerson, the head of the Justice Department's civil division under Republican President George H.W. Bush and an acting attorney general under Democratic President Bill Clinton. "The rule of law is endangered."

The Justice Department defended the changes. "This Department of Justice is committed to ending the weaponization of government and will continue to prosecute violent crime, enforce our nation's immigration laws, and make America safe again," the spokesperson said.

Trump has said the changes are necessary to root out Justice Department lawyers he derides as "hacks and radicals" for prosecuting him and some of his supporters while he was out of power. In a March speech at the Justice Department, he argued that under former President Joe Biden, federal prosecutors undermined public trust and used law enforcement to "thwart the will of the American people." Trump Attorney General Pam Bondi has vowed to refocus the department on combatting violent crime and illegal immigration.

Advertisement · Scroll to continue

Attorney General Pam Bondi has vowed to refocus the Justice Department on combatting violent crime and illegal immigration. REUTERS/Craig Hudson

Justice Department prosecutors who worked on federal investigations involving Trump in recent years repeatedly denied in court filings any political influence in those cases.

The dismantling of the Public Integrity Section is part of a broader Justice Department shift away from pursuing corruption cases under a leadership dominated by a core group of Trump's former attorneys, led by Bondi.

In February, the administration suspended investigations of U.S. companies for alleged corruption overseas. It also disbanded a Federal Bureau of Investigation task force that examined foreign interference in U.S. politics. In April, it directed prosecutors to step back from litigating fraud involving

cryptocurrency – a freewheeling sector that has become a major money spinner for Trump's family. A White House spokesperson said the crypto policy shift "has nothing to do with the president himself."

Reuters documented the departure of at least 28 staff from the integrity unit in the past five months, including 10 resignations. Eighteen others either transferred, left for temporary details or are awaiting approval for reassignments. Just five remain. Ultimately, staffing is expected to be cut to two or three attorneys, according to the three people familiar with the matter.

Advertisement · Scroll to continue

Trump has accused federal prosecutors under former President Joe Biden of undermining public trust and thwarting "the will of the American people." REUTERS/Nathan Howard

Trump also has started to undo the Public Integrity Section's legacy by pardoning people convicted in cases brought by the unit's attorneys, giving clemency to political allies and others accused of defrauding the public. Since January, the White House has issued four such pardons involving cases brought by the unit. The defendants in at least five other convictions are seeking pardons, Reuters found.

The White House has said the pardons are attempts to correct the wrongs of a politicized Biden Justice Department. A new Justice Department "Weaponization Working Group" – led by conservative lawyer and activist Ed Martin – is scrutinizing past investigations into the president and his allies.

---

## "What is happening here is utterly unprecedented. These seem like very dangerous steps for a democracy."

Andrew Kent, constitutional law professor at Fordham University School of Law

---

Beyond the Justice Department, Trump and his administration have sought to weaken or eliminate other institutions meant to be insulated from political influence, including firing independent inspectors general, who audit federal agencies for fraud and waste. Those moves risk steering the U.S. toward a more autocratic style of government, some constitutional specialists warn.

"What is happening here is utterly unprecedented," said Andrew Kent, who teaches constitutional law at Fordham University School of Law. "These seem like very dangerous steps for a democracy."

### A POWERFUL GATEKEEPER AND WATCHDOG

The Public Integrity Section was set up after the 1970s Watergate scandal that forced President Richard Nixon to resign under threat of impeachment for covering up a burglary at a Democratic campaign office and interfering with Justice Department investigations. The new unit, meant to restore faith in government andhold public officials to account, became an elite post for career prosecutors.

The Public Integrity Section won the convictions of multiple congressmen in the FBI's Abscam bribery sting in the 1980s. Handout via FBI

In the 1980s, the Public Integrity Section won the convictions of multiple congressmen in a famous sting operation codenamed "Abscam" in which FBI agents posing as Arab sheikhs offered bribes in return for political favors. Today, the unit is responsible for "some of the most sensitive, complex, and contentious public corruption cases" handled by the Justice Department, its website says.

Its work spans the political spectrum, including recent corruption prosecutions of both Republican and Democratic members of Congress. The unit also consulted on the prosecutions of Trump by Special Counsel Jack Smith over allegations that Trump mishandled classified documents and tried to overturn his 2020 election defeat, but it did not have a direct role in prosecuting the cases. Smith, who declined a request for comment, dropped both matters when Trump won a second term in office.

The unit's Election Threats Task Force also investigated a wave of violent threats by Trump supporters against election workers that arose after Trump falsely claimed the 2020 presidential election was stolen from him. More than a dozen cases were prosecuted.

After Trump returned to power in January, the Public Integrity Section quickly came under pressure as two cases involving prominent politicians show.

In the first weeks of the new administration, Public Integrity attorneys clashed with Martin after the staunch Trump supporter was appointed interim U.S. Attorney for the District of Columbia.

Martin, a lawyer for defendants in the 2021 Capitol riots, wanted to charge U.S. Senate Minority Leader Chuck Schumer with making a criminal threat five years ago. In 2020, the New York Democrat said in a speech that conservative U.S. Supreme Court justices would "pay the price" for curtailing abortion rights. Schumer expressed regret the next day and said he had no intention of suggesting violence.

In February, attorneys in Martin's office advised the Public Integrity Section, as required, that he wanted to subpoena Schumer, said the three people familiar with the department's operations. The unit opposed the plan, arguing in a memo to senior Justice Department officials that Schumer's remark was constitutionally protected political speech and there was no legal or factual basis to investigate him, they added.

Martin appealed to the deputy attorney general's office, noting he had drafted an indictment and criticizing what he viewed as the Public Integrity Section's recalcitrance, the three sources said. Martin lost the argument and the case died.

Conservative lawyer Ed Martin leads a new "Weaponization Working Group" that is scrutinizing past investigations into the president and has been appointed U.S. pardon attorney.

In an interview with Reuters, Martin downplayed the conflict with the Public Integrity Section and described the episode as "a helpful process." "Schumer had not done something that could be chargeable," he said. He declined to comment on whether he had drafted an indictment and tried to override the unit.

The second case involving a prominent politician came three months later. By then, the Public Integrity Section was powerless.

On May 9, U.S. Representative LaMonica McIver and two other Democratic members of Congress from New Jersey turned up at an immigration detention center for a congressional oversight visit, which is permitted under federal law. The Democratic mayor of Newark, Ras Baraka, briefly joined them inside the facility's gated perimeter but was ordered to leave by federal agents.

In a chaotic scrum outside the perimeter, as federal officers moved to arrest Baraka on trespassing charges, McIver's elbows appeared to make brief contact with an officer, according to the criminal complaint brought by the U.S. Attorney's office in New Jersey against McIver and video of the incident. The complaint also accused McIver of shoving a second officer. No one was reported injured in the scuffle.

U.S. Representative LaMonica McIver faces assault charges following a chaotic scrum outside an immigration detention center. Typically, the Public Integrity Section would vet such charges. That didn't happen this time. REUTERS/Nathan Howard

On May 19, the acting U.S. Attorney for New Jersey, Alina Habba, dropped the trespassing case against Baraka but charged McIver, a vocal Trump critic, with two counts of assaulting and impeding a law enforcement officer. Announcing the charges against McIver, Habba said: "No one is above the law – politicians or otherwise."

Homeland Security Secretary Kristi Noem, a longtime Trump ally, issued a statement saying the decision to charge McIver followed "a thorough review of the video footage."

The Justice Department's manual for investigations of elected officials sets a high standard for such cases. To prevent politically motivated charges against members of Congress, prosecutors must seek "prior approval" from Public Integrity Section attorneys on "any criminal charge," the manual says.

But Habba didn't consult with or seek approval from the Public Integrity Section before filing her case in federal court, said two of the people familiar with the department's operations. The Washington Post reported on May 17 that the department was considering whether to end the consultation requirement. But the suspension had been implemented for about a week by then, the people who spoke with Reuters said.

Habba, a former personal lawyer to Trump, told Reuters that she "coordinated closely with (Justice) Department leadership every step of the way." She did not respond to a question about whether she sought approval from the Public Integrity Section for the McIver charges. Habba said Reuters' reporting about the case is incorrect but declined to offer specifics.

McIver, who denies wrongdoing, told Reuters her prosecution reveals how changes at the Department of Justice are "making abuse of power easier." Her lawyer, Paul Fishman, called the charges "spectacularly inappropriate" and said members of Congress have "the right and responsibility" to assess conditions at immigration facilities. A preliminary hearing is scheduled for June 11.

"A normal Department of Justice would never have suggested, 'Hey, we have a case here,'" said Peter Zeidenberg, who spent seven years as a Public Integrity Section prosecutor. After reviewing video of the incident, he described the McIver indictment as "transparently political" because the assault charges appear unsupported by facts.

The dismantling of the Public Integrity Section is part of a broader shift away from pursuing corruption cases at the Justice Department, pictured here. REUTERS/Nathan Howard

## WHIRLWIND OF RESIGNATIONS

The Trump administration began reining in the Public Integrity Section well before the McIver case.

On January 20, the day of Trump's inauguration, more than a dozen senior Justice Department attorneys – including Public Integrity Section chief Corey Amundson – were ordered to move to a new "Sanctuary Cities Working Group." It was tasked with gathering information on cities that resist Trump's mass deportation orders for migrants in the U.S. illegally.

Amundson didn't move; he quit. A 23-year Justice Department veteran appointed during Trump's first term to run the Public Integrity Section, he was among the first in a series of resignations and reassignments that stripped the office of people, power and responsibilities.

The hollowing out accelerated after former Trump personal attorney Emil Bove, then acting deputy attorney general, ordered Manhattan federal prosecutors in a February 10 memo to dismiss a corruption case against Eric Adams, the New York mayor. Bove did not respond to a request for comment.

New York Mayor Eric Adams has aligned himself more closely with Trump after being charged in September last year with taking bribes and illegal contributions. Adams denies the charges. REUTERS/Kent J Edwards

Adams had aligned himself more closely with Trump after being charged in September last year with taking bribes and illegal contributions. Adams denies the charges. Bove's memo said the case was the type of Biden-era politicized prosecution Trump wanted to quash and that the administration needed Adams' support for its immigration crackdown.

That order prompted four Public Integrity Section attorneys to resign in a single day, including its acting chief, John Keller. A supervisor from the criminal division also left.

A month later, on March 11, a senior manager relayed a message from Justice Department leaders that the Public Integrity Section faced further staff cuts and would no longer bring new prosecutions, said the three people familiar with the department's operations. "The Titanic was sinking," stunned colleagues joked among themselves.

Today, the remaining staff are working through at least 10 ongoing cases, according to court filings. Former supervisors' offices are empty at the unit's Washington D.C. headquarters. Attorneys from at least one other section have started claiming open desks. "It's like the village of the damned," said one of the sources who is familiar with the current mood.

In a March 25 memo to Justice Department leaders, the Deputy Attorney General said attorneys from the department's Public Integrity Section (PIN) could be reassigned to the offices of U.S. Attorneys, who are appointed by the president.

## "WEAPONIZATION"

With the Public Integrity Section marginalized, Trump is ramping up pardons of public figures convicted in cases brought by its attorneys, helping allies and supporters who have echoed his claims of being persecuted by the Justice Department under Biden.

Of more than two dozen people who have received pardons or commutations since March, four have been in cases brought by the Public Integrity Section, a historically high number, including one who was indicted during Trump's first term.

Among the four is a former Virginia sheriff convicted last year on federal bribery charges. Another is a Las Vegas Councilwoman convicted of fraud last October after paying for personal expenses, including rent, travel and her daughter's wedding, with money she raised to build statues for two slain police officers. Both were ardent Trump supporters who the president characterized as victims of biased Biden-era prosecutions.

One recent pardon came after Justice Department leaders received a letter from the lawyers of Brian Kelsey, a former Republican state senator in Tennessee who reported to prison in late February. Kelsey was indicted in 2021 and pleaded guilty the following year to conspiracy to defraud the federal government for illegally funneling money to his failed 2016 congressional bid. The Public Integrity Section and the U.S. Attorney's office in Nashville prosecuted the case.

The letter from Kelsey's lawyers, which is previously unreported, accused the prosecutors of misconduct, alleging they were "anti-Republican," among other claims, according to a person with direct knowledge of Kelsey's case. Two of the four prosecutors declined comment; two others did not respond to questions.

On March 11, Trump pardoned Kelsey, 47, after he had served two weeks of his 21-month sentence. "God used Donald Trump to save me from the weaponized Biden DOJ," Kelsey wrote on X, referring to the Justice Department. Reuters could not determine if the letter contributed to Kelsey's pardon. Kelsey did not respond to questions about his case.

In contrast, Reuters could identify only one defendant in a Public Integrity case pardoned during Biden's four-year term: former Kentucky Democratic Party Chairman Jerry Lundergan, 78, who was convicted in 2019 for illegal corporate donations to his daughter's 2014 Democratic campaign for a U.S. Senate seat. Lundergan was serving a 21-month sentence when he was freed on compassionate grounds due to old age and poor health, court records show. Citing that and his post-prison community service, Biden pardoned him on his last day in office, at least two years after he was released.

But Biden faced withering criticism at the end of his term when he also pardoned his son, Hunter, who had pleaded guilty to tax violations and was convicted on firearms-related charges.

Hunter was prosecuted by a U.S. Attorney who began his probe during Trump's first term and was appointed as a special counsel under Biden to continue the investigation. The Public Integrity Section was consulted on the probe, according to one of the people familiar with the department and an additional person with knowledge of the case. But the unit had no direct role in the prosecutions.

Biden had promised not to pardon his son, but later justified the move, claiming Hunter was "selectively and unfairly prosecuted."

Currently, defendants in at least five other public corruption cases handled by the Public Integrity unit are seeking pardons or dismissals, according to a review of public statements, court filings and interviews with one of the people familiar with the department's operations and two others close to the defendants.

The Justice Department says the requirements to run public corruption cases through the Public Integrity Section give the unit "far too much power." REUTERS/Nathan Howard

Those and other cases will be reviewed by Ed Martin, the lawyer who now leads the Weaponization Working Group. A longtime Republican activist in Missouri, Martin helped lead the "Stop the Steal" movement to overturn the 2020 election for Trump.

The Weaponization Working Group will review cases against Trump brought by local, state and federal prosecutors and tackle "abuses of the criminal justice process," Attorney General Bondi said in a Feb. 5 memo.

Trump also appointed Martin pardon attorney, a traditionally nonpartisan job that reviews clemency applications. It does not issue pardons but makes recommendations to the White House. It's typically been occupied by a career Justice Department attorney – rather than a political appointee – to ensure pardons are conducted without favoritism.

On May 22, Peter Ticktin, a Florida lawyer and longtime Trump ally, delivered a pardon application to Martin for Jonathan Woods, a former Republican state senator in Arkansas convicted of a bribery and kickback scheme in 2018, during Trump's first term. He is serving an 18-year prison sentence in a case that was prosecuted by the Public Integrity Section.

In his appeal for a pardon, Woods said he was targeted because he is an "outspoken conservative" with "Christian values," Ticktin told Reuters, reading from the application.

**Related Content**

**These judges ruled against Trump. Then their families came under attack.**

Asked why the Woods case began under Trump, Ticktin argued that Trump "didn't have control over everything" in his first term. He added that Jack Smith, who headed the Public Integrity Section from 2010 to 2015, had compromised the unit through overzealous prosecutions.

As the transformation of the Public Integrity Section hobbles its ability to pursue future cases, and the wave of pardons undoes past convictions, some former Justice Department staff are bracing for a loss of law-enforcement independence.

"The true weaponization is beginning now," said Randall Eliason, a former Assistant U.S. Attorney in Washington D.C. specializing in corruption under both Democratic and Republican administrations.

The Reuters Inside Track newsletter is your essential guide to the biggest events in global sport. Sign up here.

Photo editing: Corinne Perkins. Art direction: John Emerson. Edited by Jason Szep.

Our Standards: **The Thomson Reuters Trust Principles.**

# A-18

June 20, 2025 post by President Trump claiming "the 2020 election was a total FRAUD! The evidence is MASSIVE and OVERWHELMING."

Donald J. Trump (@realDonaldTrump), TRUTH SOCIAL (Jun. 20, 2025, 8:34 AM), https://truthsocial.com/@realDonaldTrump/posts/114715950565535905.



← **Truth Details**
6091 replies

Trending ∨      •••

**Donald J. Trump** 🔵 ▶
@realDonaldTrump

Zero Border crossings for the month for TRUMP, verses 60,000 for Sleepy, Crooked Joe Biden, a man who lost the 2020 Presidential Election by a "LANDSLIDE!" Biden was grossly incompetent, and the 2020 election was a total FRAUD! The evidence is MASSIVE and OVERWHELMING. A Special Prosecutor must be appointed. This cannot be allowed to happen again in the United States of America! Let the work begin! What this Crooked man, and his CORRUPT CRONIES, have done to our Country in 4 years, is grossly indescribable! MAKE AMERICA GREAT AGAIN!

**14k** ReTruths  **56.7k** Likes                    Jun 20, 2025, 8:34 AM

**A-19**

Matt Cohen, *Mike Lindell Said He Regularly Meets with Trump to Talk Election Conspiracy Theories*, Democracy Docket (July 15, 2025), https://www.democracydocket.com/news-alerts/mike-lindell-said-he-regularly-meets-with-trump-to-talk-election-conspiracy-theories/ [https://perma.cc/Z6BB-4PX2].

# Mike Lindell Said He Regularly Meets With Trump to Talk Election Conspiracy Theories



*My Pillow CEO Mike Lindell greets people before former President Donald Trump speaks at a campaign rally at Waco Regional Airport Saturday, March 25, 2023, in Waco, Texas. (AP Photo/Nathan Howard)*

Mike Lindell, the MyPillow CEO and election conspiracy theorist, said on a podcast appearance Monday that he's recently met with President Donald Trump to discuss plans to investigate the 2020 election and to get rid of electronic voting machines ahead of the 2026 midterm elections.

Appearing as a guest Monday on Stern American — the podcast of Steve Stern, a self-described "leading advocate for election integrity" — Lindell called in briefly to discuss his most recent meeting with Trump.

"I did just meet with the President — this is the third time now — about two weeks ago, and I'll hopefully see him again next week," Lindell said. "One of our biggest focuses is — you've heard about the special prosecutor, we need a team that goes back in time — and then we also have a team going forward, everybody, to get rid of these machines before the primaries."

The White House didn't immediately respond to a request for comment on Lindell's meetings with Trump.

Late last month, Trump reignited false conspiracy theories about mass voter fraud when he called for the appointment of a special prosecutor to investigate the 2020 election. But Lindell's mention of a "team going forward" may be even more troubling.

Lindell didn't elaborate further on what that meant, or if Trump had any plans to put together some sort of election team focused on the 2026 midterm elections. Lindell spent his short time on the podcast discussing the need to get rid of electronic voting machines, and his ongoing efforts to raise awareness on the issue.

"The president, one of the things he and I are aligned perfectly on is he wants to get back to paper ballots, hand-counted, same day voting, precinct level, voter ID," he said.

Lindell also mentioned that he and Trump discussed Tina Peters — a former GOP local election clerk in Colorado who was sentenced to nine years in prison for her role in a voting system data breach. The president previously ordered the U.S. Department of Justice to "secure the release" of Peters and Lindell said Trump is "doing everything he can" to free her. But Peters was convicted on state charges, so it's not clear what he can do to get her out.

Despite Lindell's recent legal woes — a federal jury found that Lindell defamed a former employee of the Denver-based Dominion Voting Systems, ordering Lindell to pay $2.3 million in damages — he doesn't appear to be deterred from continuing to spread dangerous conspiracy theories about electronic voting machines and the 2020 election.

"This time around, with our voices getting so big, we will get the word out and say, 'Open up those machines!'" Lindell said.

**A-20**

August 18, 2025 Truth Social post by President Trump threatening to issue executive order banning "Very Expensive, and Seriously Controversial" voting machines.

Donald J. Trump (@realDonaldTrump), TRUTH SOCIAL (Aug. 18, 2025, 7:17 AM), https://truthsocial.com/@realDonaldTrump/posts/115049485680941254.



**Donald J. Trump**
@realDonaldTrump

I am going to lead a movement to get rid of MAIL-IN BALLOTS, and also, while we're at it, Highly "Inaccurate," Very Expensive, and Seriously Controversial VOTING MACHINES, which cost Ten Times more than accurate and sophisticated Watermark Paper, which is faster, and leaves NO DOUBT, at the end of the evening, as to who WON, and who LOST, the Election. We are now the only Country in the World that uses Mail-In Voting. All others gave it up because of the MASSIVE VOTER FRAUD ENCOUNTERED. WE WILL BEGIN THIS EFFORT, WHICH WILL BE STRONGLY OPPOSED BY THE DEMOCRATS BECAUSE THEY CHEAT AT LEVELS NEVER SEEN BEFORE, by signing an EXECUTIVE ORDER to help bring HONESTY to the 2026 Midterm Elections. Remember, the States are merely an "agent" for the Federal Government in counting and tabulating the votes. They must do what the Federal Government, as represented by the President of the United States, tells them, FOR THE GOOD OF OUR COUNTRY, to do. With their HORRIBLE Radical Left policies, like Open Borders, Men Playing in Women's Sports, Transgender and "WOKE" for everyone, and so much more, Democrats are virtually Unelectable without using this completely disproven Mail-In SCAM. ELECTIONS CAN NEVER BE HONEST WITH MAIL IN BALLOTS/VOTING, and everybody, IN PARTICULAR THE DEMOCRATS, KNOWS THIS. I, AND THE REPUBLICAN PARTY, WILL FIGHT LIKE HELL TO BRING HONESTY AND INTEGRITY BACK TO OUR ELECTIONS. THE MAIL-IN BALLOT HOAX, USING VOTING MACHINES THAT ARE A COMPLETE AND TOTAL DISASTER, MUST END, NOW!!! REMEMBER, WITHOUT FAIR AND HONEST ELECTIONS, AND STRONG AND POWERFUL BORDERS, YOU DON'T HAVE EVEN A SEMBLANCE OF A COUNTRY. THANK YOU FOR YOUR ATTENTION TO THIS MATTER!!! DONALD J. TRUMP, PRESIDENT OF THE UNITED STATES OF AMERICA

**19.4k** ReTruths **68.8k** Likes          Aug 18, 2025, 7:17 AM

**A-21**

Kevin Breuninger, *Trump Commutes Prison Sentence of Ex-GOP Rep. George Santos*, CNBC (Oct. 18, 2025), https://www.cnbc.com/2025/10/17/trump-george-santos-prison-commutation.html [https://perma.cc/GA7A-Y3AS] (covering President Trump's commutation of former Rep. George Santos alongside his contemporaneous statement calling for an investigation of Democratic Senator Richard Blumenthal).



⊙ LIVESTREAM   🔍   SIGN IN

**POLITICS**

# Trump commutes prison sentence of ex-GOP Rep. George Santos

PUBLISHED FRI, OCT 17 2025·6:08 PM EDT   UPDATED SAT, OCT 18 2025·3:35 PM EDT



**Kevin Breuninger**
**@KEVINWILLIAMB**

WATCH LIVE

## KEY POINTS

President Donald Trump on Friday evening said he has commuted the prison sentence of George Santos, releasing the disgraced former Republican congressman immediately.

Santos, 37, served in the House for less than a year before he was expelled from Congress under a cloud of scandal in December 2023.

In a flattery-filled letter published this week, Santos directly asked Trump directly for clemency.










◉LIVESTREAM        SIGN IN

*Shannon Stapleton | Reuters*

President [Donald Trump](#) on Friday evening said he has commuted the prison sentence of [George Santos](#), releasing the disgraced former Republican congressman immediately.

Santos "was somewhat of a 'rogue,' but there are many rogues throughout our Country that aren't forced to serve seven years in prison," Trump wrote in a [Truth Social post](#).

Santos was sentenced to 87 months in federal prison this year after [pleading guilty](#) to committing wire fraud and aggravated identity theft. He began serving his sentence in late July.

The 37-year-old New York representative served in the House for less than a year before he was [expelled from Congress](#) under a cloud of scandal in December 2023.

Even before he was sworn in, Santos admitted lying about key details of his life on the campaign trail. While in Congress, he was charged by the Department of Justice with an array of federal crimes, including fraud, theft, money laundering and making false statements.

Trump's decision to commute Santos' sentence came after multiple friends and allies of the imprisoned ex-politician made appeals for his clemency, a senior White House official told NBC News on Friday evening.

Trump had also recently read Santos' [writings from prison](#) describing his living conditions, the official told NBC.

In a [flattery-filled letter](#) published Monday in local Long Island news outlet The South Shore Press, Santos directly asked Trump for clemency.

"You have always been a man of second chances, a leader who believes in redemption and renewal," Santos wrote. "I am asking you now, from the depths of my heart, to extend that same belief to me."

**Read more CNBC politics coverage**

- [Democrats seek to force refunds after Supreme Court blocks Trump tariffs](#)


MARKETS


VIDEO


WATCHLIST

MENU

LIVESTREAM          SIGN IN

In his social media post Friday, Trump said he began thinking about Santos after being reminded of Sen. Richard Blumenthal, D-Conn., who weathered heavy criticism during his 2010 Senate campaign for saying he had "served in Vietnam" when he had never been deployed there.

Trump had said earlier in October that Blumenthal "should be investigated, and Justice should be sought." The attack came hours after Attorney General Pam Bondi, in a combative and politically charged Senate hearing, directly accused Blumenthal of lying about his military record.

Blumenthal said in 2010 that he had misspoken about his service on multiple occasions. On CNN last week, the senator said Trump's accusations are "completely deceptive and distorted."

Trump did not serve in the military after receiving five draft deferments during the Vietnam War.

Trump wrote Friday that Blumenthal's record "is far worse than what George Santos did, and at least Santos had the Courage, Conviction, and Intelligence to ALWAYS VOTE REPUBLICAN!"

"George has been in solitary confinement for long stretches of time and, by all accounts, has been horribly mistreated," Trump wrote.

"Therefore, I just signed a Commutation, releasing George Santos from prison, IMMEDIATELY. Good luck George, have a great life!"

Santos' attorney confirmed Santos was released from Federal Correctional Institution Fairton in New Jersey at 11 a.m. ET on Saturday.



Subscribe to CNBC PRO

Licensing & Reprints

Select Personal Finance

Closed Captioning

News Releases

Corrections

Site Map

Subscribe to Investing Club

CNBC Councils

Join the CNBC Panel

Digital Products

Internships

About CNBC

Podcasts

**A-22**

October 20, 2025 post by Mike Lindell, immediately after the superseding indictment was unsealed, using the indictment to support his appeal of adverse ruling against him in civil defamation case and to fundraise. Mike Lindell (@realMikeLindell), X (Oct. 20, 2025 2:41 PM), https://x.com/realMikeLindell/status/1980328480861745191.



**Mike Lindell** ✓
@realMikeLindell



This is HUGE. The DOJ is now charging Smartmatic - the same company I was just found "guilty" of defaming by a judge in Minnesota! You can't make this up.

I'm fighting back and filing an appeal, but the **deadline is October 27th. We need to raise the funds ASAP to keep this going.**
👉 **Please help at** GiveSendGo.com/LindellFund

Every dollar counts. This is about saving our country and protecting the truth!

Traducir post



**LindellTV** ✓ @RealLindellTV · 20 oct. 2025

"How can a judge issue summary judgment saying Mike Lindell defamed a company that's now being indicted by the DOJ?"

@TheJusticeDept has now filed criminal charges against @Smartmatic. The timing couldn't be more surreal....

Mostrar más



2:41 p. m. · 20 oct. 2025 · **114,3 mil** Visualizaciones

# A-23

Yunior Rivas, *The DOJ Lawyer and Hardcore Election Denier Probing 2020*, DEMOCRACY DOCKET (Oct. 23, 2025),
https://www.democracydocket.com/news-alerts/the-doj-lawyer-and-hardcore-election-denier-pro bing-2020/ [https://perma.cc/JT4U-JA76].

# The DOJ Lawyer and Hardcore Election Denier Probing 2020



*WASHINGTON, DC - SEPTEMBER 11: West Virginia Secretary of State Mac Warner looks on during a House Administration Committee hearing in the Longworth House Office Building at the U.S. Capitol on September 11, 2024 in Washington, DC. The hearing examined "American Confidence in Elections" while looking forward to the 2024 Presidential Election in just under two months. (Photo by Bonnie Cash/Getty Images)*

A former red-state chief election official who has falsely claimed the CIA stole the 2020 contest is playing a key role in the conspiracy theory-fueled effort by the U.S. Department of Justice (DOJ) to investigate the vote.

His work appears to be part of a dangerous cross-government unit aimed at exacting retribution against President Donald Trump's perceived enemies.
SIGN UP TODAY

## Get updates straight to your inbox — for free

Join over 350,000 readers who rely on our daily and weekly newsletters for the latest in voting, elections and democracy.

Andrew McCoy "Mac" Warner, who served until this year as the Republican secretary of state of West Virginia, is now a senior attorney in DOJ's Civil Rights division, where he's taken several steps to advance restrictions on voting and to investigate false claims about 2020 — including demanding access to voting machines used that year. The probe appears to be tied to Warner's role in an inter-

agency task force created to advance Trump's executive order targeting the so-called "weaponization" of the federal government.

The existence of the task force, known as the "Interagency Weaponization Working Group," as well as Warner's participation, were reported this week by Reuters.

Other architects of DOJ's sharp right-turn on voting issues — including Civil Rights division leaders Harmeet Dhillon and Michael Gates, and voting section chief Maureen Riordan — have drawn varying levels of scrutiny. But Warner has largely flown under the radar since starting at DOJ this year, despite his prior record of advancing election conspiracy theories.

Soon after Trump returned to the White House, Warner was appointed acting head of the Civil Rights division at DOJ, a post he filled until Dhillon's April 3 confirmation. Since then, he has continued to serve as a senior figure in the division.

DOJ has not publicly detailed Warner's responsibilities or role in the Weaponization Working Group. But according to a memo circulated by the Missouri Association of County Clerks and Election Authorities, Warner personally contacted at least two county clerks in the state earlier this year requesting "permission to access, physically inspect and perhaps take physical custody" of Dominion voting machines used in the 2020 election. Both clerks rejected the request.

The association's president, Sherry Parks, said in an email to the *Missouri Independent* that such access by the DOJ would be illegal under state law.

Warner also has used his position as a member of the board of advisers for a key federal voting panel to push for more restrictive policies.

At a May 2025 meeting of the Election Assistance Commission's Board of Advisors, Warner urged the commission to implement provisions of Trump's anti-voting executive order, "especially the measures requiring documentary proof of citizenship to register to vote and guidance on voting machines," according to state Rep. Pat Proctor of Kansas, who also attended.

Warner's tenure from 2017 to 2025 as West Virginia's top election official was defined by efforts to restrict voter access and amplifying far-right conspiracies about the 2020 election.

"The 2020 election was stolen, and it was stolen by the CIA," Warner falsely claimed during a Republican gubernatorial debate in 2023. "They colluded to sell a lie to the American people two weeks before the election. I don't want three-lettered agencies determining the outcome of presidential elections."

Warner has argued that "Deep State" agencies like the CIA and FBI stole the election by conspiring with tech companies to suppress damaging information about former President Joe Biden's family.

Warner also led West Virginia's withdrawal from the Electronic Registration Information Center (ERIC), a nonpartisan data-sharing consortium used by states to maintain accurate voter rolls. The state's departure came after the program was targeted by far-right activists who falsely claimed it had a liberal bias and was run by Democratic operatives.

Election experts widely condemned the move, warning it would make it harder for states to maintain accurate rolls.

Testifying before Congress in 2023, Warner attacked the National Voter Registration Act, a landmark pro-voting law which requires state motor vehicle departments to offer voter registration — the most common method of registration.

"Congress should first revisit the NVRA. There is no need for DMVs to register people to vote," Warner said. "The federal government needs to get out of the way and let the states run their elections."

In a separate hearing, he also rejected the idea that state election officials bear any responsibility for increasing participation.

"That is a candidate, party or campaign's job," Warner said. "It's my job to run a free, fair and clean election."

In a December 2023 interview, Warner doubled down on right-wing anti-government conspiracies, and also argued that election officials illegally exceeded their authority for expanding voter access in 2020 in response to the COVID-19 pandemic.

"You've got the Pennsylvania, Georgia, Wisconsin examples and so on, where the states and their elected officials stepped outside their authority," Warner said. "We need to abide by the law and not let state authorities, whether it's secretary of state at the state level, or the county authorities or the county clerks at the county level, to change those rules. If they do, then I contend that they are operating outside the law and the votes that come in outside the law should not be counted."

Warner has written that restoring public faith in elections would require stricter voter ID laws and more aggressive roll maintenance — not expanded voter access.

And at a 2023 panel hosted by right-wing groups the Heritage Foundation, Honest Elections Project, and the Public Interest Legal Foundation, Warner touted West Virginia's anti-voting policies as a model for election administration.

**A-24**

October 24, 2025 post by President Trump suggesting that those who "cheated and rigged the 2020 Presidential Election . . . should be prosecuted[.]"

Donald J. Trump (@realDonaldTrump), TRUTH SOCIAL (Oct. 24, 2025, 9:11 PM), https://truthsocial.com/@realDonaldTrump/posts/115432378654253078.



**TRUTH.**

← **Truth Details**                    ...
3276 replies

**Donald J. Trump** 🔵 ▶️
@realDonaldTrump

Just in: Documents show conclusively that Christopher Wray, Deranged Jack Smith, Merrick Garland, Lisa Monaco, and other crooked lowlifes from the failed Biden Administration, signed off on Operation Arctic Frost. They spied on Senators and Congressmen/women, and even taped their calls. They cheated and rigged the 2020 Presidential Election. These Radical Left Lunatics should be prosecuted for their illegal and highly unethical behavior!

**9.31k** ReTruths  **28k** Likes          10/24/25, 9:11 PM

# A-25

October 26, 2025 post by President Trump claiming that the 2020 election had been "rigged" and "stolen" and that he "hope[s] the DOJ pursues this with as much 'gusto' as befitting the biggest SCANDAL in American history!"

Donald J. Trump (@realDonaldTrump), TRUTH SOCIAL (Oct. 26, 2025, 3:26 PM), https://truthsocial.com/@realDonaldTrump/posts/115441871289276790.



**Donald J. Trump** ✔ ➕
@realDonaldTrump

What's worse, the NBA Players cheating at cards, and probably much else, or the Democrats cheating on Elections. The 2020 Presidential Election, being Rigged and Stolen, is a far bigger SCANDAL. Look what happened to our Country when a Crooked Moron became our "President!" We now know everything. I hope the DOJ pursues this with as much "gusto" as befitting the biggest SCANDAL in American history! If not, it will happen again, including the upcoming Midterms. No mail-in or "Early" Voting, Yes to Voter ID! Watch how totally dishonest the California Prop Vote is! Millions of Ballots being "shipped." GET SMART REPUBLICANS, BEFORE IT IS TOO LATE!!!

**13.6k** ReTruths **48.6k** Likes                    Oct 26, 2025, 3:26 PM

# A-26

November 23, 2025 repost by President Trump of Truth Social post from Lara Logan linking to interview covering the "controversial involvement of Smartmatic in the U.S. election system." President Trump's repost stated "We must focus all of our energy and might on ELECTION FRAUD!!

Donald J. Trump (@realDonaldTrump), TRUTH SOCIAL (Nov. 23, 2025, 12:22 PM), https://truthsocial.com/@realDonaldTrump/posts/115600167812342707 (reposted from Lara Logan, @laralogan).



# TRUTH.

← **Truth Details**
2263 replies



**Donald J. Trump** ✔️ ➕
@realDonaldTrump

## We must focus all of our energy and might on ELECTION FRAUD!!



**Lara Logan** ✔️
@laralogan · Nov 21, 2025

STOLEN ELECTIONS with Gary Berntsen & Ralph Pezzullo | Ep 45 | Going Rogue with Lara Logan

Watch Here: bit.ly/goingrogue-ep45

Gary Berntsen & Ralph Pezzullo explain how America's enemies, foreign & domestic, are stealing the Republic. We dissect the controversial involvement of Smartmatic in the U.S. election system and explore the swirling allegations of manipulation and fraud. Our discussion probes deep into electoral malfeasance, questioning the integrity of the very systems that uphold our Republic. Expect a thorough examination of the evidence and sentiments surrounding these topics, drawing connections that extend all the way to Venezuela.

(0:00:00) - Exposing the True Power Players
(0:04:34) - The Stolen Elections Investigation
(0:10:04) - Foreign Influence
(0:20:12) - Uncovering Election Fraud Networks
(0:30:12) - Persecuted Christians
(0:35:41) - Revealing Evidence
(0:39:42) - Foreign Election Interference
(0:44:13) - Foreign Influence in US Intelligence
(0:58:08) - Global Election Fraud Networks
(1:06:33) - The Cartels' Global Influence
(1:11:42) - Infiltration of American Institutions
(1:23:04) - Uncovering Election Fraud
(1:31:51) - Chinese Hybrid Warfare in US Elections
(1:44:47) - Investigating Election Fraud Networks
(1:55:24) - Father-Son Diplomatic Bond
(2:01:13) - State Department Covert Actions
(2:10:09) - The Fight to Save America
(2:15:56) - Cartel Connections

Paid Partnerships:

BlockTrust IRA
Visit laralogancrypto.com
For a limited time, they're offering viewers up to $2,500 in bonus crypto when you open an account.

Equipping The Persecuted
Visit give.equippingthepersecuted.or
100% of all donations go directly to help Christians that are being persecuted throughout Nigeria.

Black Forest Supplements
Try High Flavanol Cocoa (Stem Cells & Nitric Oxide): (BLACK FRIDAY BUY ONE GET ONE FREE PROMO FOR 48HR ONLY!) blackforestsupplements.com/LAR

Genucel
Go to genucel.com/LARA and get their new red-light gua sha massager free through Thanksgiving - plus free shipping! Use my code at checkout – LARA – for an extra 10% off!

Bloodflow-7
Get a SPECIAL 30% OFF your BloodFlow-7 order today! Visit bloodflow7.com/Lara

Join our email list and support us if you can, at laralogan.com/

Going Rogue with Lara Logan is now available AD-FREE on Substack for our Paid Subscribers: laralogan.substack.com/subscri

Subscribe to Lara on YouTube: youtube.com/@LaraLoganOfficial
Follow Lara Logan on X: x.com/laralogan
Visit Ralph Pezzullo on X: x.com/hbh_pod

Venezuelan Elites, Drug Cartels, Election Integrity, Smartmatic, Foreign Interference, Voting Technology, International Involvement, Espionage, Cold War, Infiltration,Election Fraud, Going Rogue, Lara Logan, Podcast

All music licensed via Artlist.io

bit.ly/goingrogue-ep45



**5.8k** ReTruths    **17.1k** Likes                                      Nov 23, 2025, 12:22 PM

            

**A-27**

Peter Stone, *MAGA Loyalist Expands Investigation Into Intelligence Officials Who Angered Trump*, THE GUARDIAN (Dec. 17, 2025), https://www.theguardian.com/us-news/2025/dec/17/trump-us-attorney-investigation-intelligence-officials [https://perma.cc/KXS9-KZPW].    Recent    reporting indicates that, in this District, the U.S. Attorney convened a grand jury to focus on political investigations dear to the President.

2/24/26, 8:28 AM
Maga loyalist expands investigation into intelligence officials who angered Trump | US politics | The Guardian

Case 1:24-cr-20343-KMW    Document 351-1    Entered on FLSD Docket 03/18/2026    Page 138 of
199

**US politics**

🕐 This article is more than **2 months old**

# Maga loyalist expands investigation into intelligence officials who angered Trump

**Experts decry Jason Reding Quiñones's 'fishing expedition' as subpoenas reportedly issued to John Brennan and others**



📷 Jason Reding Quiñones, the US attorney for the southern district of Florida, in Brooklyn in August. Photograph: Michael M Santiago/Getty Images

**Peter Stone**

Wed 17 Dec 2025 07.00 EST

🇬 Prefer the Guardian on Google

A Maga loyalist US attorney in Miami is expanding an investigation of ex-FBI and intelligence officials who incurred Donald's Trump's wrath with an inquiry into how Russia helped him win in 2016, despite the US justice

2/24/25, 6:28 AM    MAGA loyalist documents investigation into intelligence officials who angered Trump | US news | The Guardian

Case 1:24-cr-20343-KMW    Document 351-1    Entered on FLSD Docket 03/10/2026    Page 139 of 199

department suffering stinging recent court rejections of indictments of two foes of the US president.

Former prosecutors and legal experts call the Miami-based inquiry, which has issued some two dozen subpoenas so far, a "fishing expedition". The investigation's apparent focus is to identify ways to criminally charge ex-FBI and intelligence officials who have already been investigated and effectively exonerated by two special counsels and a Republican-led Senate panel, which mounted exhaustive inquiries into Russia's efforts to boost Trump in 2016.

Led by Jason Reding Quiñones, the Trump-appointed US attorney for the southern district of Florida, who is close to attorney general Pam Bondi and other key Maga allies, the inquiry accelerated with a flurry of subpoenas in November and new prosecutors to expedite what has been dubbed a "grand conspiracy" investigation.

Among others, subpoenas have reportedly gone to ex-CIA director John Brennan, who led the 2016 Russia inquiry, James Clapper, the ex-director of national intelligence, Peter Strzok, a former FBI counter-intelligence agent who helped lead the Russia inquiry, and Lisa Page, an ex-FBI lawyer.

Concerns about the Miami investigation's direction and tactics, which initially seemed aimed at Brennan, has prompted two young prosecutors who were assigned to the inquiry to resign, according to multiple reports.

Former DoJ inspector general Michael Bromwich, who represents Andrew McCabe, the former No 2 at the FBI in 2016 who has been subpoenaed, is scathing in assessing the Miami inquiry.

"There is simply no factual basis for this investigation. It violates both DoJ and FBI standards that require a factual predicate. It is a fishing expedition where it has been clearly established – by two prior independent counsel investigations and a congressional investigation led by the current Secretary of State – there are no fish," he said.

Bromwich added: "The government has refused to provide the basis for venue in Florida, nor has it been willing to describe the statutory violations it is pursuing. That is unprecedented in my 40 plus years of federal criminal practice."

Other ex-prosecutors offer strong critiques of Miami's sprawling inquiry.

The Russia investigations have already been probed and "ended with a whimper", said Barbara McQuade, an ex-US attorney for eastern Michigan who now teaches law at the University of Michigan. "The idea that Trump loyalists are now going to investigate *again* should make us all suspicious of their motive. If evidence sufficient to support criminal charges existed, we would have seen it by now."

In a similar vein, Jeffrey Sloman, who previously spent two decades in the US attorney's office that is leading the probe and ran it during part of the Obama administration, emphasized: "Our laws and traditions forbid federal prosecutors to use their awesome prosecutorial powers to conduct a grand jury investigation for the sole purpose of vanquishing a political enemy of the president."

Trump has often decried the 2016 Russia inquiry as a "witch-hunt", even though the report by special counsel Robert Mueller in 2019 concluded that Moscow interfered in the 2016 election "in a sweeping and systematic fashion" to help Trump win; Mueller's report did not find evidence of coordination between Russia and Trump's campaign.

Trump's animosity to Brennan was palpable in January 2023 when Trump reposted an image on Truth Social that showed Brennan, Clapper and other ex-intelligence officials behind bars. The image featured a suggestive headline: "Now that Russia collusion is a proven lie, when do trials for treason begin?"

Under Reding Quiñones, a premium seems to have been placed on loyalty to Trump and recruiting new prosecutors to pursue the Trump-style revenge probe into the origins of the 2016 Russia inquiry, with a focus on a 2017 intelligence assessment that the Kremlin intervened to help Trump win the election.

Notably, Reding Quiñones was the first US attorney to be confirmed by the Senate this year in August, and picked Bondi to administer the oath of office, bucking the regular practice of having chief judges for Florida's southern district swear in US attorneys in Miami.

At his August swearing-in, Reding Quiñones pledged to "restore impartial justice" – in an apparent swipe at the office's previous direction.

Before Trump tapped Reding Quiñones to be a US attorney this year, he had done stints as a federal prosecutor in the same office and as a state judge.

Some of the probe's direction and momentum seems fueled by rightwing attorney and Trump loyalist Mike Davis, who has strong ties with Reding

Quinones and Trump's justice department.

Last month, Davis wrote on social media that "justice is coming", accompanied by his own photo next to Reding Quiñones. Davis reportedly had a role in pushing the justice department to use Florida prosecutors to pursue conspiracy cases against Trump foes.

Davis's combative legal style was honed in Trump's first term, when he helped guide Trump's supreme court nominees through their Senate confirmations. Now Davis leads the Article III Project, a rightwing outfit that boasts of helping "fight leftist lawfare to defend the rule of law".

In Marchm a few weeks prior to Trump picking Reding Quiñones for his Miami post, he and Davis were featured together at a conservative legal confab on a panel entitled "Modern Lawfare and the American Democracy".

The panelists voiced bitterness over special counsel Jack Smith's investigations of Trump and their view that the justice department had been weaponized in the Biden administration.

During the talk, Davis suggested that Trump's justice department should launch a sweeping inquiry that would charge those who investigated Trump with a conspiracy to deprive him of his civil rights, according to reports and Davis's public comments. Such conspiracy charges usually involve misconduct by police and protecting minority civil rights.

"There must be severe consequences," Davis told the audience. "There has to be severe legal, political and financial consequences for this unprecedented republic-ending lawfare."

The Miami probe grew out of another one by a US attorney in Pennsylvania that reportedly focused on Brennan, but it was transferred in September to Reding Quiñones, who has widened it to include a new grand jury in Fort Pierce, Florida, which is slated to begin in January.

In October, Davis told conservative podcasters that the grand jury would explore whether to bring criminal charges against a slew of ex-officials that he suggests conspired over a decade to hurt Trump – from the Russia investigations to the criminal cases against Trump for trying to subvert his 2020 election loss and hoarding classified documents at Mar-a-Lago after he left office.

In an October interview on the rightwing The Charlie Kirk Show, Davis boasted that his "buddy" Jason Quiñones had moved to empanel a grand

jury after Davis "pushed very hard" to investigate what he claims has been a conspiracy against Trump.

Further, Davis told conservative commentator Benny Johnson in October: "I've been publicly calling for this for three years. I'm going to make damn sure that these 'lawfare Democrats' go to prison during the four years of President Trump's second term."

In October too Trump urged prosecuting some former officials Davis alleged used "lawfare" against Trump.

"They cheated and rigged the 2020 Presidential Election," Trump wrote on social media. "These Radical Left Lunatics should be prosecuted for their illegal and highly unethical behavior!"

Although the statute of limitations would usually preclude charging crimes involving the 2017 intelligence assessment, Davis has suggested that prosecutors may try to prove it was part of much longer conspiracy by federal officials to take away Trump's rights.

Former prosecutors offer blistering comments on the Miami inquiry.

McQuade stressed that the Miami investigation "feels like what Ed Martin, the head of DoJ's 'weaponization working group', calls 'name and shame': that is, to publicly smear people even if criminal convictions are not possible. That philosophy violates legal ethics and DoJ policy, which permit a prosecutor to pursue charges only when it is probable that the evidence is sufficient to obtain and sustain a conviction. The statute of limitations alone seems like a bar to conduct occurring in 2016. Most crimes have a five-year statute of limitations."

Sloman said that "according to published reports, two bright young people at the US attorney's office in Miami who bravely refused such an assignment recently resigned after they expressed reservations about working on such an investigation.

Unfortunately, it appears as though there are others who remain who are intimidated enough to accept this assignment. As a 20-year alumnus of the Office, I call on its current leadership to reverse course, end this reported investigation, and begin to restore trust and integrity to this once proud institution."

While the Miami inquiry is facing fire from ex prosecutors , other DoJ cases to convict two of Trump's long time enemies – former FBI director James

2/24/26, 6:30 AM Trump loyalists expand investigation into intelligence officials who angered Trump | The Guardian

Comey and New York attorney general Letitia James – have been undermined by recent court rulings.

Last month, a judge threw out criminal indictments of Comey over alleged lying to Congress and obstructing Congress in 2020, and of James over alleged bank fraud and making false statements.

The judge's ruling stressed that Lindsey Halligan, the Trump-promoted interim US attorney in eastern Virginia who brought the charges without any prosecutorial experience, was installed improperly after the veteran prosecutor leading the office, opted not to bring charges and resigned under pressure.

Although the Miami investigation, unlike the Virginia cases, is expanding, legal critics say both seem to exemplify a Trump strategy to publicly tar foes with charges, even if they can't ultimately be convicted of crimes.

"It's been clear for months that Trump cares about the law only to the extent he can use it as a weapon to make the lives of his enemies miserable, which he can," said NYU law professor Stephen Gillers. "A grand jury investigation and a trial can do that even if there is no conviction. Conviction would just be icing on the dessert."

**A-28**

Jacob Knutson, *DOJ Organizing Vast Conspiracy Investigation Against Trump Enemies, Bondi Says*, DEMOCRACY DOCKET (Dec. 29, 2025), https://www.democracydocket.com/news-alerts/attorney-general-pam-bondi-conspiracy-investigation-trump-enemies/ [https://perma.cc/V6RG-XV56].

# DOJ Organizing Vast Conspiracy Investigation Against Trump Enemies, Bondi Says



*Attorney General Pam Bondi testifying before Senate Committee in June 2025. (Photo by Chip Somodevilla/Getty Images)*

For months, MAGA insiders and pundits have hinted that the Department of Justice (DOJ) is preparing a vast grand jury investigation against an expansive list of President Donald Trump's enemies.

Located in the Trump-friendly Southern District of Florida, the investigation would pursue former intelligence and law enforcement officials who had allegedly conspired over the past decade to prevent Trump from exercising his constitutional and federal rights.

Among its top targets would be officials who scrutinized the 2016 Trump campaign's alleged ties to Russia and who brought charges against the president for his efforts to overturn the 2020 election and hoard classified documents.

Or so MAGA insiders claimed. But hard evidence was scant.

Now, Attorney General Pam Bondi has all but confirmed the existence of the conspiracy probe, pulling back the curtain on the potential next stage in Trump's campaign of retribution against anyone who has stood in his way.

SIGN UP TODAY

## Get updates straight to your inbox — for free

Join 350,000 readers who rely on our daily and weekly newsletters for the latest in voting, elections and democracy.

In comments Sunday evening to conservative commentator John Solomon, Bondi said U.S. attorneys and federal agents were investigating Obama-Biden era officials at her direction in an ongoing election-meddling conspiracy. She framed the probe as part of nationwide investigation into the "weaponization of government," a popular GOP allegation.

Those officials, Bondi asserted, had protected Democrats like Hunter Biden and Hillary Clinton from criminal investigations "while pursuing conservatives for their beliefs, using legal process and operations that were excessive."

"This is a ten-year stain on the country committed by high-ranking officials against the American people," the attorney general claimed.

Bondi didn't confirm where the investigations were taking place, but she didn't have to. Other anonymous officials familiar with the probe told Solomon that a large part of the work was being carried out in southern Florida.

Bondi's comments were also extraordinary for their inadvisable candor: They blatantly violated internal DOJ policies around commenting on ongoing investigations and likely undermine the DOJ's efforts to prosecute Trump's opponents.

In the past, the department has kept major investigations private, as public disclosures could make obtaining witness cooperation or gathering evidence more difficult or could compromise future charges.

DOJ officials also generally avoid remarking on potential targets of investigations or making public assessments of a defendant's character, as such comments can prejudice a case.

Bondi, however, departed from that norm of restraint by calling former CIA Director John Brennan a "bad actor" for asking a federal judge last week to preemptively intervene in the grand jury conspiracy.

The department has been investigating Brennan since at least July for overseeing the intelligence community's 2017 assessment that Russia interfered in the 2016 election on Trump's behalf. In 2020, the Republican-led Senate intelligence committee came to the same conclusion.

Brennan has not been charged with a crime. However, he is a prime target for the DOJ's conspiracy probe.

In a letter last week, the ex-CIA director asked the chief judge in the Southern District of Florida to block Judge Aileen Cannon from overseeing the DOJ's conspiracy investigation.

Cannon, a Trump appointee, has shown the president unusual favor in special counsel Jack Smith's classified documents investigation.

Brennan accused the DOJ of manipulating case assignment procedures in order to place its grand jury probe before Cannon.

"We submit that such manipulation amounts to a clear case of prosecutorial judge shopping and thereby threatens the 'appearance of impartiality that is required to maintain the confidence of the public and the accused in the criminal justice system,'" Brennan's legal defense stated.

But that request led Bondi to say that Brennan was among "bad actors" who "are clearly concerned about their liability and want to preserve a two-tiered justice system: one for them and one for everyone else."

"No more," she added.

According to Solomon, Bondi also claimed that the evidence the DOJ currently had against Obama-Biden era officials indicated an "ongoing conspiracy" against Trump. Alleging that officials are part of an active conspiracy would conveniently allow the DOJ to press charges against potential defendants even after the statute of limitations for their alleged crimes had expired.

MAGA influencers previously claimed that Jason Reding Quiñones, U.S. attorney for the Southern District of Florida and a staunch Trump ally, was overseeing the conspiracy investigation.

As part of the probe, a grand jury is set to convene in Fort Pierce, Florida in mid-January.

Currently, Cannon is the sole federal judge at the U.S. courthouse in Fort Pierce.

**A-29**

January 5, 2026 post by President Trump re-posting a claim that "the CIA outsources election rigging technology like Smartmatic and Dominion from Venezuela."

Donald J. Trump (@realDonaldTrump), TRUTH SOCIAL (Jan. 5, 2025, 3:11 AM), https://truthsocial.com/@realDonaldTrump/posts/115841007958805686.



**Donald J. Trump** ✓ 🔘
@realDonaldTrump



**ÐR0G0** 🇺🇸 ✓
@KAGdrogo

Trump just posted this video about Dominion voting machine fraud.

You think the timing is coincidence?

A Venezuelan Military Intelligence whistleblower confirmed the CIA outsources election rigging technology like Smartmatic and Dominion from Venezuela.



**3.25k** ReTruths  **8.65k** Likes                    Jan 05, 2026, 3:11 AM

**A-30**

Dep't of Just., *Clemency Grants by President Donald J. Trump (2025–Present)*, https://www.justice.gov/pardon/clemency-grants-president-donald-j-trump-2025-present [https://perma.cc/DR9U-MHFJ].



**Office of the Pardon Attorney**
U.S. Department of Justice



# Clemency Grants by President Donald J. Trump (2025-Present)

## January 20, 2025

[Granting Pardons and Commutations of Sentences for Certain Offenses Relating to the Events at or near the United States Capitol on January 6, 2021](#)

## January 21, 2025 - 1 Pardon

| NAME and WARRANT | DISTRICT | SENTENCED | OFFENSE |
|---|---|---|---|
| Ross William Ulbricht | Southern District of New York | Life imprisonment; lifetime supervised release (May 29, 2015) | Aiding and abetting distribution of drugs over internet; continuing criminal enterprise; computer hacking conspiracy; fraud with identification documents; money laundering conspiracy |

## January 22, 2025 - 2 Pardons

| NAME and WARRANT | DISTRICT | SENTENCED | OFFENSE |
|---|---|---|---|
| Terence Dale Sutton, Jr. | District of Columbia | 66 months' imprisonment; three years' supervised release, conditioned upon 100 hours' community service (September 12, 2024) | Murder in second degree; conspiracy; obstruction of justice and aiding and abetting |

| NAME and WARRANT | DISTRICT | SENTENCED | OFFENSE |
|---|---|---|---|
| Andrew Zabavsky | District of Columbia | 48 months' imprisonment; three years' supervised release (September 12, 2024) | Conspiracy; obstruction of justice and aiding and abetting |

## January 23, 2025 - 24 Pardons

| NAME and WARRANT | DISTRICT | SENTENCED | OFFENSE |
|---|---|---|---|
| Joan Bell | District of Columbia | 27 months' imprisonment; 36 months' supervised release, conditioned upon 100 hours' community service (May 14, 2024) | Conspiracy against rights; FACE Act |
| Coleman Boyd | Middle District of Tennessee | Five years' probation, conditioned upon six months' home detention; $10,000 fine (as amended) (July 3, 2024) | Conspiracy to obstruct access to a clinic providing reproductive health services; violation of the FACE Act |
| Joel Curry | Eastern District of Michigan | N/A | Conspiracy against rights; clinic access obstruction |
| Jonathan Darnel | District of Columbia | 34 months' imprisonment; 36 months' supervised release, conditioned upon 100 hours' community service (May 15, 2024) | Conspiracy against rights; FACE Act |
| Caroline Davis | 1. Middle District of Tennessee 2. Eastern District of Michigan | 1. Three years' probation (April 24, 2024) 2. One year's nonreporting probation (concurrent) (September 18, 2024) | 1. Conspiracy to interfere with access to clinic entrances; aiding and abetting interference with access to clinic entrances 2. Conspiracy; interference with clinic access |
| Eva Edl | 1. Middle District of | 1. Three years' probation (September 26, 2024) (vacated | 1. Violation of the FACE Act 2. Conspiracy against rights; |

| NAME and WARRANT | DISTRICT | SENTENCED | OFFENSE |
|---|---|---|---|
| | Tennessee 2. Eastern District of Michigan | and dismissed) 2. N/A | clinic access obstruction |
| Chester Gallagher | 1. Middle District of Tennessee 2. Eastern District of Michigan | 1. 16 months' imprisonment; three years' supervised release (September 26, 2024) 2. N/A | 1. Conspiracy to obstruct access to a clinic providing reproductive health services; violation of the FACE Act 2. Conspiracy against rights; clinic access obstruction |
| Herb Geraghty | District of Columbia | 27 months' imprisonment; 36 months' supervised release (May 15, 2024) | Conspiracy against rights; FACE Act |
| William Goodman | District of Columbia | 27 months' imprisonment; 36 months' supervised release (May 14, 2024) | Conspiracy against rights; FACE Act |
| Dennis Green | Middle District of Tennessee | Time served; three years' supervised release, conditioned upon six months' home confinement (July 3, 2024) | Conspiracy to obstruct access to a clinic providing reproductive health services; violation of the FACE Act |
| Lauren Handy | District of Columbia | 57 months' imprisonment; 36 months' supervised release (May 14, 2024) | Conspiracy against rights; FACE Act |
| Paula Harlow | District of Columbia | 24 months' imprisonment; 36 months' supervised release (May 31, 2024) | Conspiracy against rights; FACE Act |
| John Hinshaw | District of Columbia | 21 months' imprisonment; 36 months' supervised release (May 14, 2024) | Conspiracy against rights; FACE Act |
| Heather Idoni | 1. Middle District of Tennessee 2. Eastern District of | 1. 24 months' imprisonment; 36 months' supervised release (May 22,2024) 2. N/A 3. 24 months' imprisonment; 36 | 1. Conspiracy against rights; FACE Act 2. Conspiracy against rights; clinic access obstruction |

| NAME and WARRANT | DISTRICT | SENTENCED | OFFENSE |
|---|---|---|---|
| | Michigan 3. District of Columbia | months' supervised release (May 22,2024) | 3. Conspiracy against rights; FACE Act |
| Jean Marshall | District of Columbia | 24 months' imprisonment; 36 months' supervised release (May 15, 2024) | Conspiracy against rights; FACE Act |
| Christopher Moscinski | Eastern District of New York | Six months' imprisonment; one year's supervised release (June 27, 2023) | Interference with freedom of access to reproductive health services |
| Justin Phillips | Eastern District of Michigan | N/A | Conspiracy against rights; clinic access obstruction |
| Paul Place | Middle District of Tennessee | Three years' probation (vacated and dismissed) (July 30, 2024) | Violation of the FACE Act |
| Jay Smith | District of Columbia | 10 months' imprisonment; 36 months' supervised release (August 7, 2023) | FACE Act |
| Paul Vaughn | Middle District of Tennessee | Time served; three years' supervised release, conditioned upon six months' home confinement (July 2, 2024) | Conspiracy to obstruct access to a clinic providing reproductive health services; violation of the FACE Act |
| Bevelyn Beatty Williams | Southern District of New York | 41 months' imprisonment; two years' supervised release (July 24, 2024) | Violating FACE Act |
| Calvin Zastrow | 1. Middle District of Tennessee 2. Eastern District of Michigan | 1. Six months' imprisonment; three years' supervised release, conditioned upon six months' home confinement (July 3, 2024) 2. N/A | 1. Conspiracy to obstruct access to clinic providing reproductive health services; violation of the FACE Act 2. Conspiracy against rights; clinic access obstruction |
| Eva Zastrow | 1. Middle District of | 1. Three years' probation (vacated and dismissed) (July | 1. Violation of the FACE Act 2. Conspiracy against rights; |

| NAME and WARRANT | DISTRICT | SENTENCED | OFFENSE |
|---|---|---|---|
|  | Tennessee 2. Eastern District of Michigan | 30, 2024) 2. N/A | clinic access obstruction |
| James Zastrow | Middle District of Tennessee | Three years' probation (July 30, 2024) | Violation of the FACE Act |

## February 10, 2025 - 1 Pardon

| NAME and WARRANT | DISTRICT | SENTENCED | OFFENSE |
|---|---|---|---|
| Rod R. Blagojevich | Northern District of Illinois | 168 months' imprisonment (as amended); 24 months' supervised release; $20,000 fine (December 7, 2011) | Wire fraud under color of official right (eight counts); conspiracy/attempted; attempt to commit extortion under color of official right; conspiracy to solicit and solicitation of bribe (three counts); making false statements |

## March 4, 2025 - 1 Commutation

| NAME and WARRANT | DISTRICT | SENTENCED | OFFENSE |
|---|---|---|---|
| Jean Pinkard | Eastern District of Michigan | One year and one day's imprisonment; three years' supervised release (May 8, 2024) | Conspiracy to possess with intent to distribute and to distribute controlled substances |

## March 11, 2025 - 1 Pardon

| NAME and WARRANT | DISTRICT | SENTENCED | OFFENSE |
|---|---|---|---|
| Brian Kelsey | Middle District of Tennessee | 21 months' imprisonment; three years' supervised release (August 11, 2023) | Conspiracy to defraud the United States; aiding and abetting the acceptance of excessive contributions |

## March 20, 2025 - 1 Pardon

| NAME and WARRANT | DISTRICT | SENTENCED | OFFENSE |
|---|---|---|---|
| Thomas Edward Caldwell | District of Columbia | Time served (January 10, 2025) | Tampering with documents or proceedings |

## March 25, 2025 - 1 Pardon

| NAME and WARRANT | DISTRICT | SENTENCED | OFFENSE |
|---|---|---|---|
| Devon Archer | Southern District of New York | One year and one day's imprisonment; one year's supervised release; $43,427,436 restitution (February 28, 2022) | Conspiracy to commit securities fraud; securities fraud |

## March 27, 2025 - 6 Pardons

| NAME and WARRANT | DISTRICT | SENTENCED | OFFENSE |
|---|---|---|---|
| Benjamin Delo | Southern District of New York | 30 months' probation (June 15, 2022) | Violation of the Bank Secrecy Act |

| NAME and WARRANT | DISTRICT | SENTENCED | OFFENSE |
|---|---|---|---|
| Gregory Dwyer | Southern District of New York | One year's probation; $150,000 fine (November 16, 2022) | Violating the Bank Secrecy Act |
| Arthur Hayes | Southern District of New York | Two years' probation, conditioned upon six months' home confinement (May 20, 2022) | Violation of the Bank Secrecy Act |
| HDR Global Trading Limited | Southern District of New York | Two years' unsupervised probation, $100,000,000 fine (January 15, 2025) | Violation of Bank Secrecy Act |
| Trevor Milton | Southern District of New York | 48 months' imprisonment; three years' supervised release; (December 18, 2023) | Securities fraud; wire fraud (two counts) |
| Samuel Reed | Southern District of New York | 18 months' probation (July 13, 2022) | Violation of the Bank Secrecy Act |

## March 28, 2025 - 3 Commutations

| NAME and WARRANT | DISTRICT | SENTENCED | OFFENSE |
|---|---|---|---|
| Jason Galanis | Southern District of New York | 1. 135 months' imprisonment; three years' supervised release; $37,032,337.43 restitution (as amended June 5, 2017) (February 15, 2017)<br>2. 173 months' imprisonment, with 60 months consecutive; three years' supervised release (concurrent); $47,785,176 restitution (August 11, 2017) | 1. Conspiracy to commit securities fraud (two counts); securities fraud; investment adviser fraud<br>2. Conspiracy to commit securities fraud; securities fraud; conspiracy to commit investment adviser fraud |

2/23/25, 11:11 AM
Clemency Grants by President Donald J. Trump (2025-Present) | Office of the Pardon Attorney
Case 1:24-cr-20343-KMW    Document 351-1    Entered on FLSD Docket 03/10/2026    Page 158 of
199

| NAME and WARRANT | DISTRICT | SENTENCED | OFFENSE |
|---|---|---|---|
| Ozy Media, Inc. | Eastern District of New York | One year's probation; $36,769,153.97 restitution (January 6, 2025) | Conspiracy to commit securities fraud; conspiracy to commit wire fraud |
| Carlos Roy Watson | Eastern District of New York | 116 months' imprisonment; two years' supervised release; $36,769,153.97 restitution (as amended January 6, 2025) (December 16, 2024) | Conspiracy to commit securities fraud; conspiracy to commit wire fraud; aggravated identity theft |

## April 23, 2025 - 2 Pardons

| NAME and WARRANT | DISTRICT | SENTENCED | OFFENSE |
|---|---|---|---|
| Michele Fiore | District of Nevada | N/A | Conspiracy to commit wire fraud; wire fraud (six counts) |
| Paul Walczak | Southern District of Florida | 18 months' imprisonment; two years' supervised release; $4,381,265.76 restitution (April 11, 2025) | Willful failure to pay trust fund taxes; failure to file return/information |

## May 27, 2025 - 2 Pardons

| NAME and WARRANT | DISTRICT | SENTENCED | OFFENSE |
|---|---|---|---|
| Scott Howard Jenkins | Western District of Virginia | 120 months' imprisonment; three years' supervised release; $600 fine (March 21, 2025) | Conspiracy to commit bribery concerning programs receiving Federal funds, honest services mail fraud, and honest service wire fraud; honest services mail fraud; honest services wire fraud (three counts); bribery concerning programs receiving federal funds (seven counts) |

| NAME and WARRANT | DISTRICT | SENTENCED | OFFENSE |
|---|---|---|---|
| James Callahan | District of Columbia | N/A | Filing false labor union reports |

## May 28, 2025 - 16 Pardons and 6 Commutations

| NAME and WARRANT | DISTRICT | SENTENCED | OFFENSE |
|---|---|---|---|
| Kevin Eric Baisden | District of Columbia Superior Court | 1. 90 days' imprisonment (suspended); one years' supervised release (September 20, 2010)<br>2. Time served; one years' supervised release; $50 fine (March 4, 2009)<br>3. 180 days' imprisonment (suspended); four months' supervised release; $50 fine (February 5, 2007)<br>4. 155 days' imprisonment (100 days suspended); one years; supervised release; $50 fine (December 7, 2005) | 1. Shoplifting<br>2. Second degree theft<br>3. Bail reform act<br>4. Second degree theft |
| Mark Bashaw | Army | No punishment (2022) | Violation of lawful orders |
| Julie Chrisley | Northern Georgia | 84 months' imprisonment; three years' supervised release; $4,740,645.04 restitution (November 21, 2022; as amended September 25, 2024) | Conspiracy to commit bank fraud; bank fraud (five counts); wire fraud; conspiracy to defraud the U.S. to obstruct and impede the Internal Revenue Laws; tax evasion; obstruction of justice |
| Todd Chrisley | Northern Georgia | 144 months' imprisonment; three years' supervised release; $17,270,741.57 restitution (November 21, 2022) | Conspiracy to commit bank fraud; bank fraud (five counts); conspiracy to defraud the U.S. to obstruct and impede the Internal Revenue Laws; tax evasion |

2/23/26, 8:56 PM
Case 1:24-cr-20343-KMW   Document 251-1   Entered on FLSD Docket 03/10/2026   Page 160 of
199
Office of the Pardon Attorney | Clemency Grants by President Donald J. Trump (2025-Present)

| NAME and WARRANT | DISTRICT | SENTENCED | OFFENSE |
|---|---|---|---|
| Lawrence S. Duran | Southern District of Florida | 50 years' imprisonment; three years' supervised release; $87,533,863.46 restitution (September 16, 2011) | Conspiracy to commit health care fraud; health care fraud (11 counts); conspiracy to defraud the United States and to receive and pay health care kickbacks; conspiracy to commit money laundering; money laundering (18 counts); structuring to avoid reporting requirements (six counts) |
| Kentrell D. Gaulden | Utah | 23 months' imprisonment; no supervised release (December 10, 2024) | Felon in possession of a firearm |
| Michael Gerard Grimm | Eastern New York | Eight months' imprisonment; one year's supervised release, conditioned upon 200 hours' community service; $148,907.11 restitution (July 17, 2015; as amended August 10, 2015) | Aiding and assisting in the preparation of false and fraudulent tax returns |
| Michael Ray Harris | Central District of California | 235 months' imprisonment (commuted to expire on January 19, 2021); five years' supervised release; $80,000 fine (November 26, 1990) | Conspiracy to possess with intent to distribute and to aid and abet possession and distribution of cocaine; aiding and abetting possession with intent to distribute cocaine; possession with intent to distribute cocaine |
| Larry Hoover | Northern District of Illinois | Life imprisonment; five years' supervised release (June 18, 1998) | Narcotics conspiracy; continuing criminal enterprise; use of persons under age 18; distribution of cocaine; use of a communication facility in committing the narcotics conspiracy; distribution of cocaine (two counts) use of a firearm in the commission of a drug trafficking crime |

2/23/25, 8:58 PM    Case 1:24-cr-20343-KMW    Office of the Pardon Attorney | Clemency Grants by President Donald J. Trump (2025-Present)
Document 351-1    Entered on FLSD Docket 03/10/2026    Page 161 of
199

| NAME and WARRANT | DISTRICT | SENTENCED | OFFENSE |
|---|---|---|---|
| James M. Kernan | Northern District of New York | Five years' probation, conditioned upon 400 hours' community service; $250,000 fine (January 25, 2010) | Knowingly and willfully permitting a convicted felon to be engaged in the business of insurance |
| Marlene Mary Kernan | Northern District of New York | Two years' probation; $182,708 fine (January 25, 2010) | Permitting a convicted felon to engage in the business of insurance |
| Tanner J. Mansell | Southern Florida | One year's probation, conditioned upon 50 hours' community service; $3,343.72 restitution (February 13, 2023) | Theft of property within special maritime jurisdiction |
| John R. Moore, Jr. | Southern Florida | One year's probation, conditioned upon 50 hours' community service; $1,000 fine; $3,343.72 restitution (February 13, 2023) | Theft of property within special maritime jurisdiction |
| Marian I Morgan | Middle District of Florida | 405 months' imprisonment; three years' supervised release; $19,958,995 restitution (April 27, 2012) | Conspiracy to defraud the United States; wire fraud (7 counts); transfer of funds taken by fraud (5 counts); money laundering (6 counts); making false statements on income tax returns (3 counts) |
| John G. Rowland | Connecticut | 1. 12 months and one day's imprisonment; three years' supervised release, conditioned upon four months' home confinement and 300 hours' community service; $82,000 fine (March 18, 2005) 2. 30 months' imprisonment; three years' supervised release $35,000 fine (March 18, 2015) | 1. Conspiracy to defraud the United States 2. Falsification of records in a federal investigation; conspiracy; causing false statements (two counts); illegal campaign contributions (two counts) |

| NAME and WARRANT | DISTRICT | SENTENCED | OFFENSE |
|---|---|---|---|
| Charles Overton Scott | Northern District of Ohio | 42 months' imprisonment; two years' supervised release; $5,000 fine; $500,000 restitution (February 12, 2025) | Conspiracy to commit securities fraud; securities fraud |
| Alexander Sittenfeld | Southern Ohio | 16 months' imprisonment; one year's supervised release; $40,000 fine (October 10, 2023) | Bribery concerning programs receiving federal funds; attempted extortion under color of official right |
| Earl Lamont Smith | Northern District of Georgia | 18 months' imprisonment; three years' supervised release; $163,330 restitution (March 24, 2010) | Theft of government property |
| Garnett Gilbert Smith | District of Maryland | 300 months' imprisonment; five years' supervised release (January 30, 2014) | Conspiracy to distribute and possess with intent to distribute cocaine |
| Charles Lavar Tanner | Northern District of Indiana | 360 months' imprisonment (as amended) (commuted to expire on October 21, 2020); 10 years' supervised release; $1,000 fine (May 26, 2009) | Conspiracy to possess with intent to distribute five kilograms or more of cocaine; attempt to possess with intent to possess with intent to distribute five kilograms or more of cocaine |
| Anabel Valenzuela | Hawaii | 384 months' imprisonment; five years' supervised release (January 5, 2009) | Conspiracy to distribute and possess with intent to distribute 50 grams or more of methamphetamine; conspiracy to commit money laundering; criminal forfeiture (two counts) |
| Imaad Shah Zuberi | Central California | 144 months' imprisonment; three years' supervised release; $1,750,000 fine; $15,705,080.11 restitution (February 18, 2021) | Violations of the Foreign Agents Registration Act; tax evasion; foreign, conduit, and other illegal campaign contributions; tampering with a witness, victim or informant (obstruction of justice) |

## May 29, 2025 - 1 Pardon and 2 Commutations

| NAME and WARRANT | DISTRICT | SENTENCED | OFFENSE |
|---|---|---|---|
| Jeremy Young Hutchinson | 1. and 2. Eastern Arkansas 3. Western Missouri | 1. 18 months' imprisonment; three years' supervised release; $224,497.10 restitution (February 3, 2023) 2. 28 months' imprisonment (consecutive); three years' supervised release (concurrent); $131,038 restitution (February 3, 2023) 3. 50 months' imprisonment (consecutive); three years' supervised release (April 23, 2023) | 1. Conspiracy to commit bribery 2. Aiding and abetting filing of false income tax return 3. Conspiracy; criminal forfeiture of property |
| Edward Ruben Sotelo | Northern Texas | Life imprisonment; five years' supervised release; $50,000 fine (August 17, 1995) | Conspiracy; continuing criminal enterprise; possession with intent to distribute 1 kilogram of cocaine, aiding and abetting (two counts); use of telephone to facilitate commission of a felony (three counts); possession with intent to distribute 10 pounds of marijuana, and aiding and abetting; distribution of more than five kilograms of cocaine and aiding and abetting |
| Joe Angelo Sotelo | Northern District of Texas | Life imprisonment; five years' supervised release (August 17, 1995) | Conspiracy; possession with intent to distribute one kilogram of cocaine and aiding and abetting |

## October 1, 2025 - 1 Commutation (Amended)

| NAME and WARRANT | DISTRICT | SENTENCED | OFFENSE |
|---|---|---|---|
| Imaad Shah Zuberi | Central California | 144 months' imprisonment; three years' supervised release; $1,750,000 fine; $15,705,080.11 restitution (February 18, 2021) | Violations of the Foreign Agents Registration Act; tax evasion; foreign, conduit, and other illegal campaign contributions; tampering with a witness, victim or informant (obstruction of justice) |

## October 17, 2025 - 1 Commutation

| NAME and WARRANT | DISTRICT | SENTENCED | OFFENSE |
|---|---|---|---|
| George Anthony Devolder Santos | Eastern New York | 87 months' imprisonment; two years' supervised release; $373,749.97 restitution (April 25, 2025) | Wire Fraud - The Party Program Scheme; aggravated identity theft |

## October 21, 2025 - 1 Pardon

| NAME and WARRANT | DISTRICT | SENTENCED | OFFENSE |
|---|---|---|---|
| Changpeng Zhao | Western Washington | Four months' imprisonment; $50,000,000 fine (April 30, 2024) | Failure to maintain an effective anti-money laundering program |

## November 7, 2025

Granting Pardons for Certain Offenses Related to the 2020 Presidential Election

## November 7, 2025 - 7 Pardons

| NAME and WARRANT | DISTRICT | SENTENCED | OFFENSE |
|---|---|---|---|
| Glen Casada | Middle Tennessee | 36 months' imprisonment; one year's supervised release (September 23, 2025) | Conspiracy to defraud the United States; honest services wire fraud (four counts); use of a fictitious name to carry out a fraud; conspiracy to commit money laundering; money laundering (eight counts) |
| Cade Cothren | Middle Tennessee | 30 months' imprisonment; one year's imprisonment; $25,000 fine (September 16, 2025) | Conspiracy to defraud the United States; honest services wire fraud (six counts); use of fictitious name to carry out unlawful business; conspiracy to commit money laundering; money laundering (seven counts) |
| Robert Henry Harshbarger, Jr. | Kansas | 48 months' imprisonment; $25,000 fine; $848,504.34 restitution (November 4, 2013) | Introducing misbranded drugs into Interstate commerce; health care fraud |
| Troy Lake | Colorado | 12 months and one day's imprisonment; $2,500 fine (December 5, 2024) | Conspiracy to violate the Clean Air Act |
| Michael McMahon | Eastern New York | 18 months' imprisonment; two years' supervised release; $11,000 fine (April 16, 2025) | Acting as an agent of a foreign government without prior notification to the Attorney General; conspiracy to engage in interstate stalking; stalking |
| Darryl Strawberry, Sr. | Southern New York | Three years' probation, conditioned upon six months' home confinement and 100 hours' community service (April 24, 1995) | Income tax evasion |
| Michelino Sunseri | Wyoming | N/A | Leaving the Garnet Canyon Trail to use the shortcut of the Old Climber's Trail in violation of the Superintendent's 2024 Compendium |

## November 12, 2025 - 1 Pardon

| NAME and WARRANT | DISTRICT | SENTENCED | OFFENSE |
|---|---|---|---|
| Joseph Lewis | Southern New York | Three years' probation; $5,000,000 fine; $400,000 restitution (as amended) (April 4, 2024) | Conspiracy to commit securities fraud; securities fraud (two counts) |

## November 14, 2025 - 3 Pardons

| NAME and WARRANT | DISTRICT | SENTENCED | OFFENSE |
|---|---|---|---|
| Suzanne Kaye | Southern Florida | 18 months' imprisonment; two years' supervised release (April 21, 2023) | Interstate Communications - Threats |
| Joseph Schwartz | New Jersey | 36 months' imprisonment; three years' supervised release; $100,000 fine; $5,000,000 restitution (April 10, 2025) | Willful failure to pay over employment taxes; failure to file the Annual 5500 Report |
| Daniel Edwin Wilson | District of Columbia | 60 months' imprisonment; 36 months' supervised release (August 28, 2024) | Possession of a firearm by a prohibited person; possession of an unregistered firearm |

## November 26, 2025 - 1 Commutation

| NAME and WARRANT | DISTRICT | SENTENCED | OFFENSE |
|---|---|---|---|
| David Gentile | Eastern New York | Seven years' imprisonment; three years' supervised release (May 9, 2025) | Conspiracy to commit securities fraud; conspiracy to commit wire fraud; securities fraud; wire fraud (two counts) |

## December 1, 2025 - 1 Pardon

| NAME and WARRANT | DISTRICT | SENTENCED | OFFENSE |
|---|---|---|---|
| Juan Orlando Hernandez | Southern New York | 540 months' imprisonment; five years' supervised release; $8,000,000 fine (June 26, 2024) | Conspiracy to import cocaine into the United States; possessing machine guns and destructive devices in furtherance of the cocaine importation conspiracy; conspiracy to use and carry machine guns and destructive devices |

## December 2, 2025 - 3 Pardons

| NAME and WARRANT | DISTRICT | SENTENCED | OFFENSE |
|---|---|---|---|
| Enrique Roberto Cuellar | Southern Texas | N/A | Conspiracy (two counts); bribery (two counts); honest services wire fraud; honest services wire fraud conspiracy; money laundering conspiracy; money laundering (five counts) |
| Imelda Rios Cuellar | Southern Texas | N/A | Conspiracy (two counts); bribery (two counts); honest services wire fraud; honest services wire fraud conspiracy; money laundering conspiracy; money laundering (five counts) |
| Timothy Joseph Leiweke | Western Texas | N/A | Conspiracy to restrain trade |

## December 5, 2025 - 1 Pardon

| NAME and WARRANT | DISTRICT | SENTENCED | OFFENSE |
|---|---|---|---|
| Tina Peters | N/A | N/A | "For those offenses she has or may have committed or taken part in related to election integrity and security during the period from January 1, 2020 through December 31, 2021" |

## January 15, 2026 - 8 Commutations

| NAME and WARRANT | DISTRICT | SENTENCED | OFFENSE |
|---|---|---|---|
| Jimmy Ray Barnett | Northern Texas | 480 months' imprisonment; five years' supervised release (June 9, 2000) | Conspiracy and aiding and abetting; possession with intent to distribute 50 grams or more of methamphetamine; possession with intent to distribute 50 grams or more of amphetamine; possession with intent to distribute methamphetamine; convicted felon in possession of firearms |
| Zechariah Benjamin | Northern Iowa | Life imprisonment; eight years' supervised release (as amended) (October 9, 2008) | Distribute and aid and abet the distribution of 5 grams or more of cocaine base after having been convicted of two felony drug offenses; distribute 5 grams or more of cocaine base after having been convicted of two felony drug offenses; conspiracy to distribute and possess with intent to distribute 50 grams or more of cocaine base after two prior felony drug offenses |
| Angela Wannette Cupit | Northern Texas | 360 months' imprisonment; four years' supervised release (January 15, 2016) | Conspiracy to possess with intent to distribute a controlled substance |
| Jacob Deutsch | Connecticut | 62 months' imprisonment; four years' supervised release; $10,000 fine (January 8, 2024) | Conspiracy to commit mail fraud and wire fraud |
| Juan Mercado, III | Southern Texas | 240 months' imprisonment; 10 years' supervised release (December 12, 2012) 2. 175 days' imprisonment (December 12, 2012) | 1. Conspiracy to possess, with intent to distribute, 2160.02 kilograms of marijuana 2. Supervised release violation (conspiracy to possess with intent to distribute five kilograms or more of cocaine) |

| NAME and WARRANT | DISTRICT | SENTENCED | OFFENSE |
|---|---|---|---|
| Angela Reynolds | Northern Texas | 275 months' imprisonment; four years' supervised release (May 13, 2016) | Conspiracy to possess with intent to distribute a controlled substance |
| Andre Donnell Routt | Eastern Texas | Life imprisonment; five years' supervised release (August 19, 1994) | Did knowingly and intentionally conspire, combine, confederate and agree together, with each other and with other persons to knowingly and intentionally distribute and possess with intent to distribute five kilograms or more of cocaine |
| James Phillip Womack | Western Arkansas | 96 months' imprisonment; five years' supervised release; $1,900 fine (May 21, 2024) | Distribution of more than five grams of actual methamphetamine |

## January 15, 2026 - 13 Pardons

| NAME and WARRANT | DISTRICT | SENTENCED | OFFENSE |
|---|---|---|---|
| Adriana Isabel Camberos | Southern California | 12 months and one day's imprisonment; three years' supervised release; $48,824,415.45 restitution (June 26, 2025) | Conspiracy to commit wire and mail fraud; wire fraud and aiding and abetting (seven counts) |
| Andres Enrique Camberos | Southern California | Three years' probation; $48,824,415.45 restitution (June 26, 2025) | Conspiracy to commit wire and mail fraud; wire fraud and aiding and abetting (seven counts) |
| Danny Preston Conrad | Southern Georgia | Three years' probation, conditioned upon 52 weeks' weekend jail time (August 28, 1979) | Embezzling by postal employee |

| NAME and WARRANT | DISTRICT | SENTENCED | OFFENSE |
|---|---|---|---|
| Arie Eric De Jong, III | Southern California | Five months' imprisonment; three years' supervised release; $2,254,593.27 restitution; $15,000 fine (May 23, 2018) | Conspiracy |
| Russell John Flint, Jr. | Northern Illinois | Two years' probation (June 30, 1966) | Aiding and abetting the making of false Selective Service Registration Certificates |
| Julio M. Herrera Velutini | Puerto Rico | N/A | Conspiracy (two counts); federal program bribery (two counts); honest services wire fraud (two counts) |
| Kenneth Caprist Kelly | Maryland | 69 months' imprisonment (as amended); five years' supervised release (April 14, 1993) | Armed bank robbery; assault during armed bank robbery; use of firearm during a crime of violence |
| James Michael Klos | Western Pennsylvania | 12 months' probation, conditioned upon 50 hours' community service (September 18, 2006) | Possession of an unregistered firearm |
| David Levy | Eastern New York | Time served; $5,000 fine (January 10, 2024) | Conspiracy to commit securities fraud; securities fraud |
| Hollie Ann Nadel | District of Columbia | Time served; three years' supervised release; $250,000 restitution (September 9, 2024) | Conspiracy to commit money laundering and bank fraud |
| Mark T. Rossini | Puerto Rico | N/A | Conspiracy; federal program bribery; honest services wire fraud |
| Wanda Vazquez Garced | Puerto Rico | N/A | Conspiracy; federal program bribery; honest services wire fraud |

## January 16, 2026 - 1 Pardon

| NAME and WARRANT | DISTRICT | SENTENCED | OFFENSE AS LISTED ON THE WARRANT |
|---|---|---|---|
| Terren Scott Peizer | Central California | 42 months' imprisment; three years' supervised release; $5,250,000 fine (June 23, 2025) | Securities fraud; insider trading (two counts) |

## January 20, 2026 - 3 Pardons (Amended)

| NAME and WARRANT | DISTRICT | SENTENCED | OFFENSE |
|---|---|---|---|
| Julio M. Herrera Velutini | Puerto Rico | N/A | Contribution by a foreign national |
| Mark T. Rossini | Puerto Rico | N/A | Contribution by a foreign national |
| Wanda Vazquez Garced | Puerto Rico | N/A | Contribution by a foreign national |

## February 12, 2026 – 7 Pardons

| NAME and WARRANT | DISTRICT | SENTENCED | OFFENSE |
|---|---|---|---|
| Travis Henry | District of Montana | 36 months' imprisment; five years' supervised release (July 15, 2009) | Conspiracy to possess with intent to distribute cocaine |
| Timothy S. Smith | Southern District of New York | Five years' probation (as amended) (November 19, 1987) | Conspiring to defraud the Internal Revenue Service |
| Nathaniel Newton, Jr. | Northen District of Texas | 30 months' imprisment; 36 months' supervised release; $25,000.00 fine (August 15, 2002) | Conspiracy to possess with intent to distribute marijuana |

| NAME and WARRANT | DISTRICT | SENTENCED | OFFENSE |
|---|---|---|---|
| Joseph Klecko | Eastern District of Pennsylvania | Three months' imprisonment; two years' supervised release (April 8, 1993) | Perjury |
| Jamal Lewis | Northern District of Georgia | Four months' imprisonment; one year's supervised release (January 26, 2005) | Use of telephone to facilitate an attempt to possess with intent to distribute cocaine |
| Elite Diesel Service, Inc. | District of Colorado | Five years' probation, conditioned upon a corporate compliance program and reporting requirements and a $12,500 community service fee; $50,000.00 fine (December 5, 2024) | Conspiracy to violate the Clean Air Act |
| Dr. Billy A. Cannon | District of Montana | 60 months' imprisonment and a $10,000 fine | Conspiracy |

*Updated February 13, 2026*



**U.S. Department of Justice**

**Office of the Pardon Attorney**

**A-31**

Glenn Thrush, *Justice Dept. to Take Narrow Approach to Prosecuting Corporate Bribery Abroad*, THE NEW YORK TIMES (June 10, 2025), https://www.nytimes.com/2025/06/10/us/politics/justice-prosecuting-corporate-bribery.html?smid=url-share.

# *Justice Dept. to Take Narrow Approach to Prosecuting Corporate Bribery Abroad*

Officials said the move was made to align enforcement of the Foreign Corrupt Practices Act with the broader goal of increasing the country's ability to compete overseas.

---

 **Listen to this article · 3:50 min** Learn more

 **By Glenn Thrush**
Reporting from Washington

June 10, 2025

The Justice Department has closed about half of its open investigations into bribery by U.S. businesses overseas, but plans to initiate prosecutions to more narrowly focus on misconduct that hurts the country's capacity to compete with foreign companies, officials said on Tuesday.

President Trump signed an executive order in February pausing all of the department's investigations under the Foreign Corrupt Practices Act, pending a review of enforcement policies by Todd Blanche, the department's No. 2 official.

Good government groups criticized the freeze as the elimination of guardrails needed to prevent corporate abuses. That move coincided with the closing of investigations into the aircraft manufacturer Bombardier and the medical device maker Stryker, among others.

But the shift announced on Tuesday represents a public recognition that the department still has an important role in enforcing the act, and is likely in some instances to aggressively pursue violations.



But Mr. Blanche, in a statement, said the decision was made to align enforcement of the act with the administration's broader goal of increasing U.S. leverage against foreign businesses and governments, by "shifting prosecutorial resources to cases that clearly implicate U.S. national security and competitiveness."

Mr. Blanche, a former criminal defense lawyer for Mr. Trump, accused the Biden administration under Attorney General Merrick B. Garland of opening too many cases, "burdening companies" and damaging national interests.

Critics said the new guidelines were a dangerous reversal.

"This retreat from enforcing laws against corporate crime is a perversion of justice that further concentrates the administration's power to corruptly reward insiders and punish perceived enemies," said Rick Claypool, a research director at the nonprofit watchdog group Public Citizen.

"American corporations that engage in criminal bribery schemes abroad will no longer be prosecuted," he added. "That's the bottom line."

The department plans to assign responsibility for investigating bribery by U.S. businesses and people overseas to local law enforcement and regulatory bodies when appropriate, officials said.

Matthew R. Galeotti, the head of the department's criminal division, pushed back against criticism that the department planned to sharply scale back its prosecutions of all corporate offenders, in the wake of the Trump administration rightward policy shift and the firings, forced transfers and mass retirements of experienced career prosecutors at the department.

The criminal division "has not and will not close meritorious investigations or dismiss meritorious cases" involving foreign bribery and other white-collar crimes, Mr. Galeotti told attendees of a conference in Manhattan on Tuesday, according to his prepared remarks.

"We will vigorously pursue these investigations and open new ones," added Mr. Galeotti, a former federal prosecutor in Brooklyn.

In a previous memo, Mr. Galeotti outlined other changes, including a new policy of declining to prosecute some offenses reported to the department by companies in a good-faith effort to self-police.

Mr. Galeotti defended the protocols, saying they had already yielded whistle-blower tips and self-reporting related to "drug trafficking, procurement fraud, health care fraud and more."

He concluded with a warning to lawyers representing corporations, suggesting they should not assume that they will get a sweetheart deal if they seek "premature" plea agreements or make false claims of prosecutorial misconduct in an effort to gain leverage.

"Be an honest broker," he said.

**Glenn Thrush** covers the Department of Justice for The Times and has also written about gun violence, civil rights and conditions in the country's jails and prisons.

A version of this article appears in print on , Section A, Page 15 of the New York edition with the headline: Justice Dept. Tightens Focus In Prosecuting Bribery Abroad

**A-32**

Ben Penn, *Trump Pardons Venezuelan Banker, Ex-Puerto Rico Governor*, BLOOMBERG LAW NEWS (Jan.  16,  2026), https://news.bloomberglaw.com/us-law-week/trump-to-pardon-venezuelan-banker-ex-puerto-rico -governor-82.

US Law Week

# Trump Pardons Venezuelan Banker, Ex-Puerto Rico Governor (3)

Jan. 16, 2026, 12:29 PM EST; Updated: Jan. 16, 2026, 6:10 PM EST

President Donald Trump pardoned Puerto Rico's former governor and a Venezuelan banker accused of bribery, the president's latest use of clemency power to nullify a long-running corruption case.

The full and unconditional pardons were part of a larger clemency package reflected in a Friday update to the Justice Department's website.

Prosecutors had accused former Gov. Wanda Vázquez Garced—who'd endorsed Trump in his 2020 re-election bid—of accepting $300,000 in campaign contributions from Venezuelan banker Julio Herrera Velutini in exchange for an agreement to fire a financial regulator who was investigating Herrera's business dealings.

Defense attorneys—including Christopher Kise, who previously represented Trump against charges of mishandling classified documents—had argued that the long-running corruption case against Vázquez Garced was an example of a weaponized prosecution.

Justice Department leaders last year ordered prosecutors to strike a lenient deal with the defendants in the case, but they were still facing the prospect of up to a year in prison heading into a sentencing hearing scheduled for later this month. A DOJ political appointee overruled line prosecutors, insisting during a May 29 meeting that the parties broker a deal before the case was set to go to trial in August, Bloomberg Law reported in July.

Federal lobbying disclosures show that Kise had hired Brian Ballard, whose firm is heavily influential in Trump's sphere, to advocate on behalf of Herrera's bank. More recently, Herrera brought on Quinn Emanuel's Alex Spiro, who defended then-New York City Mayor Eric Adams against corruption charges DOJ ultimately dropped last year.

Herrera's daughter contributed $3.5 million to Trump political action committee MAGA Inc. since late 2024, the New York Times reported.

White House spokespeople didn't provide a comment.

"Mr. Herrera Velutini is profoundly grateful to President Donald J. Trump for bestowing the grace of his benevolent pardon and looks forward to moving on with his life and dedicating his time to his family and career," Kise said in a statement.

CBS reported earlier on the plan to pardon Vázquez Garced.

Mark Rossini, a former FBI agent-turned-consultant for the governor, was also granted a pardon. Rossini was accused of participating in the scheme in the 2022 indictment.

"Impunity protects and fosters corruption. The pardon granted to former Governor Wanda Vázquez undermines public integrity, shatters faith in justice, and offends those of us who believe in honest governance," said Pablo José Hernández (D), Puerto Rico's resident commissioner and the territory's sole member of Congress.

Trump has made broad use of his clemency authority, pardoning high-profile defendants including former Honduran President Juan Orlando Hernández, sentenced for drug trafficking, Democratic Rep. Henry Cuellar of Texas, accused of accepting foreign bribes, and cryptocurrency executive Changpeng Zhao, convicted of money laundering.

The Vázquez Garced case had been pursued by the US attorney's office in Puerto Rico and DOJ's Public Integrity Section, which under Trump's second term has lost nearly all its prosecutors and litigating authority.

According to the original indictment, the $300,000 campaign contribution to Vázquez Garced was also conditioned on her replacing the fired financial regulator with someone Herrera selected. The regulator's office was at the time investigating around $10 billion in transactions processed by Bancredito Bank Holding Corp., which Herrera founded.

To contact the reporter on this story: Ben Penn in Washington at
bpenn@bloomberglaw.com

To contact the editor responsible for this story: Ellen M. Gilmer at
egilmer@bloomberglaw.com

© 2026 Bloomberg Industry Group, Inc.   All Rights Reserved

**A-33**

January 17, 2026 post by President Trump in which, after calling the 2020 election rigged, he exhorts: "There must be a price to pay, and it has got to be a BIG ONE!"

Donald J. Trump (@realDonaldTrump), TRUTH SOCIAL (Jan. 17, 2025, 5:09 PM), https://truthsocial.com/@realDonaldTrump/posts/115912250523181458.



**Donald J. Trump** ✔ ➕
@realDonaldTrump

Everyone is asking about the Autopen? What was done is totally illegal, and anything signed that way is of "no further force or effect." The person who "worked" the Autopen had no idea whether or not Biden approved of what he was doing. There was no ORDER in writing, and it was an absolutely illegal act perpetrated by the Radical Left Insurrectionists who illegally ran the Biden Administration. Every one of them should be arrested for what they have done to our Country. They didn't win the Presidency but, when you think of it, neither did Joe Biden. The whole thing was RIGGED. There must be a price to pay, and it has got to be a BIG ONE!

PRESIDENT DONALD J. TRUMP

**10.8k** ReTruths **36.2k** Likes                      Jan 17, 2026, 5:09 PM

# A-34

February 5, 2026 post by President Trump of video asserting that anomalies in the 2020 Presidential election involved voting machines, including Smartmatic's machines, in key battleground states (video was subsequently taken down due to outcry over racist depictions of President Obama and First Lady Michelle Obama).

Donald J. Trump (@realDonaldTrump), TRUTH SOCIAL (Feb. 5, 2026, 11:44 PM) (deleted) (repost from RealRobert, @Real_RobN), archived at https://rollcall.com/factbase/trump/topic/social/.



**Donald J. Trump** 🔵 ⬛
@realDonaldTrump · 10h

**TRUTH.**

🔵 **■RealRobert■** ✓
@Real_RobN

Here it is:

One minute and two seconds of seditious conspiracy captured on video tape.

RE: DOMINION & SMARTMATIC Election Rigging Systems

Cybersecurity Expert — Colonel Phil Waldron: "Here is some of the treachery we uncovered in the 2020 general election were that five key states all stopped counting votes at the same time in these key battleground states.

These were all where Dominion machines, ES&S machines, and Smartmatic software were used. So when the vote counting stopped —and this has been noted in other countries as well—President Trump was significantly ahead. When reporting and counting resumed, a massive spike occurred that favored Joe Biden."

Venezuelan communist dictator Nicolás Maduro got away with overthrowing the Venezuelan government using Dominion–Smartmatic systems. Exit polls showed him losing by 35 points.

Once in power, he began imprisoning people who refused to accept the election results. Does this sound familiar?

———————

Dominion was just sold and renamed as "Liberty Vote".

Re-branding treason doesn't hide the following fact:

REPORT: DOMINION DELETED 2.7 MILLION TRUMP VOTES NATIONWIDE.

DATA ANALYSIS FINDS 221,000 PENNSYLVANIA VOTES SWITCHED FROM PRESIDENT TRUMP TO BIDEN.

941,000 TRUMP VOTES DELETED. STATES USING DOMINION-SMARTMATIC VOTING SYSTEMS SWITCHED 435,000 VOTES FROM TRUMP TO BIDEN.

**Donald J. Trump** 🔵 ⬛
@realDonaldTrump · 1m

**REDACTED**

**A-35**

Josh Gerstein and Kyle Cheney, *Prosecutors Fail to Secure Indictment Against 6 Dem Lawmakers*, Politico (Feb. 10, 2026), https://www.politico.com/news/2026/02/10/lawmakers-military-orders-grand-jury-indictment-00775504.

# Prosecutors fail to secure indictment against 6 Dem lawmakers

A grand jury rejected the case against the lawmakers involved in a video urging military members to refuse illegal orders.



Sen. Elissa Slotkin (D-Mich.) speaks at the Center for American Progress, June 26, 2025, in Washington. |



By **JOSH GERSTEIN** and **KYLE CHENEY**
02/10/2026 10:44 PM EST

   

Federal prosecutors tried and failed Tuesday to obtain a criminal indictment of six Democratic lawmakers who took part in a video last year urging military

personnel to refuse to carry out illegal orders, two people briefed on the development said.

The rejection of the case against the six lawmakers — who include Sens. Mark Kelly of Arizona and Elissa Slotkin of Michigan — was the latest extraordinary brushback by a grand jury of Washington, D.C., residents to a case brought by U.S. Attorney Jeanine Pirro, the top federal prosecutor in the capital.

Advertisement

"Today, it was a grand jury of anonymous American citizens who upheld the rule of law and determined this case should not proceed. Hopefully, this ends this politicized investigation for good," Slotkin said in a statement shortly after NBC and The New York Times reported the grand jury's decision. "But today wasn't just an embarrassing day for the Administration. It was another sad day for our country."

The people who were briefed on the grand jury's action were granted anonymity because they were not authorized to discuss the events publicly.

The other lawmakers Pirro sought to charge over their involvement in the November video are Reps. Jason Crow of Colorado and Maggie Goodlander of New Hampshire, as well as Chris Deluzio and Chrissy Houlahan, both of Pennsylvania. It was not immediately clear what charge or charges prosecutors sought.

A spokesperson for Pirro's office did not immediately respond to a request for comment.

The six Democrats, who have national security or military backgrounds, participated in a video encouraging members of the military to refuse illegal orders — a message that came amid growing doubts about the legality of the Trump administration's air strikes on alleged drug boats bound for the U.S. from overseas.

Grand juries, made up of local D.C. residents, have been turning down indictments proposed by Trump administration prosecutors at a historic clip. This case in particular had drawn attention from Trump, who repeatedly posted that Kelly and his colleagues had committed sedition.

"Each one of these traitors to our Country should be ARRESTED AND PUT ON TRIAL," Trump wrote. At one point, the president suggested the lawmakers should be put to death. He later retreated from that comment, but some lawmakers said it prompted them to receive death threats.

Trump's salvos were followed quickly by evidence that the FBI had begun inquiring with officials on Capitol Hill about the conduct of the six lawmakers. In recent weeks, they also received requests from Pirro's office to submit to interviews about the video. Several lawmakers said publicly they had declined.

In a related move, Pentagon leaders sought to punish Kelly with a demotion that threatens his retirement pay. Kelly has sued Defense Secretary Pete Hegseth to block the decision, saying it's an attack on Kelly's First Amendment-protected views and also barred by constitutional protections that Congress enjoys from executive branch punishment.

Under federal law, a grand jury indictment is required to charge a defendant with a felony. To get an indictment, at least 12 of the between 16 and 23 members of the panel must vote to find probable cause to proceed with the charge.

**FILED UNDER:**
MILITARY, DONALD TRUMP, JEANINE PIRRO, MARK KELLY, LEGAL, ELISSA SLOTKIN

**A-36**

ASSOCIATED PRESS, *Trump Says He Didn't Fire Staffer Who Posted Racist Video of Obamas*, at 00:01–00:38 (YouTube, Feb. 12, 2026), https://www.youtube.com/watch?v=f3w9p9muGm8 [https://perma.cc/8RJQ-XMN7].



Trump says he didn't fire staffer who posted racist video of Obamas

AP  Associated Press a..  [Subscribe]
4,090 subscribers

10K views · 11 days ago #trump
President Donald Trump doubles down on his defense of the racist video of Barackand Michelle Obama posted to his social media account last week, calling it "a strong piece on voter fraud." He also claims he wasn't aware of Commerce SecretaryHoward Lutnik's 2012 visit to Epstein Island.

#trump ...more

## A-37

Raquel Coronell Uribe and Ryan J. Reilly, *Large Banner of Trump Unfurled at Justice Department Headquarters*, NBC NEWS (Feb. 19, 2026), https://www.nbcnews.com/politics/justice-department/banner-president-donald-trump-displayed-doj-headquarters-washington-rcna259795.

JUSTICE DEPARTMENT

# Large banner of Trump unfurled at Justice Department headquarters

The DOJ has traditionally operated with a degree of separation from the White House to prevent its powers from being abused for political purposes.



—  Workers install a banner featuring an image of President Donald Trump on the facade of Justice Department headquarters in Washington on Thursday.   Brendan Smialowski / AFP - Getty Images

Feb. 19, 2026, 6:00 PM EST

**By Raquel Coronell Uribe and Ryan J. Reilly**

**Listen to this article
with a free account**                    00:00                                    00:00        [ 1x ]

A banner featuring a photo of Donald Trump and the words "Make America Safe Again" was hung from the Justice Department's headquarters in Washington on Thursday in one of the most public signs of the president's influence over a department that once brought criminal charges against him.

 **Subscribe to read this story ad-free**                                  
Get unlimited access to ad-free articles and exclusive content.

The Justice Department has traditionally operated with a degree of independence from the White House. That separation, however, has eroded during Trump's second term as the Justice Department has gone after his perceived political foes.

"We are proud at this Department of Justice to celebrate 250 years of our great country and our historic work to make America safe again at President Trump's direction," a DOJ spokesperson said when asked about the banner.

Trump has proposed a number of projects and events ahead of the country's 250th anniversary, such as an IndyCar race on the streets of Washington. But the banner at the Justice Department does not mention the 250th and doesn't include the logo associated with the celebration.

The White House referred questions about the banner to the DOJ.

The Justice Department, now adorned with a portrait of Trump, once investigated the president. In 2022, then-Attorney General Merrick Garland appointed Jack Smith as special counsel to look into Trump's alleged mishandling of classified documents and his efforts to overturn the 2020 election.

The cases were abandoned in 2024 after Trump won the election, with Smith citing a long-standing DOJ policy of not prosecuting a sitting president. Trump denied any wrongdoing in the cases.

Since taking office again, the Justice Department has pursued cases against some of Trump's perceived opponents, including former FBI Director James Comey and New York Attorney General Letitia James after Trump publicly urged Attorney General Pam Bondi to bring charges.

It also tried and failed to indict six Democratic lawmakers who urged military members to not comply with illegal orders and has launched investigations into others like Minnesota Gov. Tim Walz, the 2024 Democratic vice presidential nominee.



Trump administration fails to indict Democrats involved in 'illegal orders' video

04:25

Stacey Young, a Justice Department veteran under both Republican and Democratic administrations who left the department last year and founded the group Justice Connection, said in a statement that the placement of the banner at the DOJ was "shameful."

"Hanging that banner should put to rest any doubt that Donald Trump has hijacked the independence of the Justice Department. He — not the American people — is the only client DOJ's current leadership serves," Young said.

The banner is the latest step in Trump's efforts to put his stamp on Washington and use its landmarks to exert his influence. Trump's handpicked board voted last year to rename the Kennedy Center to include his name in a move that prompted a lawsuit. Trump's name was also added to the facade of the Institute of Peace's headquarters, an agency the administration had quickly dismantled after Trump took office.

At the White House, Trump added a "Hall of Presidents" to the West Colonnade with plaques that mocked former Presidents Joe Biden and Barack Obama.



**Raquel Coronell Uribe**

Raquel Coronell Uribe is a breaking news reporter.



**Ryan J. Reilly**

Ryan J. Reilly is a justice reporter for NBC News.

Gary Grumbach contributed.

## A-38

February 23, 2026 post by President Trump promoting claim that political opponents "CHEATED" in the 2020 election.

Donald J. Trump (@realDonaldTrump), TRUTH SOCIAL (Feb. 23, 2026, 9:24 PM), https://truthsocial.com/@realDonaldTrump/posts/116123230807288957.

← **Truth Details**
2422 replies

 **Donald J. Trump** ✓ ➕
@realDonaldTrump

The Save America Act must pass!!!



5:40 AM · Feb 21, 2026 · **25.8K** Views

**10.2k** ReTruths   **31.6k** Likes                    Feb 23, 2026, 9:24 PM

# A-39

March 3, 2026 Truth Social post from President Trump stating that "Deranged Jack Smith should be brought to Justice, NOW!!!!"

Donald J. Trump (@realDonaldTrump), TRUTH SOCIAL (March 3, 2026, 12:36 AM), https://truthsocial.com/@realDonaldTrump/posts/116163621494579751.



**Donald J. Trump**
@realDonaldTrump

Deranged Jack Smith should be brought to Justice, NOW!!!



**Sami Nathaniel** ✓                    𝕏.com
@NathanielSami

He looks absolutely DEFEATED!
LOCK HIM UP.!!!



4.06k ReTruths  13.8k Likes          Mar 03, 2026, 12:36 AM

