# Appendix A

**TIMELINE OF EVENTS**

| Date | Event | Citation |
|------|-------|----------|
| Dec. 1, 2020 | Tweet by President Trump sharing an article falsely accusing Smartmatic of manipulating Venezuelan elections, with the comment "Disgraceful!" | A-7[1] |
| Dec. 11, 2020 | Retweet by President Trump of a post promoting debunked claims that Smartmatic was involved in "rigging" the 2020 U.S. presidential election. | A-8 |
| Dec. 21, 2021 – July 17, 2024 | Smartmatic's prior counsel, Holland & Knight, meets with the government several times during this period, aiming to cooperate with an ongoing investigation.  Several tolling agreements are signed and Smartmatic voluntarily produces thousands of documents. On July 17, 2024, Holland & Knight and Smartmatic's General Counsel Colin Flannery make a Filip Factors and Compliance presentation to the government. | N/A[2] |
| Aug. 8, 2024 | The government indicts Roger Piñate, Jorge Vasquez, and Elie Moreno. SGO is referred to as "Company 1." | ECF 12 |
| Aug. 23, 2024 – Aug. 5, 2025 | Additional meetings between Holland & Knight and the government post-indictment. | N/A |
| Feb. 10, 2025 | President Trump issues unprecedented Executive Order pausing enforcement of the FCPA; ordering an embargo on new FCPA investigations and prosecutions; and directing the DOJ to "review in detail all existing FCPA investigations or enforcement actions and take appropriate action with respect to such matters to restore proper bounds on FCPA enforcement and preserve Presidential foreign policy prerogatives." | Exec. Order 14209, 90 FR 9587 (Feb. 10, 2025). |
| April 1, 2025 | *United States v. Gordon Coburn and Steven Schwartz* (former Cognizant executive and CLO indicted for FCPA violations) dismissed with prejudice. | *See* No. 2:19-cr-00120 (D.N.J.), Dkt. |

---

[1] Citations refer to Appendix A, filed with Defendant SGO's Motion to Dismiss. *See United States v. Bautista*, No. 1:24-cr-20343 (S.D. Fla.) Dkt. No. 351-1.

[2] SGO does not waive privilege in any of the communications referenced or not referenced between its prior counsel and government agents. SGO reserves all rights.

| | | Nos. 824, 1034. |
|---|---|---|
| June 9, 2025 | Todd Blanche issues memo entitled "Guidelines for Investigations and Enforcement of the Foreign Corrupt Practices Act." The memo provides guidance aimed at "(1) limiting undue burdens on American companies that operate abroad and (2) targeting enforcement actions against conduct that directly undermines U.S. national interests." | U.S. Dep't of Justice, Office of the Deputy Attorney General, Memorandum for the Head of the Criminal Division, *Guidelines for Investigations and Enforcement of the Foreign Corrupt Practices Act (FCPA)* (June 9, 2025). |
| June 20, 2025 | Truth Social post by President Trump claiming "the 2020 election was a total FRAUD! The evidence is MASSIVE and OVERWHELMING." | A-18 |
| Aug. 18, 2025 | Truth Social post by President Trump threatening to issue executive order banning "Very Expensive, and Seriously Controversial" voting machines. | A-20 |
| Oct. 13, 2025 | Jason Reding Quiñones refused to accept any of SGO's offers and informed SGO's counsel that he considered the matter closed on those terms. | N/A |
| Oct. 16, 2025 | Superseding Indictment returned, naming SGO alongside the individual defendants. SGO is indicted under the Foreign Corrupt Practices Act. | ECF 264 |

2

| Oct. 24, 2025 | Truth Social post by President Trump suggesting that those who "cheated and rigged the 2020 Presidential Election . . . should be prosecuted[.]" | A-24 |
|---|---|---|
| Oct. 26, 2025 | Truth Social post by President Trump claiming that the 2020 presidential election had been "rigged" and "stolen" and that he "hope[s] the DOJ pursues this with as much 'gusto' as befitting the biggest SCANDAL in American history!" | A-25 |
| Nov. 23, 2025 | Truth Social repost by President Trump with link to interview covering the "controversial involvement of Smartmatic in the U.S. election system." President Trump's repost stated "We must focus all of our energy and might on ELECTION FRAUD!!" | A-26 |
| Jan. 5, 2026 | Truth Social post by President Trump re-posting a claim that "the CIA outsources election rigging technology like Smartmatic and Dominion from Venezuela." | A-29 |
| Jan. 17, 2026 | Truth Social post by President Trump in which, after calling the 2020 election rigged, he exhorts: "There must be a price to pay, and it has got to be a BIG ONE!" | A-33 |
| Feb. 5, 2026 | Truth Social post by President Trump of video asserting that anomalies in the 2020 Presidential election involved voting machines, including Smartmatic's machines, in key battleground states (video was subsequently taken down due to outcry over racist depictions of President Obama and First Lady Michelle Obama). | A-34 |
| Feb. 23, 2026 | Truth Social post by President Trump promoting claim that political opponents "CHEATED" in the 2020 presidential election. | A-38 |