# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CR-20343-KMW

UNITED STATES OF AMERICA,

　　　　　　　　Plaintiff,

v.

SGO CORPORATION LIMITED,

　　　　　　　　Defendant.

_____/

## ORDER SEALING SGO CORPORATION LIMITED'S
## MOTION TO DISMISS THE SUPERSEDING INDICTMENT

**THIS MATTER** having come before the Court on Defendant SGO Corporation Limited's Motion to Seal its Motion to Dismiss the Superseding Indictment ("Motion to Dismiss"), it is hereby,

**ORDERED AND ADJUDGED** that the Motion to Dismiss is permanently sealed.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ___ day of May 2026.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. KATHLEEN M. WILLIAMS
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE