**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 24-CR-20343-KMW

UNITED STATES OF AMERICA,

                Plaintiff,

v.

SGO CORPORATION LIMITED,

                Defendant.

_____/

**MOTION TO SEAL PORTIONS OF**
**DEFENDANTS' REPLY IN FURTHER SUPPORT OF MOTION**
**TO COMPEL DISCOVERY ON SGO CORPORATION LIMITED'S**
**MOTION TO DISMISS FOR VINDICTIVE AND SELECTIVE PROSECUTION**

COMES NOW the Defendant, SGO Corporation Limited ("SGO"), joined by codefendants Roger Alejandro Pinate Martinez ("Pinate") and Jorge Miguel Vasquez ("Vasquez") (collectively, "the Defendants"), by and through undersigned counsel for SGO, and hereby respectfully requests that this Honorable Court file the following pleading with portions sealed:  Reply in Further Support of Motion to Compel Discovery on SGO Corporation Limited's Motion to Dismiss for Vindictive and Selective Prosecution ("the Reply").

As grounds in support, portions of the Reply contain details of additional governmental actions.  These details are not publicly known.  Providing further information in this public filing would reveal the nature of the information sought to be sealed.  If additional details regarding the grounds of this Motion to Seal are required, undersigned counsel is prepared to provide further information *in camera*.  Undersigned counsel has only redacted the portions of the Reply that contain sensitive nonpublic information.  The Defendants respectfully request that the redacted portions of the Reply be sealed permanently.

On April 14, 2026, this Court granted SGO's Motion to Seal Portions of Reply Memorandum of Law as to SGO's Motion to Dismiss for Vindictive and Selective Prosecution, and ordered the redacted material permanently sealed. *See* DE 372. The nonpublic information that the Court allowed SGO to seal in its Reply Memorandum of Law (DE 372) is the same nonpublic information the Defendants seek to seal in this Reply. On May 26, 2026, this Court granted the Defendants' Motion to Seal Portions of the Motion for Limited Discovery on SGO's Motion to Dismiss for Vindictive and Selective Prosecution, and ordered the redacted material permanently sealed. DE 407. The nonpublic information that the Court allowed the Defendants to seal in their Motion for Limited Discovery is the same nonpublic information the Defendants seek to seal in this Reply.

Undersigned counsel met and conferred with the government, and, as it did with the prior motions discussed herein, takes no position on this motion.

For the foregoing reasons, the Defendants seek to seal the redacted portions of the Reply permanently.

Respectfully submitted,

**Sweetnam Schuster & Schwartz, LLC**

*s/ Joseph M. Schuster*
Joseph M. Schuster, Esq.
101 N.W. 8th Street
Suite 200, Unit 12
Miami, FL 33136
Tel: 305-610-8330
Email: jschuster@sweetnamlaw.com
FL Bar No.: 0115812

2

3

## CERTIFICATE OF CM/ECF SERVICE

I HEREBY CERTIFY that on June 8, 2026, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send a notice of electronic filing to the corresponding parties.

By:  *s/ Joseph M. Schuster*
Joseph M. Schuster