UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-CR-20343-WILLIAMS

UNITED STATES OF AMERICA,

        Plaintiff,

v.

SGO CORPORATION LIMITED,

        Defendant.

_____/

## ORDER ON DEFENDANT'S MOTION TO SEAL PORTIONS OF DEFENDANTS' REPLY IN FURTHER SUPPORT OF MOTION TO COMPEL DISCOVERY ON SGO CORPORATION LIMITED'S MOTION TO DISMISS FOR VINDICTIVE AND SELECTIVE PROSECUTION

**THIS MATTER** having come before the Court on the Defendants' Motion to Seal Portions of Reply in Further Support of Motion to Compel Discovery on SGO Corporation Limited's Motion to Dismiss for Vindictive and Selective Prosecution, it is hereby,

**ORDERED AND ADJUDGED** that the redacted portions of the Reply in Further Support of Motion to Compel Discovery on SGO Corporation Limited's Motion to Dismiss for Vindictive and Selective Prosecution, are permanently sealed.

**DONE AND ORDERED** in Chambers at Miami, Florida, this **10th** day of June 2026.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT COURT JUDGE