**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JORGE MIGUEL VASQUEZ, and <br> SGO CORPORATION LIMITED, <br><br> Defendant. | Case No. 24-cr-20343 (KMW) |

## NOTICE OF ADOPTION AND JOINDER

SGO Corporation Limited ("SGO") and Jorge Vasquez hereby notice the Court and counsel of their adoption and joinder of defendant Roger Piñate's Motion to Dismiss the Superseding Indictment for Selective and Vindictive Prosecution (the "Motion to Dismiss") (DE 448).  For the same reasons articulated by Mr. Piñate in his Motion to Dismiss, SGO and Mr. Vasquez ask the Court to dismiss the Superseding Indictment.

Dated: July 16, 2026

Respectfully submitted,

*/s/ Joseph M. Schuster, Esq.*
Joseph M. Schuster, Esq.
101 N.W. 8th Street
Suite 200, Unit 12
Miami, FL 33136
Tel:  305-610-8330
Email: jschuster@sweetnamlaw.com
FL Bar No.:  0115812

*/s/ Jenny Kramer*
Jenny Kramer (admitted pro hac vice)
**ALSTON & BIRD LLP**
90 Park Avenue
New York, NY 10016

Phone: (212) 210-9420
Jenny.Kramer@alston.com

*Counsel for SGO Corporation Limited*


**MARKUS/MOSS PLLC**
40 N.W. Third Street
Penthouse One
Miami, Florida 33128
Tel: (305) 379-6667
markuslaw.com


/s/ *Lauren Field Krasnoff*
Lauren Field Krasnoff
Florida Bar Number 0086951
lkrasnoff@markuslaw.com

*Counsel for Defendant Jorge Vasquez*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was filed via electronic filing using the CM/ECF system with the Clerk of Court which sent an e-mail notification of such filing to all CM/ECF participants on July 16, 2026.

*/s/ Joseph M. Schuster, Esq.*
Joseph M. Schuster, Esq.