**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA,

                Plaintiff,

     v.

SGO CORPORATION LIMITED,

                Defendant.

Case No. 24-cr-20343 (KMW)

**MOTION TO SEAL SGO CORPORATION LIMITED'S MOTION TO STRIKE**
**THE GOVERNMENT'S IMPROPER SURREPLY IN OPPOSITION TO**
**SGO'S MOTION TO DISMISS THE SUPERSEDING INDICTMENT**

COMES NOW the Defendant, SGO Corporation Limited ("SGO"), and hereby respectfully requests that this Court seal a soon-to-be filed Motion to Strike the Government's Improper Surreply in Opposition to SGO's Motion to Dismiss the Superseding Indictment (the "Motion to Strike" and the "Motion to Dismiss," respectively).

On May 28 and July 21, 2026, this Court granted SGO's motions to seal SGO's Motion to Dismiss and Reply Memorandum of Law in Further Support of the Motion to Dismiss the Superseding Indictment (the "Reply Memorandum"), respectively, which relate to procedures undertaken by the filter and prosecution teams in this matter. DE 414, 452.  As with the Motion to Dismiss and the Reply Memorandum, public filing of the Motion to Strike could jeopardize the privileged status of information discussed in the Motion to Dismiss, the Reply Memorandum, and the Motion to Strike.

Defense counsel met and conferred with the government, and the government advised that it does not oppose the sealing of the Motion to Strike.

For the foregoing reasons, SGO respectfully requests that the Motion to Strike be sealed permanently.

2

Date:   July 29, 2026

/s/ *Joseph M. Schuster, Esq.*
Joseph M. Schuster, Esq.
101 N.W. 8th Street
Suite 200, Unit 12
Miami, FL 33136
Tel: 305-610-8330
Email: jschuster@sweetnamlaw.com
FL Bar No.: 0115812


/s/ *Jenny Kramer*
Jenny Kramer (admitted *pro hac vice*)
**ALSTON & BIRD LLP**
90 Park Avenue
New York, NY 10016
Phone: (212) 210-9420
Jenny.Kramer@alston.com


*Counsel for SGO Corporation Limited*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing was filed via electronic filing using the CM/ECF system with the Clerk of Court which sent an e-mail notification of such filing to all CM/ECF participants on July 29, 2026.

*/s/ Joseph M. Schuster, Esq.*
Joseph M. Schuster, Esq.